**Fill in this information to identify the case:**

Debtor name __MTE Holdings LLC__

United States Bankruptcy Court for the: _____ District of __Delaware__
                                                              (State)

Case number (If known): ___19-12269 (KBO)___

☒ Check if this is an amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Vinson & Elkins LLP 666 Fifth Avenue 26th Floor New York, NY 10103 | T 212-237-0000 | Professional Services | | | | $500,000 |
| 2 | Weaver and Tidwell, LLP 400 W. Illinois Ave. Suite 1550 Midland, TX 79701 | T 432-683-5226 | Professional Services | | | | $105,000 |
| 3 | Armstrong Backus & Co., LLP 200 North Loraine St. Suite 900 P.O. Box 3487 Midland, TX 79702 | T 432-685-3657 mail@armstrongbackus.com | Professional Services | | | | $28,000 |
| 4 | Bank of New York Mellon 240 Greenwich Street New York, NY 10289 | T (866) 636-0540 | | | | | $10,000 |
| 5 | | | | | | | |
| 6 | | | | | | | |
| 7 | | | | | | | |
| 8 | | | | | | | |

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| MTE HOLDINGS LLC, | ) | Case No. 19-12269 (KBO) |
|  | ) |  |
| Debtor.[1] | ) |  |
|  | ) |  |
|  | ) |  |

## CORPORATE OWNERSHIP STATEMENT

Following is the list of entities that directly or indirectly own 10% or more of any class of MTE Holdings LLC's ("MTE Holdings'") equity interests.  This list is prepared in accordance with Fed. R. Bankr. P. 1007(a)(1) and Fed. R. Bankr. P. 7007.1 in this chapter 11 case.

| Shareholder | Approximate Percentage of Shares Held |
|---|---|
| Olam Energy Resources I LLC | 50.0% |
| MTE Partners LLC | 50.0% |

## LIST OF EQUITY SECURITY HOLDERS

Following is a list of debtor MTE Holdings' equity security holders.  This list has been prepared in accordance with Fed. R. Bankr. P. 1007(a)(3) for filing in this chapter 11 case.

| Shareholder | Address of Equity Holder | Percentage of Equity Held |
|---|---|---|
| Olam Energy Resources I LLC | 280 East 96th Street Suite 210, Indianapolis, Indiana 46240 | 50.0% |
| MTE Partners LLC | 280 East 96th Street Suite 210, Indianapolis, Indiana 46240 | 50.0% |

---

[1] The Debtor in this chapter 11 case, along with the last four digits of the Debtor's federal tax identification number, is: MTE Holdings LLC (7894).  The Debtor's address is 280 East 96th Street, Suite 210, Indianapolis, Indiana 46240.

**Fill in this information to identify the case and this filing:**

Debtor Name __MTE Holdings LLC__

United States Bankruptcy Court for the: _____ District of Delaware
(State)

Case number (*If known*): 19-12269 (KBO)

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐ *Schedule H: Codebtors* (Official Form 206H)

☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* _____

☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☑ Other document that requires a declaration Creditor Matrix, List of Equity Holders, Corporate Ownership Statement _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __10/25/2019__        **✗** _~~signature~~_____
        MM / DD / YYYY                Signature of individual signing on behalf of debtor

        Mark A. Siffin
        _____
        Printed name

        Authorized Signatory
        _____
        Position or relationship to debtor