**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re | ) ) ) | Chapter 11 |
| MTE HOLDINGS LLC, Debtor.[1] | ) ) ) ) ) ) ) ) ) | Case No. 19-12269 (KBO)  Hearing Date: November 12, 2019 at 2:30 p.m. (ET) Obj. Deadline: November 6, 2019 at 4:00 p.m. (ET) Reply Deadline: November 8, 2019 at 3:00 p.m. (ET)  Ref. Docket No. 6 |

**NOTICE OF HEARING REGARDING MOTION OF RIVERSTONE CREDIT MANAGEMENT, LLC FOR AN ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY TO PERMIT RIVERSTONE TO OBTAIN JUDICIAL VALIDATION AND ENFORCEMENT OF ITS VOTE OF THE PLEDGED EQUITY**

TO:   (I) MTE AND (II) THE OFFICE OF THE UNITED STATES TRUSTEE FOR THE DISTRICT OF DELAWARE

**PLEASE TAKE NOTICE** that, on October 25, 2019, Riverstone Credit Management, LLC ("***Riverstone***" or the "***Agent***") filed the *Motion of Riverstone Credit Management, LLC for an Order Granting Relief from the Automatic Stay to Permit Riverstone to Obtain Judicial Validation and Enforcement of Its Vote of the Pledged Equity* [Docket No. 6] (the "***Motion***").  You were previously served with a copy of the Motion.

**PLEASE TAKE FURTHER NOTICE** that any objections or responses to the relief requested in the Motion must be filed on or before **November 6, 2019 at 4:00 p.m. (ET)** (the "***Objection Deadline***") with the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, 3rd Floor, Wilmington, Delaware 19801.  At the same time, copies of any responses or objections to the Motion must be served upon the undersigned counsel to the Agent so as to be received on or before the Objection Deadline.

**PLEASE TAKE FURTHER NOTICE** THAT A HEARING TO CONSIDER THE MOTION WILL BE HELD ON **NOVEMBER 12, 2019 AT 2:30 P.M. (ET)** BEFORE THE HONORABLE KAREN B. OWENS IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 N. MARKET STREET, 6TH FLOOR, COURTROOM NO. 1, WILMINGTON, DELAWARE 19801.

**PLEASE TAKE FURTHER NOTICE THAT IF NO OBJECTIONS OR RESPONSES TO THE MOTION ARE TIMELY FILED AND RECEIVED IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR A HEARING.**

---

[1]   The location of the Debtor's service address is 280 East 96th Street, Suite 210, Indianapolis, Indiana 46240.

Dated: October 30, 2019
Wilmington, Delaware

**YOUNG CONAWAY STARGATT & TAYLOR, LLP**

*/s/ Jaclyn C. Weissgerber*
Robert S. Brady (No. 2847)
Edmon L. Morton (No. 3856)
Kenneth J. Enos (No. 4544)
Jaclyn C. Weissgerber (No. 6477)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1256

**VINSON & ELKINS LLP**

David S. Meyer (*pro hac vice* admission pending)
Clifford Thau (*pro hac vice* admission pending)
Marisa Antos-Fallon (*pro hac vice* admission pending)
Jessica C. Peet (*pro hac vice* admission pending)
666 Fifth Avenue, 26th Floor
New York, NY 10103-0040
Telephone:  (212) 237-0000
Facsimile: (212) 237-0100

**BAILEY & GLASSER LLP**

Brian A. Glasser (*pro hac vice* admission pending)
Kevin W. Barrett (*pro hac vice* admission pending)
1055 Thomas Jefferson Street NW, Suite 540
Washington, DC 20007
Telephone: (202) 463-2101
Facsimile: (202) 463-2103

*Attorneys for the Agent*