**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re | Chapter 11 |
| MTE HOLDINGS LLC, *et al.*,[1] | Case No. 19-12269 (KBO) |
| Debtors. | (Joint Administration Requested) |

**NOTICE OF APPEARANCE AND REQUEST**
**FOR SERVICE PURSUANT TO FED. R. BANKR. P. 2002**

**PLEASE TAKE NOTICE** that, pursuant to Rules 2002, 9007 and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and section 102(1) of title 11 of the United States Code (the "Bankruptcy Code"), Mayer Brown LLP ("Mayer Brown") hereby enters its appearance in the above-referenced chapter 11 cases (the "Chapter 11 Cases") as counsel to BMO Harris Bank N.A. ("BMO"), as RBL Lender, and hereby requests, pursuant to Bankruptcy Rules 2002, 3017, and 9007 and section 342 of the Bankruptcy Code, that copies of all notices and pleadings given or required to be given in the Chapter 11 Cases and copies of all papers served or required to be served in the Chapter 11 Cases, including but not limited to, all notices (including those required by Bankruptcy Rule 2002), reports, pleadings, motions, applications, lists, schedules, statements, chapter 11 plans, disclosure statements, and all other matters arising herein or in any related adversary proceeding, be given and served upon BMO through service upon Mayer Brown, at the addresses, emails, and/or facsimile numbers set forth below:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: MTE Holdings LLC (7894); MTE Partners LLC (1158); Olam Energy Resources I LLC (0770); MDC Energy LLC (9140); MDC Texas Operator LLC (1087); Ward I, LLC (6817); and MDC Reeves Energy LLC (3644). The Debtors' address is 280 East 96th Street, Suite 210, Indianapolis, Indiana 46240.

**MAYER BROWN LLP**
Charles S. Kelley
700 Louisiana Street, Suite 3400
Houston, Texas  77002
Telephone:  (713) 238-3000
Facsimile:  (713) 238-4888
Email: ckelley@mayerbrown.com

Sean T. Scott
71 S. Wacker Drive
Chicago, IL  60606
Telephone: 312-701-0600
Facsimile: (312) 706-8482
Email: stscott@mayerbrown.com

**PLEASE TAKE FURTHER NOTICE** that, pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, complaint or demand, motion, petition, pleading or request, and answering or reply papers filed in these cases, whether formal or informal, written or oral, and whether served, transmitted, or conveyed by mail, hand delivery, telephone, telegraph, or otherwise filed or made with regard to the Chapter 11 Cases and proceedings therein.

**PLEASE TAKE FURTHER NOTICE** that, neither this Notice of Appearance nor any subsequent appearance, pleading, claim, or suit is intended or shall be deemed to waive BMO's: (i) right to have a final order in non-core matters entered only after *de novo* review by a United States District Court Judge; (ii) right to trial by jury in any proceeding so triable herein or in any case, controversy or proceeding related hereto; (iii) right to have the reference withdrawn by the United States District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs or recoupments to which BMO is or may be entitled to under agreements, in law, or equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are hereby expressly reserved.

Dated: November 11, 2019
Wilmington, Delaware

                    Respectfully submitted,

                    **MAYER BROWN LLP**

*By:*    /s/Charles S. Kelley
        Charles S. Kelley*
        Attorney-in-Charge
        State Bar No. 11199580
        Southern District of Texas Bar No. 15344
        700 Louisiana Street, Suite 3400
        Houston, TX 77002-2730
        Telephone:  713 238-3000
        Facsimile:   713 238-4888
        Email:  ckelley@mayerbrown.com

        Sean T. Scott*
        Illinois ARDC:  6273516
        71 S. Wacker Drive
        Chicago, IL  60606
        Telephone:  312 701-0600
        Facsimile:   312 706-8482
        Email:  stscott@mayerbrown.com

        *\*pro hac vice forthcoming*

        **ATTORNEYS FOR BMO HARRIS BANK N.A.**

## **CERTIFICATE OF SERVICE**

      This will certify that a true and correct copy of the foregoing document was forwarded on November 11, 2019 by electronic transmission to all registered ECF users appearing in the case.

                                            */s/Charles S. Kelley*
                                              Charles S. Kelley