## **EXHIBIT D**

| **Lien Exposure Tracking** | |
|---|---|
| **Vendor** | **CURRENT BALANCE** |
| AAA | 110,372 |
| Acid Tech | 57,645 |
| B&T Rentals | 8,592 |
| BAKER HUGHES | 963,121 |
| Blackhawk | 260,280 |
| Big E | 7,493,810 |
| Bison Trucking, LLC | 119,500 |
| C&J Spec-Rent Services, Inc. | 1,727,060 |
| Chock's | 24,098 |
| Creek Pipe Company | 1,092,960 |
| CTAP LLC | PAID OFF |
| Cudd Pressure Control, Inc. | 96,851 |
| Downhole Technology, LLC | 630,015 |
| Drillchem | 501,005 |
| Durachem | 2,342,953 |
| Ervin | 111,300 |
| GE Oil & Gas Pressure Control LP | 1,812,607 |
| GM Oilfield & Trucking Services, LLC | 379,953 |
| GYRODATA INCORPORATED | 19,632 |
| Jeben's Petroleum Engineering | 111,940 |
| JW POWERLINE | 4,560,203 |
| KLX ENERGY SERVICES, LLC | 5,029,147 |
| LEGEND ENERGY SERVICES, LLC | 411,931 |
| Maverick Field Services | 157,231 |
| Meyer Energy Services, LLC | 112,368 |
| Milestone Environmental Services, LLC | 148,429 |
| Moser Engine | 2,260,599 |
| Nabors Drilling Technologies USA, Inc. | 3,278,683 |
| NGL Water Solutions Permian, LLC | PAID OFF |
| NOV DHT, L.P. | 1,915,645 |
| Old School | 180,427 |
| Pate Trucking Company, LLC | 263,832 |
| Peak Oilfield Services, LLC | 396,620 |
| Precision Drilling | PAID OFF |
| Pumpco Energy Services, Inc. | 2,105,252 |
| Qwikpipe | 517,913 |
| Ranger Energy Services, LLC | 2,549,238 |
| RDL Transportation Inc | 293,000 |
| Rock Tool Company | 407,104 |
| SCHLUMBERGER TECHNOLOGY CORP. | 2,104,481 |
| SELECT ENERGY SERVICES,LLC | 232,686 |
| Sidewinder | 501,662 |

| Lien Exposure Tracking | |
|---|---:|
| SitePro Automation Software Solutions | 542,701 |
| SMITH INTERNATIONAL, INC. | 548,718 |
| Solid Liberty RENTAL Services, LLC | 314,059 |
| Solid Liberty Services, LLC | 190,995 |
| Spraberry Production Services | 281,251 |
| Stellar Drilling Fluids, LLC | 2,296,545 |
| Taurex Drill Bits, LLC | 165,196 |
| Tetra Technologies | 2,285,209 |
| Trans-Tex Cementing Services, LLC | 2,700,355 |
| Tristate Oilfield Services, LLC | 436,260 |
| TurboDrill / Scout Downhole | 561,526 |
| Ultra Blend Solutions Oilfield Services | 438,989 |
| Wildcat Oil Tools, LLC | 540,900 |
| YELLOWJACKET Oilfield Services | 53,317 |
| | |
| **TOTALS** | **56,646,161** |