**<u>EXHIBIT G</u>**

FILED FOR RECORD
REEVES COUNTY, TEXAS
Feb 04, 2019 at 10:47:00 AM

**NOTICE OF CONFIDENTIALITY RIGHTS: IF YOU ARE A NATURAL PERSON, YOU MAY REMOVE OR STRIKE ANY OR ALL OF THE FOLLOWING INFORMATION FROM ANY INSTRUMENT THAT TRANSFERS AN INTEREST IN REAL PROPERTY BEFORE IT IS FILED FOR RECORD IN THE PUBLIC RECORDS: YOUR SOCIAL SECURITY NUMBER OR YOUR DRIVER'S LICENSE NUMBER.**

### AFFIDAVIT FOR LIEN AGAINST MINERAL PROPERTY

| | |
|---|---|
| **STATE OF TEXAS** | § |
| | § |
| **COUNTY OF REEVES** | § |

BEFORE ME, the undersigned authority, on this day personally appeared Jontel Bourg, as Chief Financial Officer of Wellbore Fishing & Rental Tools, LLC, a Louisiana limited liability company ("Affiant"), who, upon her oath, deposed and stated as follows:

1. "My name is Jontel Bourg. I am the Chief Financial Officer of Wellbore Fishing & Rental Tools, LLC, a Louisiana limited liability company (hereinafter referred to as "WFR"), and am authorized to give this Affidavit on its behalf. I am over the age of eighteen (18) years, and I am of sound mind. I have never been convicted of a felony or of a crime of moral turpitude, and I am fully competent to make this Affidavit. By virtue of my position with WFR, my review of WFR's files and business records, and my personal dealings with the matters made the subject of my Affidavit, I have personal knowledge of the facts stated herein, and they are true and correct.

2. WFR is the Claimant in this Affidavit. WFR's principal place of business is 9868 East Main Street, Houma, LA 70363. I am authorized by WFR and qualified to make this Affidavit for fixing and securing a lien under and pursuant to Chapter 56 of the Texas Property Code and/or the Constitution of the State of Texas.

3. Under an express or implied agreement with **MDC Texas Energy, LLC and its affiliated entity MDC Texas Operator, LLC** (collectively, "Operator"), WFR did furnish certain labor and/or services in connection with the drilling, completion, operation, repair, and/or maintenance of the following oil or gas wells located in Reeves County, Texas (together, the "Wells"):

   **Smarty Jones 26-5H, API No. 38937186, Reeves County, Texas, District 08;**

   **Smarty Jones 26-6H, API No. 38937190, Reeves County, Texas, District 08; and**

   **Smarty Jones 26-7H, API No. 38937191, Reeves County, Texas, District 08.**

4.      Operator is the operator of record of the Wells and the owner of oil and gas leasehold interest(s) in the following described lands located in Reeves County, Texas (the "Leasehold Estates"):

**Lease Name:  Smarty Jones 26**
**Section: 26**
**Block: C9**
**Abstract: 1376**
**Survey: PSL / Bowles, E G BH**
**County: Reeves**
**Approximately 320 Acres of Land**

5.      WFR furnished labor and/or services on and for the Wells at the request of Operator on or about the dates shown on the invoices attached hereto as **Exhibit "A"** and incorporated herein for all purposes. The invoices attached as Exhibit "A" are true and correct copies of business records of WFR that (a) were made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters; (b) were kept in the course of the regularly conducted activity; and (c) were made by the regularly conducted activity as a regular practice.

6.      As of the date of this Affidavit, Operator has failed to make payment for the labor and/or services rendered by WFR on the Wells in an amount totaling, after all just credits and offsets, **ONE HUNDRED TWENTY NINE THOUSAND EIGHTY-SEVEN AND 59/100 DOLLARS ($129,087.59)**. The itemized list set forth below and the invoices attached hereto as Exhibit "A", details the unpaid labor and/or services furnished by WFR for the Wells and the Leasehold Estates for which a statutory and/or constitutional lien is hereby claimed:

| Invoice | Amount | Labor and/or Services Provided | Date |
|---------|--------|-------------------------------|------|
| 3082 | $53,435.58 | Smarty Jones 26-5, 6, and 7H (*see* Exhibit "A") | Aug. 31, 2018 |
| 3094 | $27,725.21 | Smarty Jones 26-7H (*see* Exhibit "A") | Aug. 31, 2018 |
| 3167 | $18,021.38 | Smarty Jones 26-7H (*see* Exhibit "A") | Sep. 30, 2018 |
| 3230 | $29,905.42 | Smarty Jones 26-7H (*see* Exhibit "A") | Oct. 31, 2018 |
|  | $129,087.59 |  |  |

7.      Not more than six (6) months have elapsed since the date that WFR last furnished labor and/or services to Operator for the Wells.

8.      On information and belief, Operator's addresses are as follows. WFR further states that it will send copies of this executed Affidavit to Operator at the mailing addresses listed below in compliance with Section 56.021(b) of the Texas Property Code, to the extent required:

MDC Texas Energy, LLC
24 Smith Rd., Suite 501A

Affidavit for Lien Against Mineral Property                                                                  Page 2

Midland, Texas 79705

MDC Texas Energy, LLC
MDC Texas Operator, LLC
280 East 96th Street, Suite 210
Indianapolis, IN 46240

MDC Texas Energy, LLC
MDC Texas Operator, LLC
-through their registered agent
Corporation Service Company
211 E. 7th Street, Suite 620
Austin, TX 78701-3218

9.      The sums herein claimed are just, due and unpaid, and WFR has and claims a lien for the amount of <u>$129,087.59</u> upon any and all interests of Operator in:

(a)     the Wells and Leasehold Estates;

(b)     all other oil, gas and water wells, oil or gas pipelines and their rights-of-way, and lease(s) for oil, gas and water purposes for which WFR's labor and/or services were furnished;

(c)     all buildings and appurtenances located on the Leasehold Estates;

(d)     other material, machinery, equipment, and supplies used for mineral activities related to the Wells or located on the Leasehold Estates;

(e)     other wells and pipelines used in operations related to oil, gas and minerals located on the Leasehold Estates; and

(f)     any and all other items of property to which WFR's lien may attach in accordance with Section 56.003 of the Texas Properly Code and/or the Constitution of the State of Texas.

10.     Pursuant to Section 56.042 of the Texas Property Code, notice is hereby given that upon attachment of this lien to the property described herein, neither Operator, nor the owners of said property, nor any contractor or subcontractor thereon or thereof, nor the purchaser thereof (including any production therefrom), nor the trustee, receiver, or agent of any of the foregoing, shall either sell or remove the property described in this lien Affidavit or cause same to be removed from said land or premises, or otherwise dispose of same, without the written consent of the holder of this lien. Such written notice may only be obtained from a duly authorized officer of WFR."

FURTHER, AFFIANT SAYETH NOT.

**WELLBORE   FISHING   &   RENTAL TOOLS, LLC,** a Louisiana limited liability company

By: _____

Jontel Bourg, CFO

SUBSCRIBED AND SWORN TO BEFORE ME by the said Jontel Bourg, as CFO and duly-authorized representative of Wellbore Fishing & Rental Tools, LLC, a Louisiana limited liability company, on the _____31st_____ day of January, 2019.

_____

Notary Public, State of Louisiana



OFFICIAL SEAL
SHARON C. TOUPS
LSNID#47475 Notary Public
State of Louisiana/Parish of Terrebonne
Commissioned for life

V O L

1 7 2 4

P G

0 7 7

REMIT TO:
WELLBORE FISHING & RENTAL
TOOLS, LLC
PO BOX 2318
HOUMA, LA 70361

**WFR**
Wellbore Fishing & Rental Tools
2400 N. FM 1788
MIDLAND, TX 79707
PHONE: (985) 879-4705    FAX: (985) 879-4769

Cust No. 1275
INVOICE TO: MDC TEXAS ENERGY, LLC
24 SMITH RD., SUITE 501A
MIDLAND, TX 79705

Ordered By:
Sales Person : DAVID CARRELL
(03 DELIVERY TICKET 7502)

EXHIBIT A

INVOICE: 3082
Invoice Date: Friday, August 31, 2018
Due Date: 9/30/2018

Rig Name : SIDEWINDER 223
Rig Phone # : 806-231-9436
Dock
Field/Block
Lease/Well
Ordered By : SMARTY JONES 5, 6, 7.
AFE/WBS# : MR MIKE SMITH
Job Number : 12350
Job Type : FISHING
Contractor :

| LINE # | SERIAL # | QTY | DESCRIPTION | FIRST DAY / MIN AMOUNT | BILL FROM THRU | ADD DAYS | ADD'L AMOUNT | DISC % | TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| | | 0 | BILLING PERIOD IS 08/19/18 – 08/28/18 | | | 0 | | 0 | |
| 1 | TH24 | 1 | SUPERVISOR 24HR (LAND) MR. JAMISION DICKERSON (8/19/18 TO 8/21/18) | $2,550.00 | 8/19/2018 8/28/2018 | 2 | $2,550.00 | 0 | $7,650.00 |
| 2 | CM | 198 | CAR MILEAGE $3.25 PER MILE | $3.25 | 8/19/2018 8/28/2018 | 0 | $0.00 | 0 | $643.50 |
| 3 | SUB | 1 | SUBSISTENCE | $350.00 | 8/19/2018 8/28/2018 | 0 | $0.00 | 0 | $350.00 |
| 4 | HSE | 1 | HSE SAFETY CHARGE | $50.00 | 8/19/2018 8/28/2018 | 2 | $50.00 | 0 | $150.00 |
| 5 | 000001155 | 1 | OVERSHOT, 9 1/2" OD SER 150 W/ 6-5/8" REG BOX GR# 9057 | $1,625.00 | 8/19/2018 8/28/2018 | 1 | $810.00 | 25 | $1,826.25 |
| 6 | 000000667 | 1 | EXTENSION - UPPER, 9-1/2" OD SER 150 GR# 9057 | $600.00 | 8/19/2018 8/28/2018 | 2 | $400.00 | 25 | $1,200.00 |
| 7 | JAR6250BM | 1 | ( CT 757 ) JAR - BUMPER, 6-1/4" OD X 4-1/2" IF | $2,550.00 | 8/19/2018 8/28/2018 | 2 | $863.00 | 0 | $4,266.00 |
| 8 | JAR6250B | 1 | #JAR6250BM: REFURBISH CHARGE | $507.00 | 8/19/2018 8/28/2018 | 0 | $0.00 | 0 | $507.00 |
| 9 | JAR6250B | 1 | #JAR6250BM: INSPECTION CHARGE | $355.00 | 8/19/2018 8/28/2018 | 0 | $0.00 | 0 | $355.00 |
| 10 | JAR6250OM | 1 | ( CT 832 ) JAR - OIL, 6-1/4" OD X 4-1/2" IF | $2,819.00 | 8/19/2018 8/28/2018 | 2 | $1,892.00 | 0 | $6,603.00 |
| 11 | JAR6250O | 1 | #JAR6250OM: REFURBISH CHARGE | $507.00 | 8/19/2018 8/28/2018 | 0 | $0.00 | 0 | $507.00 |

PAGE 1 OF 5

VOL 1724 PG 0778

REMIT TO:
**WELLBORE FISHING & RENTAL TOOLS, LLC**
PO BOX 2818
HOUMA, LA 70361

**WFR**
Wellbore Fishing & Rental Tools
2400 N. FM 1788
MIDLAND, TX 79707
PHONE: (985) 879-4705     FAX: (985) 879-4769
Cust No. 1275
INVOICE TO:
MDC TEXAS ENERGY, LLC
24 SMITH RD., SUITE 501A
MIDLAND, TX 79705

Ordered By:
Sales Person : DAVID CARRELL
(03 DELIVERY TICKET 7502)

**INVOICE: 3082**
Invoice Date: Friday, August 31, 2018
Due Date: 9/30/2018

Rig Name        : SIDEWINDER 223
Rig Phone #     : 805-231-9436
Dock            :
Field/Block     :
Lease/Well      :
Ordered By      : SMARTY JONES 5, 6, 7,
                : MR MIKE SMITH
AFE/WBS#        :
Job Number      : 12350
Job Type        : FISHING
Contractor      :

| LINE # | SERIAL # | QTY | DESCRIPTION | FIRST DAY / MIN AMOUNT | BILL FROM THRU | ADD DAYS | ADDTL AMOUNT | DISC % | TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| 12 | JAR6250D | 1 | #JAR6250DM: INSPECTION CHARGE | $355.00 | 8/19/2018 8/28/2018 | 0 | $0.00 | 0 | $355.00 |
| 13 | JAR6250EM | 1 | ( CT 1070 ) JAR - ENERGIZER, 6-1/4" OD X 4-1/2" IF | $2,819.00 | 8/19/2018 8/28/2018 | 2 | $1,892.00 | 0 | $6,603.00 |
| 14 | JAR6250E | 1 | #JAR6250EM: REFURBISH CHARGE | $507.00 | 8/19/2018 8/28/2018 | 0 | $0.00 | 0 | $507.00 |
| 15 | JAR6250E | 1 | #JAR6250EM: INSPECTION CHARGE | $355.00 | 8/19/2018 8/28/2018 | 0 | $0.00 | 0 | $355.00 |
| 16 | WFR | 1 | ( BB70039 ) SUB, LIFT - 4-1/2 IF PIN | $200.00 | 8/19/2018 8/28/2018 | 2 | $75.00 | 25 | $262.50 |
| 17 | 000008249 | 1 | CAP, LIFTING 4-1/2 IF PIN F/BOX | $75.00 | 8/19/2018 8/28/2018 | 2 | $75.00 | 25 | $168.75 |
| 18 | 000008245 | 1 | SLIP - DRILL COLLAR 5 1/2" X 7" - AOT C-1 | $250.00 | 8/19/2018 8/28/2018 | 2 | $75.00 | 25 | $300.00 |
| 19 | 000003914 | 1 | CLAMP - TYPE "C" SAFETY W/ 9 SEGMENTS | $300.00 | 8/19/2018 8/28/2018 | 2 | $75.00 | 25 | $337.50 |
| 20 | COMMODITY | 1 | #3914: COMMODITY SALE OF INSERTS AND SPRINGS IF USED | $900.00 | | 0 | $0.00 | 0 | $900.00 |
| 21 | 000008195 | 1 | BOX GRAPPLE 2'X1'X1' WITH LID AND PADEYES | $85.00 | 8/19/2018 8/28/2018 | 2 | $85.00 | 25 | $191.25 |
| 22 | 000003851 | 1 | BASKET - TOOL BASKET FOR LAND 4' X 8' | $1,200.00 | 8/19/2018 8/28/2018 | 2 | $120.00 | 25 | $1,080.00 |
| 23 | SG9057C07875 | 1 | SALE: 9057 SPIRAL GRAPPLE 7-7/8" SER. 159 | $1,171.20 | 8/19/2018 8/28/2018 | 0 | $0.00 | 0 | $1,171.20 |

PAGE 2 OF 5

**WFR**
Wellbore Fishing & Rental Tools
2400 N. FM 1788
MIDLAND, TX 79707
PHONE: (985) 879-4705  FAX: (985) 879-4769

Cust No. 1275
INVOICE TO: MDC TEXAS ENERGY, LLC
24 SMITH RD., SUITE 501A
MIDLAND, TX 79705

REMIT TO:
WELLBORE FISHING & RENTAL TOOLS, LLC
PO BOX 2818
HOUMA, LA 70361

INVOICE: 3082
Invoice Date: Friday, August 31, 2018
Due Date: 9/30/2018

Rig Name : SIDEWINDER 223
Rig Phone # : 806-231-9436
Dock :
Field/Block :
Lease/Well :
Ordered By : SMARTY JONES 5, 6, 7,
AFE/WBS# : MR MIKE SMITH
Job Number : 12350
Job Type : FISHING
Contractor :

Ordered By:
Sales Person : DAVID CARRELL
(03 DELIVERY TICKET 7502)

| LINE # | SERIAL # | QTY | DESCRIPTION | FIRST DAY / MIN AMOUNT | BILL FROM THRU | ADD DAYS | ADDL AMOUNT | DISC % | TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| 24 | TAP9055C07875 | 1 | SALE: GR. # 9055 TYPE A PACKER 7-7/8" | $161.26 | 8/19/2018 8/28/2018 | 0 | $0.00 | 0 | $161.26 |
| 25 | SG9057C08000 | 0 | 9057 SPIRAL GRAPPLE 8" OD  SER.150 | | 8/19/2018 8/28/2018 | 0 | | 0 | |
| 26 | TAP9055C08000 | 0 | 9055 TYPE "A" PACKER 8"OD  SER.150 (F/ 9-1/2" O.S.) | | 8/19/2018 8/28/2018 | 0 | | 0 | |
| 27 | SG9057C08000 | 0 | 9057 SPIRAL GRAPPLE 8" OD  SER.150 | | 8/19/2018 8/28/2018 | 0 | | 0 | |
| 28 | TAP9055C08000 | 0 | 9055 TYPE "A" PACKER 8"OD  SER.150 (F/ 9-1/2" O.S.) | | 8/19/2018 8/28/2018 | 0 | | 0 | |
| 29 | SG9057C08125 | 0 | GR. # 9057 SPIRAL GRAPPLE 8-1/8" | | 8/19/2018 8/28/2018 | 0 | | 0 | |
| 30 | TAP9055C08125 | 0 | GR. # 9055 TYPE A PACKER 8-1/8" | | 8/19/2018 8/28/2018 | 0 | | 0 | |
| 31 | SGC9058 | 1 | SALE: 9058 SPIRAL GRAPPLE CONTROL  SER.150 | $412.80 | 8/19/2018 8/28/2018 | 0 | $0.00 | 0 | $412.80 |
| 32 | SGC9058 | 1 | SALE: 9058 SPIRAL GRAPPLE CONTROL  SER.150 | $412.80 | 8/19/2018 8/28/2018 | 0 | $0.00 | 0 | $412.80 |
| 33 | SG9057C07875 | 1 | SALE: 9057 SPIRAL GRAPPLE 7-7/8" SER. 150 | $1,171.20 | 8/19/2018 8/28/2018 | 0 | $0.00 | 0 | $1,171.20 |
| 34 | WFR | 1 | 9-1/2 BOWL GR#9057 | $1,625.00 | 8/20/2018 8/28/2018 | 0 | $810.00 | 25 | $1,218.75 |
| 35 | TAP9055C07875 | 1 | SALE: GR. # 9055 TYPE A PACKER 7-7/8" | $161.26 | 8/19/2018 8/28/2018 | 0 | $0.00 | 0 | $161.26 |

PAGE 3 OF 5

VOL 1724 PG 0780

**W F R**

Wellbore Fishing & Rental Tools

2400 N. FM 1788
MIDLAND, TX 79707
PHONE: (985) 879-4705    FAX: (985) 879-4769

Cust No. 1275
INVOICE TO: MDC TEXAS ENERGY, LLC
24 SMITH RD., SUITE 501A
MIDLAND, TX 79705

Ordered By:
Sales Person : DAVID CARRELL
(03 DELIVERY TICKET 7502)

REMIT TO:
WELLBORE FISHING & RENTAL
TOOLS, LLC
PO BOX 2818
HOUMA, LA 70361

INVOICE: 3082
Invoice Date: Friday, August 31, 2018
Due Date: 9/30/2018

Rig Name : SIDEWINDER 223
Rig Phone # : 805-231-9438
Dock :
Field/Block :
Lease/Well :
Ordered By : SMARTY JONES 5, 6, 7,
AFE/WBS# : MR MIKE SMITH
Job Number : 12250
Job Type : FISHING
Contractor :

| LINE # | SERIAL # | QTY | DESCRIPTION | FIRST DAY / MIN AMOUNT | BILL FROM THRU | ADD DAYS | ADD'L AMOUNT | DISC % | TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| 36 | 000008253 | 1 | EXTENSION - UPPER, 9-1/2" OD SER 150 GR# 9057 | $800.00 | 8/20/2018 8/28/2018 | 0 | $400.00 | 25 | $600.00 |
| 37 | 000008531 | 1 | GUIDE, WALL HOOK - FOR 9-1/2 OVSHT S150 | $950.00 | 8/20/2018 8/28/2018 | 0 | $0.00 | 25 | $712.50 |
| 38 | WFR | 0 | MAKE READY CHARGE | | 8/20/2018 8/20/2018 | 0 | | 0 | |
| 39 | WFR | 1 | SALE PRICE OF HOOK WALL GUIDE | $5,181.26 | 8/20/2018 8/28/2018 | 0 | $0.00 | 0 | $5,181.26 |
| 40 | MB | 0 | MAKE UP & BREAK OUT CHARGE | | 8/19/2018 8/28/2018 | 0 | | 0 | |
| 41 | WFR | 0 | LABOR TO SHUCK FISH | | 8/19/2018 8/28/2018 | 0 | | 0 | |
| 42 | INSPECT | 15 | INSPECTION CHARGE $ 48.00 PER CONNECTION | $48.00 | 8/19/2018 8/28/2018 | 0 | $0.00 | 0 | $720.00 |
| 43 | INSPECT2 | 6 | WET MAG/DRY PARTICLE $ 56.00 PER TOOL BODY | $56.00 | 8/19/2018 8/28/2018 | 0 | $0.00 | 0 | $336.00 |
| 44 | WASTELAND | 1 | WASTE DISPOSAL CHARGE (LAND) | $250.00 | 8/19/2018 8/28/2018 | 0 | $0.00 | 0 | $250.00 |
| 45 | COMMODITY | 1 | COMMODITY SALE: GUIDE F/9-1/2" OVERSHOT | $1,736.34 | 8/19/2018 8/28/2018 | 0 | $0.00 | 0 | $1,736.34 |

**REMIT TO:**
WELLBORE FISHING & RENTAL TOOLS, LLC
PO BOX 2818
HOUMA, LA 70361

Wellbore Fishing & Rental Tools

2400 N. FM 1788
MIDLAND, TX 79707
PHONE: (985) 879-4705    FAX: (985) 879-4769

Cust No. 1275
INVOICE TO:    MDC TEXAS ENERGY, LLC
24 SMITH RD., SUITE 501A
MIDLAND, TX 79705

Ordered By:
Sales Person: DAVID CARRELL
(03 DELIVERY TICKET 7502)

INVOICE: 3082
Invoice Date: Friday, August 31, 2018
Due Date: 9/30/2018

| | |
|---|---|
| Rig Name | : SIDEWINDER 223 |
| Rig Phone # | : 805-231-9456 |
| Dock | |
| Field/Block | |
| Lease/Well | : SMARTY JONES 5, 6, 7, |
| Ordered By | : MR MIKE SMITH |
| AFE/WBS# | |
| Job Number | : 12350 |
| Job Type | : FISHING |
| Contractor | : |

| LINE # | SERIAL # | QTY | DESCRIPTION | BILL FROM THRU | FIRST DAY / MIN AMOUNT | ADD DAYS | ADD'L AMOUNT | DISC % | TOTAL |
|---|---|---|---|---|---|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| Total Rental Charges : | $40,983.26 | | SubTotal : | $51,695.62 |
| Discountable Charges : | $10,530.00 | | Total Discount : | $2,632.50 |
| | | | Taxable Total : | $49,363.12 |
| | | | 8.25% Total Tax : | $4,072.46 |

THANK YOU FOR YOUR BUSINESS --- INVOICE TOTAL ...    $53,435.58

NET AMOUNT DUE...    $53,435.58

PAGE 5 OF 5

VOL  1724  PG  0782

**WFR**
Wellbore Fishing & Rental Tools

2400 N. FM 1788
MIDLAND, TX 79707
PHONE: (985) 879-4705    FAX: (985) 879-4769

Cust No. 1275
INVOICE TO:    MDC TEXAS ENERGY, LLC
24 SMITH RD., SUITE 501A
MIDLAND, TX 79705

Ordered By:
Sales Person : DAVID CARRELL
(03 DELIVERY TICKET 7447)

REMIT TO:
WELLBORE FISHING & RENTAL
TOOLS, LLC
PO BOX 2818
HOUMA, LA 70361

INVOICE: 3994
Invoice Date: Friday, August 31, 2018
Due Date: 9/30/2018

Rig Name        : SIDEWINDER 223
Rig Phone #     : 918-839-5744
Dock
Field/Block
Lease/Well
Ordered By      : SMARTY JONES 26-7H
AFE/MBS#        : MR JUSTIN WATTS
Job Number      : 12311
Job Type        : RENTAL
Contractor

| LINE # | SERIAL # | QTY | DESCRIPTION | FIRST DAY / MIN AMOUNT | BILL FROM THRU | ADD DAYS | ADD'L AMOUNT | DISC % | TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| | | 0 | BILLING PERIOD IS 08/13/18 -- 08/31/18 | | | 0 | | 0 | |
| 1 | 3RD P | 1 | 170 JTS OF NC-50 G105 HARDFACED DRILLPIPE. | $1,280.61 | | 19 | $1,280.61 | 0 | $25,612.20 |
| 2 | 3RD P | 0 | INSPECTION CHARGE | | | 0 | | 0 | |
| 3 | 3RD P | 0 | WASTE DISPOSAL CHARGE (LAND) | | | 0 | | 0 | |
| 4 | 3RD P | 0 | TRANSPORTATION | | | 0 | | 0 | |

Total Rental Charges : $25,612.20
Discountable Charges : $0.00

SubTotal : $25,612.20
Total Discount : $0.00

Taxable Total : $25,612.20
8.25% Total Tax : $2,113.01

THANK YOU FOR YOUR BUSINESS ... INVOICE TOTAL .... $27,725.21

NET AMOUNT DUE... $27,725.21

PAGE 1 OF 1

V O L 1 7 2 4 P G 0 7 8 3

REMIT TO:
WELLBORE FISHING & RENTAL
TOOLS, LLC
PO BOX 2316
HOUMA, LA 70361

Wellbore Fishing & Rental Tools

2400 N. FM 1788
MIDLAND, TX 79707
PHONE (915) 873-4705   FAX: (915) 873-4769

Cust No. 1276
INVOICE TO :   RDC TEXAS ENERGY LLC
24 SMITH RD, SUITE 501A
MIDLAND, TX 79705

Ordered By :
Sales Person : DAVID CARRELL
(03 DELIVERY TICKET 7366)

INVOICE: 3167
Invoice Date: Sunday, September 30, 2018
Due Date: 10/30/2018

Rig Name        : SIDEWINDER 223
Rig Phone #     : 915-803-5744
Dock
Field/Block
Lease/Well
Ordered By      : SMARTY JONES 26-5H
APE#/WBS#       : MR JUSTIN WATTS
Job Number      : 12311
Job Type        : RENTAL
Contractor

| LINE # | SERIAL # | QTY | DESCRIPTION | FIRST DAY / MIN AMOUNT | BILL FROM THRU | ADD DAYS | ADD'L AMOUNT | DISC % | TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| | | 0 | BILLING PERIOD IS 09/01/18 – 09/15/18 | | | 0 | | 0 | |
| 1 | 3RO P | 1 | 170 JTS OF NC-50 G105 HARDFACED DRILLPIPE. | $1,280.61 | 9/1/2018 9/15/2018 | 12 | $1,200.61 | 0 | $16,847.93 |

Total Rental Charges : $16,847.93
Discountable Charges : $0.00

Sub Total : $16,847.93
Total Discount : $0.00

Taxable Total : $16,847.93
8.25% Total Tax : $1,373.45

THANK YOU FOR YOUR BUSINESS — INVOICE TOTAL — $18,021.38

NET AMOUNT DUE_ $18,021.38

SMARTY JONES 26-7H
SMAO7H
92.12
TONY GREENHOUSE
12/6/18

PAGE 1 OF 1

P G
V O L
1 7 2 4
0 7 8 4

**W F R**

Wellbore Fishing & Rental Tools

2400 N. FM 1788
MIDLAND, TX 79707
PHONE: (985) 879-4705    FAX: (985) 879-4769

Cust No. 1275
INVOICE TO: MDC TEXAS ENERGY, LLC
24 SMITH RD., SUITE 501A
MIDLAND, TX 79705

REMIT TO:
WELLBORE FISHING & RENTAL
TOOLS, LLC
PO BOX 2818
HOUMA, LA 70361

INVOICE: 3230
Invoice Date: Wednesday, October 31, 2018
Due Date: 11/30/2018

Rig Name         : SIDEWINDER 223
Rig Phone #      : 918-839-5744
Dock
Field/Block
Lease/Well
Ordered By       : SMARTY JONES 26-7H
AFE/WBS#         : MR JUSTIN WATTS
Job Number       : 12311
Job Type         : RENTAL
Contractor

Ordered By:
Sales Person : DAVID CARRELL
(03 DELIVERY TICKET 7447)

| LINE # | SERIAL # | QTY | DESCRIPTION | FIRST DAY / MIN AMOUNT | BILL FROM THRU | ADD DAYS | ADD'L AMOUNT | DISC % | TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| | | 0 | BILLING PERIOD IS 08/13/18 -- 08/31/18 | | | 0 | | 0 | |
| 1 | 3RD P | 0 | 170 JTS OF NC-50 G105 HARDFACED DRILLPIPE. | | | 0 | | 0 | |
| 2 | 3RD P | 0 | INSPECTION CHARGE | | | 0 | | 0 | |
| 3 | 3RD P | 0 | WASTE DISPOSAL CHARGE (LAND) | | | 0 | | 0 | |
| 4 | 3RD P | 1 | TRANSPORTATION | $624.67 | | 0 | $0.00 | 0 | $624.67 |
| 5 | 3RD P | 1 | RECUT NC50 CONN F/ DRILL PIPE (12 PIN, 1 BOX) | $2,656.72 | | 0 | $0.00 | 0 | $2,656.72 |
| 6 | 3RD P | 1 | REFACE NC50 CONN F/ DRILL PIPE (7 PIN, 5 BOX) | $324.00 | | 0 | $0.00 | 0 | $324.00 |
| 7 | 3RD P | 1 | STRAIGHTEN DRILL PIPE (1 JOINT) | $35.44 | | 0 | $0.00 | 0 | $35.44 |
| 8 | 3RD P | 1 | REAPPLY HARDBANDING TO DRILL PIPE PIN TOOL JOINTS | $7,843.77 | | 0 | $0.00 | 0 | $7,843.77 |
| 9 | 3RD P | 1 | REAPPLY HARDBANDING TO DRILL PIPE BOX TOOL JOINTS | $9,890.10 | | 0 | $0.00 | 0 | $9,890.10 |
| 10 | 3RD P | 1 | SALE (2) JTS OF 5" DRILLPIPE (BENT BEYOND REPAIR) | $6,251.55 | | 0 | $0.00 | 0 | $6,251.55 |

PAGE 1 OF 2

REMIT TO:
WELLBORE FISHING & RENTAL
TOOLS, LLC
PO BOX 2318
HOUMA, LA 70361

Wellbore Fishing & Rental Tools

2400 N. FM 1788
MIDLAND, TX 79707
PHONE: (985) 879-4705    FAX: (985) 879-4769

Cust No. 1775
INVOICE TO : MDC TEXAS ENERGY, LLC
24 SMITH RD., SUITE 501A
MIDLAND, TX 79705

Ordered By:
Sales Person : DAVID CARRELL
(03 DELIVERY TICKET 7447)

INVOICE: 3230
Invoice Date: Wednesday, October 31, 2018
Due Date: 11/30/2018

Rig Name        : SIDEWINDER 223
Rig Phone #     : 918-839-5744
Dock
Field/Block
Lease/Well      : SMARTY JONES 26-7H
Ordered By      : MR JUSTIN WATTS
AFE/WBS#
Job Number      : 12311
Job Type        : RENTAL
Contractor

| LINE # | SERIAL # | QTY | DESCRIPTION | BILL FROM THRU | ADD DAYS | ADD'L AMOUNT | DISC % | FIRST DAY / MIN AMOUNT | TOTAL |
|--------|----------|-----|-------------|----------------|----------|--------------|--------|------------------------|-------|
| | | | | | | | | Total Rental Charges : $27,001.58 | $27,626.25 |
| | | | | | | | | Discountable Charges : $0.00 | $0.00 |
| | | | | | | SubTotal : | | | $27,626.25 |
| | | | | | | Total Discount : | | | $2,279.17 |
| | | | | | | Taxable Total : | | | |
| | | | | | | 8.25% Total Tax : | | | |
| | | | | | THANK YOU FOR YOUR BUSINESS ...INVOICE TOTAL... | | | | $29,905.42 |
| | | | | | | NET AMOUNT DUE... | | | $29,905.42 |

PAGE 2 OF 2

V O L   1 7 2 4   P G   0 7 8 6

Inst No. 19-01843
DIANNE O. FLOREZ
COUNTY CLERK
2019 Feb 04 at 10:47 AM
REEVES COUNTY, TEXAS
By: TG _____ , DEPUTY

19-02293
FILED FOR RECORD
REEVES COUNTY, TEXAS
Feb 11, 2019 at 10:52:00 AM

| | |
|---|---|
| Claimant: | Wilbanks Trucking Services, LLC |
| Contractor: | Wilbanks Trucking Services, LLC |
| Mineral Property Owners: | MDC Texas Energy LLC, MDC Texas Operator LLC; and any person or entity asserting an interest in the Subject Property by virtue of an assignment that was not recorded in the real property records at the time Claimant commenced delivery of materials on the Subject Property |
| Leases: | California Chrome 27; Pickpocket 21; Count Fleet 11; Coopers Dream 23; War Admiral 24 |
| Wells: | California Chrome 27 3H, 7H & 9H; Pickpocket 21 2H; Count Fleet 11 1H & 4H; Coopers Dream 23 2H; War Admiral 24 2HM |
| County: | Reeves County, Texas |
| Principal Amount Due: | $928,396.00 |

TO RECORDING OFFICER:        This instrument must be filed in the appropriate Lien Records for your County.

## STATEMENT AND AFFIDAVIT
## IN SUPPORT OF LIEN ON MINERAL PROPERTY

### Claimant

Wilbanks Trucking Services LLC (hereinafter referred to as "**Claimant**") has, under contract, furnished materials and equipment and/or performed labor and services for and in connection with the digging, drilling, torpedoing, operating, completing, maintaining, or repairing of an oil and /or gas well on the oil, gas, and mineral leasehold hereinafter described.

Claimant's mailing address is as follows:

Wilbanks Trucking Services, LLC
11246 Lovington Highway
Artesia, New Mexico 88210

### Description of Property Subject to Lien

This lien is claimed upon the oil, gas, and mineral leases located in Reeves County, Texas

1

for the wells listed above, more particularly described as follows:

| Well Name | API | Latitude | Longitude | Exhibit |
|---|---|---|---|---|
| California Chrome 27 3H | 389-37445 | 31.32024 | -103.66816 | A1 |
| California Chrome 27 7H | 389-37298 | 31.32053 | -103.66565 | A2 |
| California Chrome 27 9H | 389-37300 | 31.32061 | -103.66610 | A3 |
| Pickpocket 21 2H | 389-37312 | 31.35057<br>31.366692 | -103.66006<br>-103.659773 | A4 |
| Count Fleet 11 1H | 389-37412 | 31.321540 | -103.605422 | A5 |
| Count Fleet 11 4H | 389-37416 | 31.321542 | -103.605513 | A6 |
| Coopers Dream 23 2H | 389-37505 | 31.374337 | -103.644626 | A7 |
| War Admiral 24 2HM | 389-37255 | 31.36820 | -103.63300 | A8 |

A description of each lease is attached hereto as **Exhibits A1 through A8**. This lien attaches to the total acreage of each lease identified in **Exhibits A1 through A8** and is not limited to the acreage within the well plat. The property described in **Exhibits A1 through A8** is hereinafter referred to as the "**Subject Property**". This lien attaches to: (i) any well; (ii) personal property; (iii) equipment; (iv) buildings; (v) appurtenances; (vi) pipelines; (vii) the oil, gas and other minerals produced from or upon the Subject Property; and (viii) any other property provided for in Texas Property Code § 56.003 and the Texas Constitution which are located on or used in connection with the Subject Property.

<u>**Owners**</u>

The names of the owners (or reputed owners) whose interests in the Subject Property are encumbered by this lien is **MDC Texas Operator LLC** and **MDC Texas Energy LLC** and any person or entity asserting an interest in the Subject Property by virtue of an assignment that was not recorded in the real property records at the time Claimant commenced delivery of materials and/or provided services to the Subject Property.

MDC Texas Operator LLC address is as follows:

24 Smith Road, Suite 501A
Midland, Texas 79705

2

MDC Texas Energy LLC address is as follows:

24 Smith Road, Suite 501A
Midland, Texas 79705

### Statement of Claim

MDC Texas Energy LLC contracted with Claimant to furnish materials, machinery, or supplies and/or perform labor and services on behalf of the owners of interests in the Subject Property.

Attached hereto as **Exhibit B** are invoices setting forth: (1) the materials furnished and labor performed by Claimant; (2) the dates on which the labor was performed and materials were furnished; (3) the prices charged in connection with the labor and materials; and (4) the leases and wells with respect to which the labor was performed and materials were furnished. The labor and materials described in **Exhibit B** were furnished in connection with the digging, drilling, torpedoing, operating, completing, maintaining, or repairing of the wells located on the Subject Property.

Claimant commenced furnishing materials and/or services in connection with the California Chrome 27 #9H Well on August 18, 2018 and last furnished materials and/or services in connection with the War Admiral 24 #2HM Well on January 2, 2019.

The amount of this claim is $928,396.00 principal, plus interest, costs of court and attorneys' fees. Said amount is due and owing. All just and lawful offsets, payments, and credits, if any, have been made and allowed. The above stated amounts charged are, and were at the time and place of performance, reasonable and were agreed upon by the parties prior to and/or at the time that the labor and materials were furnished.

### Statutory Lien Claim

This Statement and Affidavit in Support of Lien on Mineral Property is filed pursuant to Section 56.001, *et seq.* of the Texas Property Code for the purpose of perfecting a lien upon mineral interest ownership in the Subject Property, including, but not limited to, the interests of the above-referenced owners in the Subject Property. This lien encumbers the interest of any mineral interest owner in all property on the Subject Property as provided in Texas Property Code § 56.003, to secure the claim amount.

### Notice

In connection with the contracts described above Claimant acted in the capacity of mineral contractor under an express or implied contract with the mineral property owners, their trustee, agent or receiver. Accordingly, claimant is a mineral contractor within the meaning of Texas Property Code § 56.001(2).

Pursuant to Texas Property Code § 56.043, notice is hereby given that neither the owner of the land, nor the owner of said oil, gas, or mineral leasehold interest therein, nor the owner of

3

any gas or oil pipeline, nor the contractor, nor the subcontractor, nor the purchaser, nor the trustee, receiver, or agent of any such owner, lessor, lessee, contractor, subcontractor, or purchaser shall either sell or remove the property subject to this lien or cause same to be removed from the land or premises upon which they were to be used or otherwise sell or dispose of the same, without the written consent of the holder of this lien.

Claimant reserves the right to file an Amended Lien.

WILBANKS TRUCKING SERVICES, LLC

By:_____
LANCE WILBANKS, CEO

## VERIFICATION AND ACKNOWLEDGMENT

THE STATE OF NEW MEXICO    )
                           )ss
COUNTY OF EDDY             )

I, LANCE WILBANKS, the Chief Executive Officer for Wilbanks Trucking Services, LLC (Claimant), Affiant herein, do hereby state under oath that I have read the foregoing Statement and Affidavit in Support of Lien on Mineral Property and examined the Exhibits thereto, and that every statement contained therein, is based on matters within my personal knowledge, is true and correct, that the amounts claimed therein are due and owing, and that all just and lawful offsets, payments, and credits have been allowed.

By:_____
Lance Wilbanks, CEO
Wilbanks Trucking Services, LLC

SUBSCRIBED and SWORN TO BEFORE ME, the undersigned authority, by Lance Wilbanks, CEO of Wilbanks Trucking Services, LLC (Claimant), on this 8th day of February, 2019.

_____
Notary Public

My Commission Expires: 10-28-20

OFFICIAL SEAL
TANESSA KELSEY
NOTARY PUBLIC
STATE OF NEW MEXICO
My Commission Expires: 10-28-20

4

# RAILROAD COMMISSION OF TEXAS
## OIL & GAS DIVISION
### APPLICATION FOR PERMIT TO DRILL, RECOMPLETE, OR RE-ENTER

**FORM W-1**

This facsimile W-1 was generated electronically from data submitted to the RRC.
A certification of the automated data is available in the RRC's Austin office.

| | |
|---|---|
| API No. 42-389-37445 | Permit Status: **Approved** |
| Drilling Permit # 843193 | |
| SWR Exception Case/Docket No. | |

| 1. RRC Operator No. 556511 | 2. Operator's Name (as shown on form P-5, Organization Report) **MDC TEXAS OPERATOR LLC** | 3. Operator Address (include street, city, state, zip) 24 SMITH RD SUITE 501A MIDLAND, TX 79705-0000 |
|---|---|---|

| 4. Lease Name CALIFORNIA CHROME 27 | 5. Well No. 3H |
|---|---|

**GENERAL INFORMATION**

6. Purpose of filing (mark ALL appropriate boxes):
☒ New Drill  ☐ Recompletion  ☐ Reclass  ☐ Field Transfer  ☐ Re-Enter
☐ Amended  ☐ Recompletion  ☐ Amended as Drilled (BHL)(Also File Form W-1D)

7. Wellbore Profile (mark ALL appropriate boxes):
☐ Vertical  ☒ Horizontal (Also File Form W-1H)  ☐ Directional (Also File Form W-1D)  ☐ Sidetrack

8. Total Depth 10500

9. Do you have the right to develop the minerals under any right-of-way?  ☒ Yes  ☐ No

10. Is this well subject to Statewide Rule 36 (hydrogen sulfide area)?  ☒ Yes  ☐ No

**SURFACE LOCATION AND ACREAGE INFORMATION**

11. RRC District No. 08

12. County REEVES

13. Surface Location  ☒ Land  ☐ Bay/Estuary  ☐ Inland Waterway  ☐ Offshore

14. This well is to be located 7.41 miles in a E direction from Toyah, which is the nearest town in the county of the well site.

| 15. Section 27 | 16. Block C8 | 17. Survey PSL / STINE, B R |
|---|---|---|

21. Lease Perpendiculars: 270.0 ft. from the NORTH line and 380.0 ft. from the WEST line.
22. Survey Perpendiculars: 270.0 ft. from the NORTH line and 380.0 ft. from the WEST line.

23. Is this a pooled unit?  ☒ Yes  ☐ No

24. Unitization Docket No.

25. Are you applying for Substandard Acreage Field?  ☐ Yes (attach Form W-1A)  ☒ No

8. Abstract No. 3624

19. Distance to nearest lease line: 200.0 ft.

20. Number of contiguous acres in lease, pooled unit, or unitized tract: 320.0

**FIELD INFORMATION  List all fields of anticipated completion including Wildcat. List one zone per line.**

| 26. RRC District No. | 27. Field No. | 28. Field Name (exactly as shown in RRC records) | 29. Well Type | 30. Completion Depth | 31. Distance to Nearest Well in this Reservoir | 32. Number of Wells on this lease in this Reservoir |
|---|---|---|---|---|---|---|
| 08 | 71052900 | PHANTOM (WOLFCAMP) | Oil or Gas Well | 10500 | 559.0 | 4 |
| 08 | 98359800 | WOLFBONE (TREND AREA) | Oil or Gas Well | 10500 | 559.0 | 4 |

**BOTTOMHOLE LOCATION INFORMATION is required for DIRECTIONAL, HORIZONTAL AND AMENDED AS DRILLED PERMIT APPLICATIONS**

Remarks
[FILER 08/03/2018 02:33:04 PM]: This well is in the same area of Section 27 as the California Chrome 27-7H, 8HM and 8H which will undergo a name change to State California Chrome when filing for completions. The reason that this well is also filed as the California Chrome 27-3H is to avoid the confusion of having two different lease names within the same lease. All the wells within the West half of Section 27 will be renamed as State California Chrome during the completions process.

**Certificate:**
I certify that information stated in this application is true and complete, to the best of my knowledge

RRC User _____  08/06/2018
Name of filer                                   Date Submitted

Phone _____    Email Address(OPTIONAL) _____

RRC Use Only     Date Validation Time Stamp:  Mon, 4 Feb 2019 14:15:07

Page 1 of 1

**EXHIBIT "A-1"**



VOL 1728 PG 0678

# RAILROAD COMMISSION OF TEXAS
## OIL & GAS DIVISION
### APPLICATION FOR PERMIT TO DRILL, RECOMPLETE, OR RE-ENTER

**FORM W-1**

Permit Status: Approved

*This facsimile W-1 was generated electronically from data submitted to the RRC.*
*A certification of the automated data is available in the RRC's Austin office.*

| | |
|---|---|
| API No. 42-389-37298 | |
| Drilling Permit # 841590 | |
| SWR Exception Case/Docket No. | |

1. RRC Operator No. 556511

2. Operator's Name (as shown on Form P-5, Organization Report)
MDC TEXAS OPERATOR LLC

3. Operator Address (include street, city, state, zip)
24 SMITH RD SUITE 501 A
MIDLAND, TX 79705-0000

4. Lease Name  CALIFORNIA CHROME 27

5. Well No.  7H

## GENERAL INFORMATION

6. Purpose of filing (mark ALL appropriate boxes)
☒ New Drill  ☐ Recompletion  ☐ Reclass  ☐ Field Transfer  ☐ Re-Enter
☐ Amended  ☐ Amended as Drilled (BHL)(Also File Form W-1D)

7. Wellbore Profile (mark ALL appropriate boxes)
☐ Vertical  ☒ Horizontal (Also File Form W-1H)  ☐ Directional (Also File Form W-1D)  ☐ Sidetrack

8. Total Depth  10300

9. Do you have the right to develop the minerals under any right-of-way?  ☒ Yes  ☐ No

10. Is this well subject to Statewide Rule 36 (hydrogen sulfide area)?  ☒ Yes  ☐ No

## SURFACE LOCATION AND ACREAGE INFORMATION

11. RRC District No.  08
12. County  REEVES
13. Surface Location  ☒ Land  ☐ Bay/Estuary  ☐ Inland Waterway  ☐ Offshore

14. This well is to be located  7.61  miles in a  E  direction from  Toyah  which is the nearest town in the county of the well site.

15. Section  27
16. Block  C8
17. Survey  PSUSTINE. B R
18. Abstract No.  3624
19. Distance to nearest lease line.  270.0  ft.
20. Number of contiguous acres in lease, pooled unit, or unitized tract  320.0

21. Lease Perpendiculars:  270.0 ft. from the  NORTH  line and  1428.0  ft. from the  WEST  line.
22. Survey Perpendiculars:  270.0 ft. from the  NORTH  line and  1428.0  ft. from the  WEST  line.

23. Is this a pooled unit?  ☒ Yes  ☐ No
24. Unitization Docket No:
25. Are you applying for Substandard Acreage Field?  ☒ Yes (attach Form W-1A)  ☒ No

## FIELD INFORMATION  List all fields of anticipated completion including Wildcat. List one zone per line.

| 26. RRC District No. | 27. Field No. | 28. Field Name (exactly as shown in RRC records) | 29. Well Type | 30. Completion Depth | 31. Distance to Nearest Well in this Reservoir | 32. Number of Wells on this lease in this Reservoir |
|---|---|---|---|---|---|---|
| 08 | 71052900 | PHANTOM (WOLFCAMP) | Oil or Gas Well | 10300 | 0.0 | 1 |
| 08 | 98359800 | WOLFBONE (TREND AREA) | Oil or Gas Well | 10300 | 0.0 | 1 |

## BOTTOMHOLE LOCATION INFORMATION is required for DIRECTIONAL, HORIZONTAL, AND AMENDED AS DRILLED PERMIT APPLICATIONS

### Certificate:

I certify that information stated in this application is true and complete, to the best of my knowledge

RRC User  06/21/2018
Name of filer  Date Submitted

Phone  Email Address(OPTIONAL)

**Remarks**
[RRC STAFF 06/22/2018 02:09:39 PM]: There have been problems identified with this permit (see problem; letter attachment).
Notification sent.; [RRC STAFF 06/22/2018 04:19:16 PM]: Problems identified with this permit are resolved.; [RRC STAFF 06/22/2018 04:19:27 PM]; Revised P-12 and P-16 attached.;

RRC Use Only    Date Validation Time Stamp:    Mon, 4 Feb 2019 14:16:58

Page 1 of 1

EXHIBIT "A-2"

LEASE NAME & WELL NO.:
**CALIFORNIA CHROME 27 #7H**
TOPOGRAPHY & OWNERSHIP
**NATURAL MESQUITE PASTURE**
NEAREST TOWN IN COUNTY:
±7.61 MILES EAST OF TOYAH, TEXAS

DESCRIPTION:
SHL/PP/FTP: SECTION 27, BLOCK C-8, PUBLIC SCHOOL LAND SURVEY, A-5824
LTP/BHL: SECTION 27, BLOCK C-8, PUBLIC SCHOOL LAND SURVEY, A-1783
REEVES COUNTY, TEXAS

MDC TEXAS OPERATOR

SPECIAL NOTES:

Original Document Size: 8.5"x14"
All Coordinates are in NAD 27 TX-C Zone unless otherwise noted.

CERTIFICATION:
This well location shown on this permit plat was surveyed on the ground under my direct supervision. This plat is for Texas Railroad Commission permit purpose only and should not be considered a boundary survey.

WILLIAM J. KEATING
5041
Texas Reg. No. 5041

TOPOGRAPHIC
LOYALTY INNOVATION LEGACY

Texas PLS Registration No. 5041
FILE NAME: LO_CALIFORNIA_CHROME_27_7H_RRCV1

**Surface Hole Location:**
2017 FNL & 1438 FWL
SHL Ground Elevation: 2745'
X = 950007'   Y = 616658
LAT: N 31.3199750   LONG: W 103.6640035
NAD 83 TX-C ZONE
X = 1256691'   Y = 10489433
LAT: N 31.3201116   LONG: W 103.6670868
Penetration Point/First Take Point:
2007 FNL & 1892 FWL
X = 960503'   Y = 616914
LAT: N 31.3201083   LONG: W 103.6628175
**Last Take Point Location:**
2007 FNL & 1892 FWL
X = 960555'   Y = 671008
LAT: N 31.3067293   LONG: W 103.6628144
**Bottom Hole Location:**
40 FSL & 1892 FWL
X = 960585'   Y = 671668
LAT: N 31.3062984   LONG: W 103.6628140

**LEGEND**
Section Line
Block Line
Abstract Line
Tract Line
Lease Road
County Road
Unit/Lease Boundary
Found Monument
Set 1/2" Rebar w/cap
Calculated Corner

Surveyed: 06/7/18
Original Document 8.5x14
Drawn By:
Revision: 1(JC)
COGO: 577-96199

| RAILROAD COMMISSION OF TEXAS | FORM W-1 |
|---|---|

**OIL & GAS DIVISION**

**APPLICATION FOR PERMIT TO DRILL, RECOMPLETE, OR RE-ENTER**

| | Permit Status: | Approved |
|---|---|---|

*This facsimile W-1 was generated electronically from data submitted to the RRC.*
*A certification of the automated data is available in the RRC's Austin office.*

| API No. | 42-389-37709 |
|---|---|
| Drilling Permit # | 846070 |
| SWR Exception Case/Docket No. | |

| 1. RRC Operator No. | 2. Operator's Name (as shown on form P-5, Organization Report) | 3. Operator Address (include street, city, state, zip) |
|---|---|---|
| 565511 | MDC TEXAS OPERATOR LLC | 24 SMITH RD SUITE 501A   MIDLAND, TX 79705-0000 |

| 4. Lease Name | 5. Well No. |
|---|---|
| CALIFORNIA CHROME 27 | 9H |

**GENERAL INFORMATION**

6. Purpose of filing (mark ALL appropriate boxes):
☒ New Drill  ☐ Recomplete  ☐ Reclass  ☐ Field Transfer  ☐ Re-Enter
☐ Amended  ☐ Amended as Drilled (BHL)(Also File Form W-1D)

7. Wellbore Profile (mark ALL appropriate boxes):
☐ Vertical  ☒ Horizontal (Also File Form W-1H)  ☐ Directional (Also File Form W-1D)  ☐ Sidetrack

| 8. Total Depth | 9. Do you have the right to develop the minerals under any right-of-way? | 10. Is this well subject to Statewide Rule 36 (hydrogen sulfide area)? |
|---|---|---|
| 10500 | ☒ Yes  ☐ No | ☐ Yes  ☒ No |

**SURFACE LOCATION AND ACREAGE INFORMATION**

| 11. RRC District No. | 12. County | 13. Surface Location |
|---|---|---|
| 08 | REEVES | ☒ Land  ☐ Bay/Estuary  ☐ Inland Waterway  ☐ Offshore |

| 14. This well is to be located | 7.72 | miles in a | SW | direction from | LINDSAY | which is the nearest town in the county of the well site. |
|---|---|---|---|---|---|---|

| 15. Section | 27 | 16. Block | C8 | 17. Survey | PSL/JOHNSON, R E | 18. Abstract No. | 1723 | 19. Distance to nearest lease line: | 200.0 | ft. | 20. Number of contiguous acres in lease, pooled unit, or unitized tract | 320.0 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

| 21. Lease Perpendiculars: | 1020.0 | ft. from the | NORTH | line and | 520.0 | ft. from the | EAST | line. |
|---|---|---|---|---|---|---|---|---|
| 22. Survey Perpendiculars: | 1020.0 | ft. from the | NORTH | line and | 520.0 | ft. from the | EAST | line. |

| 23. Is this a pooled unit? | ☐ Yes  ☒ No | 24. Unitization Docket No: | 25. Are you applying for Substandard Acreage Field? | ☐ Yes (attach Form W-1A)  ☒ No |
|---|---|---|---|---|

**FIELD INFORMATION** — List all fields of anticipated completion including Wildcat. List one zone per line.

| 26. RRC District No. | 27. Field No. | 28. Field Name (exactly as shown in RRC records) | 29. Well Type | 30. Completion Depth | 31. Distance to Nearest Well in this Reservoir | 32. Number of Wells on this lease in this Reservoir |
|---|---|---|---|---|---|---|
| 08 | 71052900 | PHANTOM (WOLFCAMP) | Oil or Gas Well | 10500 | 1.0 | 6 |
| 08 | 98359800 | WOLFBONE (TREND AREA) | Oil or Gas Well | 10500 | 1.0 | 6 |

**BOTTOMHOLE LOCATION INFORMATION is required for DIRECTIONAL, HORIZONTAL, AND AMENDED AS DRILLED PERMIT APPLICATIONS**

Remarks
[RRC STAFF 10/29/2018 02:15:58 PM]: Revised well count to match RRC records and P-16.;

**Certificate**

I certify that information stated in this application is true and complete, to the best of my knowledge

| RRC User | 10/23/2018 |
|---|---|
| Name of filer | Date Submitted |

| Phone | Email Address(OPTIONAL) |
|---|---|

| RRC Use Only | Date Validation Time Stamp: | Fri, 8 Feb 2019 09:41:23 |
|---|---|---|

Page 1 of 1

EXHIBIT "A-3"



LEASE NAME & WELL NO.:

# CALIFORNIA CHROME 27 #9H

TOPOGRAPHY & DESCRIPTION

## NATURAL MESQUITE PASTURE

NEAREST TOWN IN COUNTY

MDC TEXAS OPERATOR    ±7.72 MILES SOUTHWEST OF LINDSAY, TEXAS

DESCRIPTION

SECTION 27, BLOCK C-8, PUBLIC SCHOOL LAND SURVEY, A-1723
REEVES COUNTY, TEXAS

SPECIAL NOTES:

Original Document Size: 8.5'x14'
All dimensions are in NAD 27 TX-C Zone unless otherwise noted.

### CERTIFICATION:
This well location shown on this permit plat was surveyed on the ground under my direct supervision. This plat is for Texas Railroad Commission permit purpose only and should not be considered a boundary survey.

Texas Reg. No.    5041

**Surface Hole Location:**
1020' FNL & 500' FEL
SH Ground Elevation: 2738'
X = 613344    LONG.: W 103.6536576
NAD 83 TX-C ZONE
LAT.: N 31.3078105    LONG.: W 103.6536576
NAD 83 TX-C ZONE
X = 1258000
LAT.: N 31.3169442    LONG.: W 103.6540945
**Penetration Point/First Take Point:**
200' FNL & 390' FEL
X = 963507    Y = 616933
LAT.: N 31.3261657    LONG.: W 103.6531915
**Last Take Point Location:**
200' FSL & 390' FEL
X = 963163    Y = 611939
LAT.: N 31.3067307    LONG.: W 103.6531862
**Bottom Hole Location:**
115' FSL & 390' FEL
X = 963161    Y = 611854
LAT.: N 31.3064370    LONG.: W 103.6531862

### LEGEND
| | |
|---|---|
| Section Line | |
| Block Line | |
| Abstract Line | |
| Tract Line | |
| Lease Road | |
| County Road | |
| Unit/Acene Boundary | |
| Found Monument | |
| Set 1/2" Rebar w/cap | |
| Calculated Corner | |

Surveyed:    10/04/18

Original Document Size: 8.5x14

COGO:    577-98199

Drawn By:   (   )   EXHIBIT "A"

Revision:   (   )

FILE NAME:   LO_CALIFORNIA_CHROME_27_9H

---

**BLOCK C-8, PUBLIC SCHOOL LAND SURVEY**

MDC TEXAS OPERATOR, LLC
"California Chrome 27"
320 ACRES (CALLED)

OPERATED BY
MDC TEXAS OPERATOR, LLC

SCALE: 1" = 1000'

DATE: 10/09/2018

# RAILROAD COMMISSION OF TEXAS

## OIL & GAS DIVISION

### APPLICATION FOR PERMIT TO DRILL, RECOMPLETE, OR RE-ENTER

**FORM W-1**

| | |
|---|---|
| Permit Status: | Approved |

*This facsimile W-1 was generated electronically from data submitted to the RRC.*
*A certification of the automated data is available in the RRC's Austin office.*

API No. **42-389-37312**

Drilling Permit # **841710**

SWR Exception Case/Docket No. **0314831**    **(R37)**

1. RRC Operator No. **556511**

2. Operator's Name (as shown on Form P-5, Organization Report)
   **MDC TEXAS OPERATOR LLC**

3. Operator's Address (include street, city, state, zip)
   **24 SMITH RD SUITE 501A**
   **MIDLAND, TX 79705-0000**

4. Lease Name  **PICKPOCKET 21-2**      5. Well No. **2H**

## 1. GENERAL INFORMATION

6. Purpose of filing (mark ALL appropriate boxes):
   ☒ New Drill   ☐ Recompletion   ☐ Reclass   ☐ Field Transfer   ☐ Re-Enter
   ☒ Amended   ☐ Amended as Drilled (BHL)(Also File Form W-1D)

7. Wellbore Profile (mark ALL appropriate boxes).
   ☐ Vertical   ☒ Horizontal (Also File Form W-1H)   ☐ Directional (Also File Form W-1D)   ☐ Sidetrack

8. Total **10300**

9. Do you have the right to develop the minerals under any right-of-   ☒ Yes   ☐ No

10. Is this well subject to Statewide Rule 36 (hydrogen sulfide area)?   ☒ Yes   ☐ No

## SURFACE LOCATION AND ACREAGE INFORMATION

11. RRC District No. **08**      12. County **REEVES**      13. Surface Location   ☒ Land   ☐ Bay/Estuary   ☐ Inland Waterway   ☐ Offshore

14. This well is to be located **7.34** miles in a **SW** direction from **Lindsay** which is the nearest town in the county of the well site.

15. Section **21**   16. Block **C9**   17. Survey **PSL/MULDROW, R**   18. Abstract No. **5653**   19. Distance to nearest lease line: **1.0** ft.   20. Number of contiguous acres in lease, pooled unit, or unitized tract: **188.65**

| | | | |
|---|---|---|---|
| 21. Lease Perpendiculars: | **429.0** ft. from the **SOUTH** line and | **188.0** ft. from the **WEST** line. |
| 22. Survey Perpendiculars: | **429.0** ft. from the **SOUTH** line and | **2456.0** ft. from the **EAST** line. |

23. Is this a pooled unit?   ☐ Yes   ☒ No      24. Unitization Docket No.

25. Are you applying for Substandard Acreage Field?   ☐ Yes (attach Form W-1A)   ☒ No

## 3. FIELD INFORMATION — List all fields of anticipated completion including Wildcat. List one zone per line.

| 26. RRC District No. | 27. Field No. | 28. Field Name (exactly as shown in RRC records) | 29. Well Type | 30. Completion Depth | 31. Distance to Nearest Well in this Reservoir | 32. Number of Wells on this lease in this Reservoir |
|---|---|---|---|---|---|---|
| 08 | 71052900 | PHANTOM (WOLFCAMP) | Oil or Gas Well | 10300 | 552.0 | 2 |
| 08 | 98359900 | WOLFBONE (TREND AREA) | Oil or Gas Well | 10300 | 552.0 | 2 |

## 4. BOTTOMHOLE LOCATION INFORMATION is required for DIRECTIONAL, HORIZONTAL, AND AMENDED AS DRILLED PERMIT APPLICATIONS

**Remarks**
See attached

### Certificate

I certify that information stated in this application is true and complete, to the best of my knowledge

RRC User                               08/14/2018

Name of filer                          Date Submitted

Phone                                  Email Address (OPTIONAL)

RRC Use Only    Date Validation Time Stamp:    Mon, 4 Feb 2019 14:14:17

Page 1 of 2

**EXHIBIT "A-4"**

RAILROAD COMMISSION OF TEXAS

OIL & GAS DIVISION

**FORM W-1 Comments**

APPLICATION FOR PERMIT TO DRILL, RECOMPLETE, OR RE-ENTER

| Permit # | 841710 |
|---|---|
| Approved Date: | 08/24/2018 |

*This facsimile W-1 was generated electronically from data submitted to the RRC.*

*A certification of the automated data is available in the RRC's Austin office.*

| Permit Status: | Approved |
|---|---|

[FILER 08/14/2018 02:23:39 PM]: Amending permit for extension into tract 3; [RRC STAFF 08/14/2018 04:32:05 PM]: SHL LL call corrected to 360' FWL and LTP and BHL LL calls all corrected per plat; [RRC STAFF 09/14/2018 04:53:57 PM]: There have been problems identified with this permit (see problem letter attachment). Notification sent.; [ 08/15/2019 03:33:34 PM]: Commission Staff expresses no opinion as to whether a 100% ownership interest in each of the leases alone or in combination with a "production sharing agreement" confers the right to drill across lease/unit lines or whether a pooling agreement is also required. However, until that issue is directly addressed and ruled upon by a Texas court of competent jurisdiction it appears that a 100% interest in each of the leases and a production sharing agreement constitute a sufficient colorable claim to the right to drill a horizontal well as proposed to authorize the removal of the regulatory bar and the issuance of a drilling permit by the Commission, assuming the proposed well is in compliance with all other relevant Commission requirements.    Issuance of the permit is not an endorsement or approval of the applicant's stated method of allocating production proceeds among component leases or units.  All production must be reported to the Commission as production from the lease or pooled unit on which the wellhead is located and reported production volume must be determined by actual measurement of hydrocarbon volumes prior to leaving that tract and may not be based on allocation or estimation. Payment of royalties is a contractual matter between the lessor and lessee.  Interpreting the leases and determining whether the proposed proceeds allocation comports with the relevant leases is not a matter within Commission jurisdiction but a matter for the parties to the lease and, if necessary, a Texas court of competent jurisdiction.    The foregoing  statements are not, and

EXHIBIT "A-4"

VOL 4728 PG 0684



# RAILROAD COMMISSION OF TEXAS
## OIL & GAS DIVISION
## APPLICATION FOR PERMIT TO DRILL, RECOMPLETE, OR RE-ENTER

**FORM W-1**

Permit Status: Approved

This facsimile W-1 was generated electronically from data submitted to the RRC.
A certification of the automated data is available in the RRC's Austin office.

| | |
|---|---|
| API No. 42-389-35735 | |
| Drilling Permit # 823580 | |
| SWR Exception Case/Docket No. | |

| 1. RRC Operator No. 555511 | 2. Operator's Name (as shown on form P-5, Organization Report) MDC TEXAS OPERATOR LLC | 3. Operator Address (include street, city, state, zip) 24 SMITH RD SUITE 501A MIDLAND, TX 79705-0000 |
|---|---|---|
| 4. Lease Name COUNT FLEET 11 | 5. Well No. 1H | |

## GENERAL INFORMATION

6. Purpose of filing (mark ALL appropriate boxes)
☒ New Drill   ☐ Recompletion   ☐ Reclass   ☐ Field Transfer   ☐ Re-Enter
☐ Amended   ☐ Amended as Drilled (BHL)(Also File Form W-1D)

7. Wellbore Profile (mark ALL appropriate boxes)
☐ Vertical   ☒ Horizontal (Also File Form W-1H)   ☐ Directional (Also File Form W-1D)   ☐ Sidetrack

| 8. Total Depth 9900 | 9. Do you have the right to develop the minerals under any right-of-way? ☒ Yes ☐ No | 10. Is this well subject to Statewide Rule 36 (hydrogen sulfide area)? ☐ Yes ☒ No |
|---|---|---|

## SURFACE LOCATION AND ACREAGE INFORMATION

| 11. RRC District No. 08 | 12. County REEVES | 13. Surface Location ☒ Land ☐ Bay/Estuary ☐ Inland Waterway ☐ Offshore |
|---|---|---|

14. This well is to be located **5.2** miles in a **SW** direction from **LINDSAY** which is the nearest town in the county of the well site.

| 15. Section 11 | 16. Block C9 | 17. Survey PSL/ BUCHANAN, M C | 18. Abstract No. 2561 | 19. Distance to nearest lease line: 200.0 ft. | 20. Number of contiguous acres in lease, pooled unit, or unitized tract 500.11 |
|---|---|---|---|---|---|
| 21. Lease Perpendiculars: 200.0 | | ft. from the SOUTH line and 1300.0 ft. from the WEST line. | | | |
| 22. Survey Perpendiculars: 200.0 | | ft. from the SOUTH line and 4033.0 ft. from the WEST line. | | | |

| 23. Is this a pooled unit? ☒ Yes ☐ No | 24. Unitization Docket No: | 25. Are you applying for Substandard Acreage Field? ☐ Yes (attach Form W-1A) ☒ No |
|---|---|---|

## FIELD INFORMATION - List all fields of anticipated completion including Wildcat. List one zone per line.

| 26. RRC District No. | 27. Field No. | 28. Field Name (exactly as shown in RRC records) | 29. Well Type | 30. Completion Depth | 31. Distance to Nearest Well in this Reservoir | 32. Number of Wells on this lease in this Reservoir |
|---|---|---|---|---|---|---|
| 08 | 71052900 | PHANTOM (WOLFCAMP) | Oil or Gas Well | 9900 | 0.0 | 1 |
| 08 | 98359800 | WOLFBONE (TREND AREA) | Oil or Gas Well | 9900 | 0.0 | 1 |

## BOTTOMHOLE LOCATION INFORMATION is required for DIRECTIONAL, HORIZONTAL, AND AMENDED AS DRILLED PERMIT APPLICATIONS.

**Remarks**
[RRC STAFF 02/28/2017 10:24:40 AM]: There have been problems identified with this permit (see problem letter attachment).
Notification sent; [RRC STAFF 02/28/2017 05:28:46 PM]: Problems identified with this application are resolved;

**Certificate:**
I certify that information stated in this application is true and complete, to the best of my knowledge

| RRC User | | 02/21/2017 |
|---|---|---|
| | Name of filer | Date Submitted |
| Phone | | Email Address (OPTIONAL) |

RRC Use Only    Date Validation Time Stamp    Mon, 4 Feb 2019 13:13:13

Page 1 of 1

EXHBIIT "A-5"



# RAILROAD COMMISSION OF TEXAS
## OIL & GAS DIVISION
### APPLICATION FOR PERMIT TO DRILL, RECOMPLETE, OR RE-ENTER

*This facsimile W-1 was generated electronically from data submitted to the RRC.*
*A certification of the automated data is available in the RRC's Austin office.*

**FORM W-1**

| | |
|---|---|
| API No. 42-389-37416 | Permit Status: Approved |
| Drilling Permit # 842764 | |
| SWR Exception Case/Docket No. 0314067 (R37) | |

| 1. RRC Operator No. 566511 | 2. Operator's Name (as shown on Form P-5, Organization Report) MDC TEXAS OPERATOR LLC | 3. Operator Address (include street, city, state, zip) 24 SMITH RD SUITE 501A MIDLAND, TX 79705-0000 |
|---|---|---|
| 4. Lease Name COUNT FLEET 11-4 | 5. Well No. 4H | |

## GENERAL INFORMATION

**6. Purpose of filing (mark ALL appropriate boxes):**
☑ New Drill  ☐ Recompletion  ☐ Reclass  ☐ Field Transfer  ☐ Re-Enter
☐ Amended  ☐ Amended as Drilled (BHL)(Also File Form W-1D)

**7. Wellbore Profile (mark ALL appropriate boxes):**
☐ Vertical  ☑ Horizontal (Also File Form W-1H)  ☐ Directional (Also File Form W-1D)  ☐ Sidetrack

**8. Total** 10500

**9. Do you have the right to develop minerals under any right-of-** ☑ Yes ☐ No   **10. Is this well subject to Statewide Rule 36 (hydrogen sulfide area)?** ☐ Yes ☑ No

## SURFACE LOCATION AND ACREAGE INFORMATION

| 11. RRC District No. 08 | 12. County REEVES | 13. Surface Location: ☑ Land ☐ Bay/Estuary ☐ Inland Waterway ☐ Offshore |
|---|---|---|

**14. This well is to be located** 5.16 **miles in a** SW **direction from** LINDSAY **which is the nearest town in the county of the well site.**

| 15. Section 11 | 16. Block C9 | 17. Survey PSL / BUCHANAN, M C | 18. Abstract No. 2561 | 19. Distance to nearest lease line 1.0 | 20. Number of contiguous acres in lease, pooled unit, or unitized tract 280.51 |
|---|---|---|---|---|---|

| 21. Lease Perpendiculars: | 240.0 | ft. from the | SOUTH | line and | 4097.0 | ft. from the | WEST | line. |
|---|---|---|---|---|---|---|---|---|
| 22. Survey Perpendiculars: | 240.0 | ft. from the | SOUTH | line and | 4097.0 | ft. from the | WEST | line. |

| 23. Is this a pooled unit? ☐ Yes ☑ No | 24. Unitization Docket No. | 25. Are you applying for Substandard Acreage Field? ☐ Yes (attach Form W-1A) ☑ No |
|---|---|---|

## FIELD INFORMATION — List all fields of anticipated completion including Wildcat. List one zone per line.

| 26. RRC District No. | 27. Field No. | 28. Field Name (exactly as shown in RRC records) | 29. Well Type | 30. Completion Depth | 31. Distance to Nearest Well in this Reservoir | 32. Number of Wells on this lease in this Reservoir |
|---|---|---|---|---|---|---|
| 08 | 71052900 | PHANTOM (WOLFCAMP) | Oil or Gas Well | 10500 | 1.0 | 4 |
| 08 | 98359800 | WOLFBONE (TREND AREA) | Oil or Gas Well | 10500 | 1.0 | 4 |

## BOTTOMHOLE LOCATION INFORMATION is required for DIRECTIONAL, HORIZONTAL, AND AMENDED AS DRILLED PERMIT APPLICATIONS

**Remarks**
See attached

**Certificate:**
I certify that information stated in this application is true and complete, to the best of my knowledge

| RRC User | | 07/24/2018 |
|---|---|---|
| Name of filer | | Date Submitted |
| Phone | | Email Address(OPTIONAL) |

RRC Use Only: Date-Validation Time Stamp:   Fri, 8 Feb 2019 09:40:11

Page 1 of 2

EXHIBIT "A-6"

**FORM W-1 Comments**

**RAILROAD COMMISSION OF TEXAS**

**OIL & GAS DIVISION**

**APPLICATION FOR PERMIT TO DRILL, RECOMPLETE, OR RE-ENTER**

| Permit Status: | Approved |
| --- | --- |

| Permit #: | 842764 |
| --- | --- |
| Approved Date: | 08/20/2018 |

*This facsimile W-1 was generated electronically from data submitted to the RRC.*

*A certification of the automated data is available in the RRC's Austin office.*

[07/24/2018 01:06:39 PM]: Commission Staff expresses no opinion as to whether a 100% ownership interest in each of the leases alone or in combination with a "production sharing agreement" confers the right to drill across lease/unit lines or whether a pooling agreement is also required. However, until that issue is directly addressed and ruled upon by a Texas court of competent jurisdiction it appears that a 100% interest in each of the leases and a production sharing agreement constitute a sufficient colorable claim to the right to drill a horizontal well as proposed to authorize the removal of the regulatory bar and the issuance of a drilling permit by the Commission, assuming the proposed well is in compliance with all other relevant Commission requirements.    Issuance of the permit is not an endorsement or approval of the applicant's stated method of allocating production proceeds among component leases or units.  All production must be reported to the Commission as production from the lease or pooled unit on which the wellhead is located and reported production volume must be determined by actual measurement of hydrocarbon volumes prior to leaving that tract and may not be based on allocation or estimation. Payment of royalties is a contractual matter between the lessor and lessee. Interpreting the leases and determining whether the proposed proceeds allocation comports with the relevant leases is not a matter within Commission jurisdiction but a matter for the parties to the lease and, if necessary, a Texas court of competent jurisdiction.    The foregoing statements are not, and should not be construed as, a final opinion or decision of the Railroad Commission. [RRC STAFF 08/09/2018 03:12:33 PM]: There have been problems identified with this permit (see problem letter attachment). Notification sent.; [RRC STAFF 08/09/2018 03:14:30 PM]: Problems identified with this permit are resolved.;

Page 2 of 2

**EXHIBIT "A-6"**



VOL 1728 PG 0690

**RAILROAD COMMISSION OF TEXAS**
**OIL & GAS DIVISION**

**FORM W-1** 07/2004

Permit Status: **Approved**

**APPLICATION FOR PERMIT TO DRILL, RECOMPLETE, OR RE-ENTER**

This facsimile W-1 was generated electronically from data submitted to the RRC.
A certification of the automated data is available in the RRC's Austin office.

| | |
|---|---|
| API No. 42-389-37505 | |
| Drilling Permit # 843792 | |
| SWR Exception Cases/Docket No. 0314795    (R37) | |

1. RRC Operator No. **555511**

2. Operator's Name (as shown on Form P-5, Organization Report)
   **MDC TEXAS OPERATOR LLC**

3. Operator Address (include street, city, state, zip):
   24 SMITH RD SUITE 501A
   MIDLAND, TX 79705-0000

4. Lease Name **COOPERS DREAM 23-2**

5. Well No. **2H**

**GENERAL INFORMATION**

6. Purpose of filing (mark ALL appropriate boxes):
☒ New Drill  ☒ Amended  ☐ Recompletion  ☐ Reclass  ☐ Field Transfer  ☐ Re-Enter
☐ Amended as Drilled (BHL) (Also File Form W-1D)

7. Wellbore Profile (mark ALL appropriate boxes):
☐ Vertical  ☒ Horizontal (Also File Form W-1H)  ☐ Directional (Also File Form W-1D)  ☐ Sidetrack

8. Total Depth **15000**

9. Do you have the right to develop the minerals under any right-of-way? ☒ Yes  ☐ No

10. Is this well subject to Statewide Rule 36 (hydrogen sulfide area)? ☒ Yes  ☐ No

**SURFACE LOCATION AND ACREAGE INFORMATION**

11. RRC District No. **08**  12. County **REEVES**

13. Surface Location ☒ Land  ☐ Bay/Estuary  ☐ Inland Waterway  ☐ Offshore

14. This well is to be located **6.32** miles in a **E** direction from **LINDSAY** which is the nearest town in the county of the well site.

15. Section **23**  16. Block **C9**  17. Survey **PSL / BELL, Y**

18. Abstract No. **A-5420**

19. Distance to nearest lease line: **1** ft.

20. Number of contiguous acres in lease, pooled unit, or unitized tract: **803.88**

21. Lease Perpendiculars: **733** ft. from the **NW** line and **1224** ft. from the **NE CORNER** line.

22. Survey Perpendiculars: **633** ft. from the **NW** line and **1223** ft. from the **NE** line.

23. Is this a pooled unit? ☐ Yes  ☒ No  24. Unitization Docket No:

25. Are you applying for Substandard Acreage Field? ☐ Yes (attach Form W-1A)  ☒ No

**FIELD INFORMATION** List all fields of anticipated completion including Wildcat. List one zone per line.

| 26. RRC District No. | 27. Field No. | 28. Field Name (exactly as shown in RRC records) | 29. Well Type | 30. Completion Depth | 31. Distance to Nearest Well in this Reservoir | 32. Number of Wells on this lease in this Reservoir |
|---|---|---|---|---|---|---|
| 08 | 71052900 | PHANTOM (WOLFCAMP) | Oil or Gas Well | 15000 | 1.00 | 5 |
| 08 | 98359800 | WOLFBONE (TREND AREA) | Oil or Gas Well | 15000 | 1.00 | 4 |

**BOTTOMHOLE LOCATION INFORMATION is required for DIRECTIONAL, HORIZONTAL, AND AMENDED AS DRILLED PERMIT APPLICATIONS**    (see W-1H attachment)

**Remarks**
See W1 Comments attached

**Certificate:**
I certify that information stated in this application is true and complete, to the best of my knowledge.

Name of filer **Mike Paluso**    Date submitted **Oct 30, 2018**

Phone **(512)3278111**    E-mail Address **mpaluso@msmtx.com**

**EXHIBIT "A-7"**

RRC Use Only    Data Validation Time Stamp:    Dec 6, 2018 9:31 AM ('As Approved' Version)    Page 1 of 3

07/2004

# RAILROAD COMMISSION OF TEXAS
## OIL & GAS DIVISION

**Form W-1H**
Supplemental Horizontal Well Information

| Permit # | 843792 |
|---|---|
| Approved Date: | Dec 06, 2018 |

### APPLICATION FOR PERMIT TO DRILL, RECOMPLETE, OR RE-ENTER

*This facsimile W-1 was generated electronically from data submitted to the RRC. A certification of the automated data is available in the RRC's Austin office.*

| Permit Status: | Approved |
|---|---|

*The RRC has not approved this application. Duplication or distribution of information is at the user's own risk.*

| 1. RRC Operator No. | 2. Operator's Name (exactly as shown on form P-5, Organization Report) | 3. Lease Name | 4. Well No. |
|---|---|---|---|
| 556511 | MDC TEXAS OPERATOR LLC | COOPERS DREAM 23-2 | 2H |

**Lateral Drainhole Location Information:**

| 5. Field as shown on Form W-1 | PHANTOM (WOLFCAMP) (Field # 71052900, RRC District 08) | | |
|---|---|---|---|

| 6. Section | 7. Block | 8. Survey | 9. Abstract | 10. County of BHL |
|---|---|---|---|---|
| 23 | C9 | PSL / LOOBY, MRS M W / FLOYD, D S | 4796 | REEVES |

11. Terminus Lease Line Perpendiculars
115 ft. from the SOUTH line, and 380 ft. from the NW line
12. Terminus Survey Line Perpendiculars
697 ft. from the W line, and 480 ft. from the NW line
13. Penetration Point Lease Line Perpendiculars
480 ft. from the NW line, and 450 ft. from the NE line

| 5. Field as shown on Form W-1 | WOLFBONE (TREND AREA) (Field # 98359800, RRC District 08) | | |
|---|---|---|---|

| 6. Section | 7. Block | 8. Survey | 9. Abstract | 10. County of BHL |
|---|---|---|---|---|
| 23 | C9 | PSL / LOOBY, MRS M W / FLOYD, D S | 4796 | REEVES |

11. Terminus Lease Line Perpendiculars
115 ft. from the SOUTH line, and 380 ft. from the NW line
12. Terminus Survey Line Perpendiculars
697 ft. from the W line, and 480 ft. from the NW line
13. Penetration Point Lease Line Perpendiculars
480 ft. from the NW line, and 450 ft. from the NE line

**EXHIBIT "A-7"**

| Permit Status: | Approved |
|---|---|
| The RRC has not approved this application. Duplication or distribution of information is at the user's own risk. | |

**W-1 Comments**

| Permit # | 843792 |
|---|---|
| Approved Date: | Dec 06, 2018 |

# RAILROAD COMMISSION OF TEXAS
## OIL & GAS DIVISION

### APPLICATION FOR PERMIT TO DRILL, RECOMPLETE, OR RE-ENTER

*This facsimile W-1 was generated electronically from data submitted to the RRC. A certification of the automated data is available in the RRC's Austin office.*

[ Oct 23, 2018 12:24 PM]: Commission Staff expresses no opinion as to whether a 100% ownership interest in each of the leases alone or in combination with a "production sharing agreement" confers the right to drill across lease/unit lines or whether a pooling agreement is also required. However, until that issue is directly addressed and ruled upon by a Texas court of competent jurisdiction it appears that a 100% interest in each of the leases and a production sharing agreement constitute a sufficient colorable claim to the right to drill a horizontal well as proposed to authorize the removal of the regulatory bar and the issuance of a drilling permit by the Commission, assuming the proposed well is in compliance with all other relevant Commission requirements.

Issuance of the permit is not an endorsement or approval of the applicant's stated method of allocating production proceeds among component leases or units. All production must be reported to the Commission as production from the lease or pooled unit on which the wellhead is located and reported production volume must be determined by actual measurement of hydrocarbon volumes prior to leaving that tract and may not be based on allocation or estimation. Payment of royalties is a contractual matter between the lessor and lessee. Interpreting the leases and determining whether the proposed proceeds allocation comports with the relevant leases is not a matter within Commission jurisdiction but a matter for the parties to the lease and, if necessary, a Texas court of competent jurisdiction.

The foregoing statements are not, and should not be construed as, a final opinion or decision of the Railroad Commission;. [FILER Oct 23, 2018 12:37 PM]: AMENDING TO REMOVE NPZ.; [RRC STAFF Oct 31, 2018 10:41 AM]: There have been problems identified with this permit (see problem letter attachment). Notification sent.; [RRC STAFF Nov 13, 2018 11:28 AM]: Problems identified with this permit are resolved.; [RRC STAFF Nov 13, 2018 11:32 AM]: Mike Paluso provided a revised plat. Affected calls have been corrected.

EXHIBIT "A-7"



# RAILROAD COMMISSION OF TEXAS
## OIL & GAS DIVISION
## APPLICATION FOR PERMIT TO DRILL, RECOMPLETE, OR RE-ENTER

*This facsimile W-1 was generated electronically from data submitted to the RRC.*
*A certification of the automated data is available in the RRC's Austin office.*

**FORM W-1**

Permit Status: **Approved**

API No. 42-389-37255

Drilling Permit # 841122

SWR Exception Case/Docket No. 0312105    (R37)

1. RRC Operator No. 556511

2. Operator's Name (as shown on Form P-5, Organization Report)
MDC TEXAS OPERATOR LLC

3. Operator Address (include street, city, state, zip)
24 SMITH RD SUITE 501A
MIDLAND, TX 79705-0000

4. Lease Name WAR ADMIRAL 24

5. Well No 2HM

### GENERAL INFORMATION

6. Purpose of filing (mark ALL appropriate boxes):
☒ New Drill  ☐ Amended  ☐ Recompletion  ☐ Reclass  ☐ Amended as Drilled (BHL) (Also File Form W-1D)  ☐ Field Transfer  ☐ Re-Enter

7. Wellbore Profile (mark ALL appropriate boxes):
☐ Vertical  ☒ Horizontal (Also File Form W-1H)  ☐ Directional (Also File Form W-1D)  ☐ Sidetrack

8. Total Depth 15000

9. Do you have the right to develop the minerals under any right-of-way? ☒ Yes ☐ No

10. Is this well subject to Statewide Rule 36 (hydrogen sulfide area)? ☒ Yes ☐ No

### SURFACE LOCATION AND ACREAGE INFORMATION

11. RRC District No. 08

12. County REEVES

13. Surface Location ☒ Land  ☐ Bay/Estuary  ☐ Inland Waterway  ☐ Offshore

14. This well is to be located 5.57 miles in a W direction from LINDSAY which is the nearest town in the county of the well site.

15. Section 24  15. Block C9  17. Survey PSL / CASEY, LA  18. Abstract No. 5468  19. Distance to nearest lease line: 1.0 ft. 20. Number of contiguous acres in lease, pooled unit, or unitized tract 320.0 ft.

19. Distance to nearest lease line:
21. Lease Perpendiculars: 576.0 ft. from the WEST line and 253.0 ft. from the SOUTH line.
22. Survey Perpendiculars: 1609.0 ft. from the SSW line and 576.0 ft. from the WEST line.

23. Is this a pooled unit? ☒ Yes ☐ No  24. Unitization Docket No.

25. Are you applying for Substandard Acreage Field? ☐ Yes (attach Form W-1A) ☒ No

### FIELD INFORMATION - List all fields of anticipated completion including Wildcat - List one zone per line:

| 26. RRC District No. | 27. Field No. | 28. Field Name (exactly as shown in RRC records) | 29. Well Type | 30. Completion Depth | 31. Distance to Nearest Well in this Reservoir | 32. Number of Wells on this lease in this Reservoir |
|---|---|---|---|---|---|---|
| 08 | 71052900 | PHANTOM (WOLFCAMP) | Oil or Gas Well | 15000 | 485.0 | 2 |
| 08 | 98359800 | WOLFBONE (TREND AREA) | Oil or Gas Well | 15000 | 485.0 | 2 |

### BOTTOMHOLE LOCATION INFORMATION is required for DIRECTIONAL, HORIZONTAL, AND AMENDED AS DRILLED PERMIT APPLICATIONS

Remarks
[RRC STAFF 06/12/2018 04:24:16 PM]: BHL SE LL call changed per plat. Nearest distance to LL changed per plat. [RRC STAFF 06/12/2018 05:36:33 PM]: Nearest lease line distance corrected per plat and P-12, for both fields. [RRC STAFF 06/12/2018 05:38:11 PM]: Pooled Unit checked per P-12 and operator comment. [RRC STAFF 06/12/2018 05:44:35 PM]: There have been problems identified with this permit (see problem letter attachment). Notification sent. [RRC STAFF 08/14/2018 02:47:31 PM]: Problems identified with this permit are resolved. [RRC STAFF 08/14/2018 02:47:45 PM]: Mike Paluso provided a revised plat. SHL calls corrected accordingly.;

RRC Use Only    Date Validation Time Stamp:    Mon, 4 Feb 2019 14:22:08

### Certificate
I certify that information stated in this application is true and complete, to the best of my knowledge

RRC User
Name of filer

Date Submitted 06/12/2018

Phone

Email Address(OPTIONAL)

Page 1 of 1

EXHIBIT "A-8"

NDC TEXAS OPERATOR

LONG NAME & WELL NO:
**WAR ADMIRAL 24 #2BH**

DISCOVERY & NEIGHBOR:

NEAREST TOWN OR COUNTY:
NATURAL MESQUITE PASTURE

±5.57 MILES WEST OF LINDSAY, TEXAS

SHL/PP/FTP: SECTION 24, BLOCK C-9, PUBLIC SCHOOL LAND SURVEY, A-5468
LTP/BHL SECTION 27, BLOCK C-9, PUBLIC SCHOOL LAND SURVEY, A-5462
REEVES COUNTY, TEXAS

SPECIAL NOTES:

Original Document Size: 8.5"x14"
All Coordinates are in NAD 27 TX-C Zone unless otherwise noted.

CERTIFICATION:
This will hereon shown on this permit plat was surveyed on the ground under my direct supervision. This plat is for Texas Railroad Commission permit purpose only and should not be considered a boundary survey.

William J. Keating

Texas Reg. No.    5041

**TOPOGRAPHIC**
LOYALTY  INNOVATION  LEGACY

Texas FIRM Registration No. 10043500
FILE NAME: 10_WAR_ADMIRAL_24_2HL_REV2

Surface Hole Location:
1656' FNL & 575' FWL (SEC. 24)
SHL Ground Elevation: 2717'
X = 970742    Y = 833742
LAT: N 31.5972539  LONG: W 103.6316305
NAD 83  TX-C ZONE
X = 1267206    Y = 10471417
LAT: N 31.5973957  LONG: W 103.6310959

Penetration Point/First Take Point:
855' FNML & 591' FWL (SEC. 24)
X = 970741    Y = 834363
LAT: N 31.5987568  LONG: W 103.6316935

Last Take Point Location:
1641' FSL & 200' FNEL (SEC. 27)
X = 976536    Y = 837307
LAT: N 31.3799713  LONG: W 103.6124705

Bottom Hole Location:
1755' FSL & 40' FNEL (SEC. 27)
X = 976678    Y = 876792
LAT: N 31.3794150  LONG: W 103.6130436

LEGEND

———————  Section Line
— — — —  Block Line
— · — · —  Abstract Line
— — — —  Tract Line
———————  Lease Road
———————  County Road
///////////  Unit/Lease Boundary
●  Found Monument
○  Set 1/2" Rebar w/cap
✕  Calculated Corner

Drawn By:

Revision: 2(UV) EXHIBIT A-1 06/13/18

Surveyed:    04/04/18

CCODO:    577-98199

Original Document 8.5x14

SCALE: 1" = 1000'

# Wilbanks Trucking Services LLC

11246 Lovington Hwy
Artesia, NM 88210
(575) 616-2001

# Invoice

| Date | Invoice # |
|------|-----------|
| 8/18/2018 | 7275 |

**Bill To**

MDC TEXAS ENERGY
24 SMITH ROAD SUITE 501A
MIDLAND TX 79705

LEASE: CALIFORNIA CHROME 29 7H *27 9H*
ORDERED BY: CURTIS EARNEST
22 DIRT
18 PAVED

| RIG NAME | Out For Signature | P.O. No. | Salesman | Date of Service |
|----------|-------------------|----------|----------|-----------------|
| NABORS 895 | 8/18/2018 | | JS | 8/18/2018 |

| Item Code | Description | Quantity | Rate | UOM | AFE/Char... | CC/Attn To | Amount |
|-----------|-------------|----------|------|-----|-------------|------------|--------|
| | FURNISHED TRUCKS AND EQUIPMENT TO LOAD OUT, MOVE, AND RIG UP NABORS 895. | | | | | | |
| | Q-608 | | | | | | |
| RM PRICE... | PRICE PER BID-TX | | 305,000.00 | | | | 305,000.00 |

*From: Mesquite State Unit 401 8H*
*API: 109-33353*
*31-30 85104 - 104.09 4498*

*TO: California Chrome 27 9H*
*API: 389-37300*
*31.32061 - 103.66610*

| | | |
|---|---|---|
| Subtotal | | $305,000.00 |
| Sales Tax (5.0%) | | $0.00 |
| Terms  Net 30 | **Total** | $305,000.00 |

# WILBANKS TRUCKING
## SERVICES LLC

EXHIBIT "B"

VOL 1728

PG 0697

# Wilbanks Trucking Services LLC

11246 Lovington Hwy
Artesia, NM 88210
(575) 616-2001

# Invoice

| Date | Invoice # |
|------|-----------|
| 9/13/2018 | 7530 |

Bill To

MDC TEXAS ENERGY
24 SMITH ROAD SUITE 501A
MIDLAND TX 79705

LEASE: PICK-POCKET 21 #2H

| RIG NAME | Out For Signature | P.O. No. | Salesman | Date of Service |
|----------|-------------------|----------|----------|-----------------|
| PATTERSON 243 | 9/13/2018 | | GG | 9/13/2018 |

| Item Code | Description | Quantity | Rate | UOM | AFE/Char... | CC/Attn To... | Amount |
|-----------|-------------|----------|------|-----|-------------|---------------|--------|
| | FURNISHED TRUCKS AND EQUIPMENT TO RIG DOWN, MOVE, AND RIG UP PATTERSON 243. | | | | | | |
| | Q-904 | | | | | | |
| RM PRICE... | PRICE PER BID-TX | | 255,000.00 | | | | 255,000.00 |

*From : Skynyrd 2 WOCN fee #1H*
*Apl : 30-015-44801*
*32.253766  -104.0622930*

*To : Pickpocket 21 2H*
*Apl : 389 -37312*
*31.35057  -103.61006*

| | |
|---|---|
| Subtotal | $255,000.00 |
| Sales Tax (5.0%) | $0.00 |
| **Total** | $255,000.00 |

Terms    Net 30

# WILBANKS TRUCKING SERVICES LLC

EXHIBIT "B"

V O L
1728
PG
0698

# Wilbanks Trucking Services LLC

11246 Lovington Hwy
Artesia, NM 88210
(575) 616-2001

# Invoice

| Date | Invoice # |
|------|-----------|
| 1/2/2019 | 8500 |

Bill To

MDC TEXAS ENERGY
24 SMITH ROAD SUITE 501A
MIDLAND TX 79705

LEASE: WAR ADMIRAL 23-2H ← 24 2HM
ORDERED BY: KELLY BURR
1 MILE DIRT

| RIG NAME | Out For Signature | P.O. No. | Salesman | Date of Service |
|----------|-------------------|----------|----------|-----------------|
| PATTERSON 243 | 1/2/2019 | | BS | 1/2/2019 |

| Item Code | Description | Quantity | Rate | UOM | AFE/Char. | CC/Attn To | Amount |
|-----------|-------------|----------|------|-----|-----------|------------|--------|
| | FURNISHED TRUCKS AND EQUIPMENT TO RIG DOWN, MOVE, AND RIG UP PATTERSON 243. | | | | | | |
| | Q-1968 | | | | | | |
| RM PRICE... | PRICE PER BID-TX | | 141,800.00 | | | | 141,800.00 |
| RM MISC | OVERAGES | | 25,000.00 | | | | 25,000.00 |

From: Cooper Dream-23-2 2H
API: 42-389-37505
31.374337 -103.644626
To: War Admiral 24-2HM
31.36820 -103.633 00

| | | |
|---|---|---|
| | Subtotal | $166,800.00 |
| | Sales Tax (5.0%) | $0.00 |
| Terms Net 30 | **Total** | $166,800.00 |

# WILBANKS TRUCKING
## SERVICES LLC

EXHIBIT "B"

VOL 1728

PG 0699

# Wilbanks Trucking Services LLC

11246 Lovington Hwy
Artesia, NM 88210
(575) 616-2001

# Invoice

| Date | Invoice # |
|------|-----------|
| 12/16/2018 | 8336 |

**Bill To**

MDC TEXAS ENERGY
24 SMITH ROAD SUITE 501A
MIDLAND TX 79705

LEASE: COUNT FLEET 11 #1H
ORDERED BY: JEFF SPRUIELL

| RIG NAME | Out For Signature | P.O. No. | Salesman | Date of Service |
|----------|-------------------|----------|----------|-----------------|
| PREDATOR 32 | 12/16/2018 | | BS | 12/16/2018 |

| Item Code | Description | Quantity | Rate | UOM | AFE/Char. | CC/Attn To | Amount |
|-----------|-------------|----------|------|-----|-----------|------------|--------|
| | FURNISHED FORKLIFT AND TRUCKS TO MOVE PREDATOR 32 30 FEET. | | | | | | |
| | Q-1900 | | | | | | |
| PR PRICE ... | PRICE PER BID | | 24,300.00 | | | | 24,300.00 |

From.  Count Fleet 11 #4H
API: 389-3741 6
31.321542 -103.605573

To -  Count Fleet 11 #1H
API: 389 37412
31.321540 -103.605422

| | |
|---|---|
| Subtotal | $24,300.00 |
| Sales Tax (5.0%) | $0.00 |
| Total | $24,300.00 |

**WILBANKS TRUCKING SERVICES LLC**

Terms   Net 30

EXHIBIT "B"

# Wilbanks Trucking Services LLC

11246 Lovington Hwy
Artesia, NM 88210
(575) 616-2001

# Invoice

| Date | Invoice # |
|------|-----------|
| 10/24/2018 | 7948 |

Bill To

MDC TEXAS ENERGY
24 SMITH ROAD SUITE 501A
MIDLAND TX 79705

LEASE: CALIFORNIA CHROME #3
ORDERED BY: TIM VANEGAS

| RIG NAME | Out For Signature | P.O. No. | Salesman | Date of Service |
|----------|-------------------|----------|----------|-----------------|
| NABORS 895 | 10/24/2018 | | BS | 10/24/2018 |

| Item Code | Description | Quantity | Rate | UOM | AFE/Char... | CC/Attn To | Amount |
|-----------|-------------|----------|------|-----|-------------|------------|--------|
| | FURNISHED TRUCKS AND EQUIPMENT TO RIG DOWN, MOVE, AND RIG UP NABORS 895. | | | | | | |
| | Q-1373 | | | | | | |
| RM PRICE... | PRICE PER BID-TX | | 155,000.00 | | | | 155,000.00 |

From —  California Chrome 27 7H
31.32053 -103.66565
API: 389-37298

TO —  California Chrome 27 3H
API: 389-37445
31.32024 -103.66816

| | |
|---|---|
| Subtotal | $155,000.00 |
| Sales Tax (5.0%) | $0.00 |
| **Total** | $155,000.00 |

**WILBANKS TRUCKING SERVICES LLC**

Terms   Net 30

EXHIBIT "B"

V O L
1 7 2 8
P G
0 7 0 1

# Wilbanks Trucking Services LLC

11246 Lovington Hwy
Artesia, NM 88210
(575) 616-2001

# Invoice

| Date | Invoice.# |
|------|-----------|
| 10/22/2018 | 7900 |

Bill To

MDC TEXAS ENERGY
24 SMITH ROAD SUITE 501A
MIDLAND TX 79705

LEASE: CALIFORNIA CHROME #3
ORDERED BY: AC SPIERS

| RIG NAME | Out For Signature | P.O. No. | Salesman | Date of Service |
|----------|-------------------|----------|----------|-----------------|
| NABORS 895 | 10/22/2018 | | BS | 10/22/2018 |

| Item Code | Description | Quantity | Rate | UOM | AFE/Char. | CC/Attn To | Amount |
|-----------|-------------|----------|------|-----|-----------|------------|--------|
| | FURNISHED TRUCKS TO LOAD AND DELIVER 4 BUNK HOUSES FROM PEAK MIDLAND TX TO CALIFORNIA CHROME #3. | | | | | | |
| | Q-1409 | | | | | | |
| PR PRICE ... | PRICE PER BID | | 19,656.00 | | | | 19,656.00 |

*(handwritten:)*
PEAK-Midland Tx
2911 S. County Rd
1260
31.935189 -102.186380
California Chrome 27 #3H
~~31.20085~~ ~~6 -103.668950~~
API: 389-37445
31.32024 -103.66816

| | |
|---|---|
| **Subtotal** | $19,656.00 |
| **Sales Tax (5.0%)** | $0.00 |
| **Total** | $19,656.00 |

**Terms**  Net 30

**WILBANKS TRUCKING SERVICES LLC**

EXHIBIT "B"

# Wilbanks Trucking Services LLC

11246 Lovington Hwy
Artesia, NM 88210
(575) 616-2001

# Invoice

| Date | Invoice # |
|------|-----------|
| 9/16/2018 | 7553 |

Bill To

MDC TEXAS ENERGY
24 SMITH ROAD SUITE 501A
MIDLAND, TX 79705

LEASE: PICK POCKET 21-2H
ORDERED BY: RYAN AULT

| RIG NAME | Out For Signature | P.O. No. | Salesman | Date of Service |
|----------|-------------------|----------|----------|-----------------|
| PATTERSON 243 | 9/16/2018 | | BS | 9/16/2018 |

| Item Code | Description | Quantity | Rate | UOM | AFE/Char | CC/Attn To | Amount |
|-----------|-------------|----------|------|-----|----------|------------|--------|
| | FURNISHED TRUCKS TO LOAD AND DELIVER SILOS FROM ZIA FLUIDS TO PICK POCKET 21-2H. | | | | | | |
| | Q-1004 | | | | | | |
| PR 3028 | WINCH TRUCK | 8 | 165.00 | | | | 1,320.00 |
| PR 3027 | WINCH TRUCK | 8 | 165.00 | | | | 1,320.00 |

*ZIA FLUIDS*
*31.900823 -102.251717*

*PICK POCKET 21-2H*
*API: 389 - 37312*
*31.366642*
*-103.659773*

| | |
|---|---|
| Subtotal | $2,640.00 |
| Sales Tax (5.0%) | $0.00 |
| **Total** | $2,640.00 |

Terms   Net 30

# WILBANKS TRUCKING
## SERVICES LLC

EXHIBIT "B"

V
O
L

1
7
2
8

P
G

0
7
0
4

Inst No. 19-02203
DIANNE O. FLOREZ
COUNTY CLERK
2019 Feb 11 at 10:52 AM
REEVES COUNTY, TEXAS
By: MA _____ _____, DEPUTY