# **EXHIBIT H**

**MTE HOLDINGS LLC AND SUBSIDIARIES**
**CONSOLIDATED BALANCE SHEETS**
**DECEMBER 31, 2018 AND 2017**

| ASSETS | DECEMBER 31, 2018 | DECEMBER 31, 2017 |
|---|---:|---:|
| **CURRENT ASSETS:** | | |
| Cash and cash equivalents | $ 28,566,552 | $ 8,492,386 |
| Accounts receivable - oil and gas sales | 9,713,188 | 2,380,895 |
| Accounts receivable - joint interest billings | 25,705,945 | 14,274,315 |
| Other receivables | 1,577,000 | - |
| Derivative assets - current | 5,487,717 | - |
| Prepaid assets | 292,742 | 160,921 |
| **Total current assets** | 71,343,144 | 25,308,517 |
| **OIL & GAS PROPERTIES, Full cost method** | | |
| Proved properties | 312,532,922 | 135,240,060 |
| Unproved properties | 1,467,928 | 1,344,426 |
| Accumulated depletion, amortization, and impairment | (98,232,788) | (77,321,936) |
| **Total oil and gas properties, net** | 215,768,062 | 59,262,550 |
| **OTHER ASSETS:** | | |
| Other property and equipment, net | 238,871 | 128,439 |
| Derivative assets - long-term | 2,678,050 | - |
| **Total other assets** | 2,916,921 | 128,439 |
| **TOTAL ASSETS** | $ 290,028,127 | $ 84,699,506 |

| LIABILITIES AND MEMBERS' (DEFICIT) EQUITY | DECEMBER 31, 2018 | DECEMBER 31, 2017 |
|---|---:|---:|
| **CURRENT LIABILITIES:** | | |
| Accounts payable - trade | $ 45,260,826 | $ 17,356,101 |
| Accounts payable - revenue distributions | 22,957,803 | 1,569,300 |
| Accounts payable - related party | 964,170 | 1,258,733 |
| Accrued interest payable | 152,404 | 2,464,131 |
| Asset retirement obligation - current | 401,140 | 182,399 |
| Derivative liabilities - current | - | 408,037 |
| Notes payable - current | 45,413 | 22,460 |
| **Total current liabilities** | 69,781,756 | 23,261,161 |
| **LONG-TERM LIABILITIES** | | |
| Asset retirement obligation | 391,249 | 459,545 |
| Derivative liabilities - long-term | - | 134,786 |
| Notes payable - non-current, net | 313,671,057 | 126,557,255 |
| **Total long-term liabilities** | 314,062,306 | 127,151,586 |
| **TOTAL LIABILITIES** | 383,844,062 | 150,412,747 |
| **MEMBERS' DEFICIT** | (93,815,935) | (65,713,241) |
| **TOTAL LIABILITIES AND MEMBERS' (DEFICIT) EQUITY** | $ 290,028,127 | $ 84,699,506 |

**MTE HOLDINGS LLC AND SUBSIDIARIES**
**CONSOLIDATED STATEMENTS OF OPERATIONS**
**FOR THE THREE MONTHS AND YEAR ENDED DECEMBER 31, 2018 AND 2017**

| | FOR THE THREE MONTHS ENDED | | FOR THE YEAR ENDED | |
|---|---:|---:|---:|---:|
| | DECEMBER 31, 2018 | DECEMBER 31, 2017 | DECEMBER 31, 2018 | DECEMBER 31, 2017 |
| **REVENUES:** | | | | |
| Oil and gas sales | $ 23,417,020 | $ 5,280,683 | $ 79,448,898 | $ 12,767,213 |
| Salt water disposal | 16,031 | 11,982 | 70,613 | 57,839 |
| Lease operating overhead revenue | 421,037 | 89,619 | 928,965 | 240,837 |
| Unrealized gains (losses) on derivative instruments | 8,708,590 | (542,823) | 8,708,590 | (542,823) |
| Realized gains (losses) on derivative instruments | 1,310,959 | (63,376) | (609,746) | (63,376) |
| **Total revenues** | 33,873,637 | 4,776,085 | 88,547,320 | 12,459,690 |
| **OPERATING EXPENSES:** | | | | |
| Lease operating expense | 3,657,811 | 893,328 | 18,813,481 | 4,629,675 |
| Production tax expense | 1,109,056 | 184,293 | 4,056,762 | 609,491 |
| General and administrative | 1,396,421 | 297,379 | 2,892,530 | 2,644,615 |
| Depreciation, depletion, and amortization | 10,318,571 | 1,011,124 | 20,970,594 | 2,826,644 |
| Transaction expense | 1,000,000 | (165,726) | 1,420,767 | 796,258 |
| Accretion expense | 14,940 | 244,774 | 95,982 | 305,646 |
| Debt facility fee | 1,925,416 | - | 2,160,416 | - |
| **Total expenses** | 19,422,215 | 2,465,172 | 50,410,532 | 11,812,329 |
| **Operating Income** | 14,451,422 | 2,310,913 | 38,136,788 | 647,361 |
| **OTHER INCOME (EXPENSE):** | | | | |
| Debt extinguishment cost | - | - | (12,674,849) | - |
| Loss on disposal of assets | - | - | (6,182) | - |
| Leasing income | - | - | - | 48,750 |
| Interest income | - | - | - | 1 |
| Other income | 15,000 | - | 15,000 | - |
| Interest expense | (9,919,559) | (4,019,134) | (25,975,516) | (12,425,398) |
| **Total other income (expense), net** | (9,904,559) | (4,019,134) | (38,641,547) | (12,376,647) |
| **NET INCOME (LOSS)** | $ 4,546,863 | $ (1,708,221) | $ (504,759) | $ (11,729,286) |

**MTE HOLDINGS LLC AND SUBSIDIARIES**
**CONSOLIDATED STATEMENTS OF CHANGES IN MEMBERS' (DEFICIT) EQUITY**
**FOR THE THREE MONTHS AND YEAR ENDED DECEMBER 31, 2018**

| | | |
|---|---:|---:|
| **BALANCE, December 31, 2017** | $ | (65,713,241) |
| Net loss | | (5,051,622) |
| Distributions to members | | (8,997,935) |
| Treasury stock re-purchases | | (18,600,000) |
| **BALANCE, September 30, 2018** | | (98,362,798) |
| Net income | | 4,546,863 |
| **BALANCE, December 31, 2018** | $ | (93,815,935) |

**MTE HOLDINGS LLC AND SUBSIDIARIES**
**CONSOLIDATED STATEMENTS OF CASH FLOWS**
**FOR THE THREE MONTHS AND YEAR ENDED DECEMBER 31, 2018 AND 2017**

| | FOR THE THREE MONTHS ENDED | | FOR THE YEAR ENDED | |
|---|---|---|---|---|
| | DECEMBER 31, 2018 | DECEMBER 31, 2017 | DECEMBER 31, 2018 | DECEMBER 31, 2017 |
| **CASH FLOWS FROM OPERATING ACTIVITIES** | | | | |
| Net income (loss) | $ 4,546,863 | $ (1,708,221) | $ (504,759) | $ (11,729,286) |
| Adjustments to reconcile net income (loss) to operating cash flows | | | | |
| Depreciation, depletion and amortization | 10,318,571 | 1,011,124 | 20,970,594 | 2,826,644 |
| Amortization of deferred financing costs | (188,696) | (193,482) | (162,327) | 39,266 |
| Accretion expense | 14,940 | 244,774 | 95,982 | 305,646 |
| Loss on disposal of assets | - | - | 6,182 | - |
| Unrealized (gains) losses on derivatives | (8,708,590) | 542,823 | (8,708,590) | 542,823 |
| Changes in assets and liabilities | | | | |
| Accounts receivable - oil and gas sales | (5,683,035) | (1,519,064) | (7,332,293) | (1,432,935) |
| Accounts receivable - joint interest billings | 16,882,798 | (9,598,329) | (11,431,630) | (13,831,279) |
| Other receivables | (1,577,000) | - | (1,577,000) | - |
| Prepaid assets | (58,679) | 689 | (131,821) | (47,878) |
| Accounts payable - trade | (9,407,939) | 6,556,426 | 27,904,725 | 16,274,901 |
| Accounts payable - revenue distributions | (15,364,770) | 640,512 | 21,388,503 | 753,072 |
| Accounts payable - related party | (1,574,444) | 851,927 | (294,563) | 1,044,725 |
| Accrued interest payable | (1,119,456) | 404,871 | (2,311,727) | 2,464,131 |
| **Net cash provided by (used in) operating activities** | (11,919,437) | (2,765,950) | 37,911,276 | (2,790,170) |
| **CASH FLOWS FROM INVESTING ACTIVITIES** | | | | |
| Capital expenditures for oil and gas properties | (74,130,114) | (24,841,093) | (177,427,825) | (39,880,601) |
| Capital expenditures for other property and equipment | 139,926 | 6,473 | (110,432) | 7,225 |
| **Net cash used in investing activities** | (73,990,188) | (24,834,620) | (177,538,257) | (39,873,376) |
| **CASH FLOWS FROM FINANCING ACTIVITIES** | | | | |
| Member contributions | - | - | - | 6,038,394 |
| Member distributions | - | - | (8,997,935) | - |
| Treasury stock re-purchase | - | - | (18,600,000) | - |
| Deferred finance fees paid | (8,342) | - | (3,007,731) | (1,566,704) |
| Proceeds from notes payable | 253,639,182 | 25,953,033 | 357,375,105 | 132,776,191 |
| Repayments of notes payable | (167,075,726) | (2,114) | (167,068,292) | (88,065,851) |
| **Net cash provided by financing activities** | 86,555,114 | 25,950,919 | 159,701,147 | 49,182,030 |
| Net increase (decrease) in cash and cash equivalents | 645,489 | (1,649,651) | 20,074,166 | 6,518,484 |
| CASH AND CASH EQUIVALENTS, beginning of period | 27,921,063 | 10,142,037 | 8,492,386 | 1,973,902 |
| CASH AND CASH EQUIVALENTS, end of period | $ 28,566,552 | $ 8,492,386 | $ 28,566,552 | $ 8,492,386 |