# **EXHIBIT K**

**Current Ratio Analysis**

| Fiscal Year Ended 12/31/2018 | | MTE Internal FY Financials Delivered to Lenders 2/19/2019 | MTE Draft FY Financials Delivered to Lenders 7/19/2019 | AlixPartners Audit 10/15/2019 |
|---|---|---|---|---|
| | Current Assets | $71,343,144 | $114,265,527 | $94,294,586 |
| | Unused Availability | $31,000,000 | $31,000,000 | $31,000,000 |
| (a) | **Current Assets** | **$102,343,144** | **$145,265,527** | **$125,294,586** |
| (b) | **Current Liabilities** | **$69,781,756** | **$184,025,219** | **$184,127,913** |
| (a) / (b) | **Current Ratio** | **1.47x** | **0.79x** | **0.68x** |
| | *Covenant* | *1.00x* | *1.00x* | *1.00x* |

**Current Ratio Analysis**

| Fiscal Quarter Ended 3/31/2019 | | MTE Internal Q1 Financials Delivered to Lenders 7/19/2019 | AlixPartners Audit 10/15/2019 |
|---|---|---|---|
| | Current Assets | $60,807,303 | $70,271,328 |
| | Unused Availability | $15,000,000 | $15,000,000 |
| (a) | **Current Assets** | **$75,807,303** | **$85,271,328** |
| (b) | **Current Liabilities** | **$93,774,614** | **$93,668,807** |
| (a) / (b) | **Current Ratio** | **0.81x** | **0.91x** |
| | *Covenant* | *1.00x* | *1.00x* |

**Current Ratio Analysis**

| Fiscal Quarter Ended 6/30/2019 | | MTE Internal Q2 Financials Delivered to Lenders 8/12/2019 | AlixPartners Audit 10/15/2019 |
|---|---|---|---|
| | Current Assets | $77,477,076 | $83,208,132 |
| | Unused Availability | $15,000,000 | $15,000,000 |
| (a) | **Current Assets** | $92,477,076 | $98,208,132 |
| (b) | **Current Liabilities** | $153,342,037 | $153,329,917 |
| (a) / (b) | **Current Ratio** | **0.60x** | **0.64x** |
| | *Covenant* | *1.00x* | *1.00x* |