# EXHIBIT S

**MTE HOLDINGS LLC AND SUBSIDIARIES**
**CONSOLIDATED BALANCE SHEETS**
**MARCH, 2019 AND 2018**

| ASSETS | March 31, 2019 | March 31, 2018 |
|---|---|---|
| **CURRENT ASSETS:** | | |
| Cash and cash equivalents | $ 12,907,640 | $ 9,527,264 |
| Accounts receivable - oil and gas sales | 13,285,613 | 5,364,357 |
| Accounts receivable - joint interest billings | 32,924,537 | 21,220,989 |
| Prepaid assets | 203,686 | 116,000 |
| Derivative assets - current | 1,362,155 | - |
| Other receivables | 123,672 | - |
| **Total current assets** | 60,807,303 | 36,228,610 |
| | | |
| **OIL & GAS PROPERTIES, Full cost method** | | |
| Proved properties | 428,112,830 | 173,243,389 |
| Unproved properties | 1,550,864 | 1,467,563 |
| Accumulated depletion, amortization, and impairment | (111,572,441) | (80,149,517) |
| **Total oil and gas properties, net** | 318,091,253 | 94,561,435 |
| **OTHER ASSETS:** | | |
| Other property and equipment, net | 233,608 | 123,703 |
| Derivative assets - long-term | 971,150 | - |
| **Total other assets** | 1,204,758 | 123,703 |
| **TOTAL ASSETS** | $ 380,103,314 | $ 130,913,748 |

**MTE HOLDINGS LLC AND SUBSIDIARIES**
**CONSOLIDATED BALANCE SHEETS**
**MARCH, 2019 AND 2018**

| LIABILITIES AND MEMBERS' (DEFICIT) EQUITY | March 31, 2019 | March 31, 2018 |
|---|---|---|
| **CURRENT LIABILITIES:** | | |
| Accounts payable - trade | $      78,496,332 | $      47,278,995 |
| Accounts payable - revenue distributions | 14,523,938 | 6,553,056 |
| Accounts payable - related party | 232,753 | - |
| Accrued interest payable | 34,583 | 2,966,414 |
| Asset retirement obligation - current | 441,840 | 187,087 |
| Derivative liabilities - current | - | 408,037 |
| Notes payable - current | 45,168 | 20,157 |
| **Total current liabilities** | 93,774,614 | 57,413,746 |
| **LONG-TERM LIABILITIES** | | |
| Asset retirement obligation | 412,266 | 485,953 |
| Derivative liabilities - long-term | - | 134,786 |
| Notes payable - non-current, net | 387,467,752 | 135,439,261 |
| **Total long-term liabilities** | 387,880,018 | 136,060,000 |
| **TOTAL LIABILITIES** | 481,654,632 | 193,473,746 |
| **MEMBERS' DEFICIT** | (101,551,318) | (62,559,998) |
| **TOTAL LIABILITIES AND MEMBERS' DEFICIT** | $      380,103,314 | $      130,913,748 |

**MTE HOLDINGS LLC AND SUBSIDIARIES**
**CONSOLIDATED STATEMENTS OF OPERATIONS**
**FOR THE PERIOD ENDED MARCH, 2019 AND 2018**

|  | FOR THE PERIOD ENDED | |
|---|---|---|
|  | March 31, 2019 | March 31, 2018 |
| **REVENUES:** | | |
| Oil and gas sales | $ 32,034,879 | $ 13,410,600 |
| Salt water disposal | 12,085 | 18,169 |
| Lease operating overhead revenue | 440,451 | 115,204 |
| Unrealized losses on derivative instruments | (5,832,462) | - |
| Realized gains (losses) on derivative instruments | 741,811 | (425,906) |
| **Total revenues** | 27,396,764 | 13,118,067 |
| **OPERATING EXPENSES:** | | |
| Lease operating expense | 5,592,253 | 3,763,931 |
| Production tax expense | 1,634,837 | 778,132 |
| General and administrative | 579,893 | 463,830 |
| Depreciation, depletion, and amortization | 14,809,745 | 2,837,431 |
| Transaction expense | - | - |
| Accretion expense | 45,926 | 25,119 |
| Debt facility fee | 1,469,200 | - |
| **Total expenses** | 24,131,854 | 7,868,443 |
| **Operating Income** | 3,264,910 | 5,249,624 |
| **OTHER INCOME (EXPENSE):** | | |
| Other income | 26,292 | - |
| Interest expense | (11,172,691) | (4,783,440) |
| **Total other income (expense), net** | (11,146,399) | (4,783,440) |
| **NET INCOME (LOSS)** | $ (7,881,489) | $ 466,184 |

**MTE HOLDINGS LLC AND SUBSIDIARIES**
**CONSOLIDATED STATEMENTS OF CHANGES IN MEMBERS' (DEFICIT) EQUITY**
**FOR THE PERIOD ENDED MARCH 31, 2019**

| | | |
|---|---|---:|
| **BALANCE, December 31, 2018** | $ | (93,669,829) |
| Net loss | | (7,881,489) |
| **BALANCE, March 31, 2019** | $ | (101,551,318) |

**MTE HOLDINGS LLC AND SUBSIDIARIES**
**CONSOLIDATED STATEMENTS OF CASH FLOWS**
**FOR THE PERIOD ENDED MARCH, 2019 AND 2018**

|  | FOR THE PERIOD ENDED | |
|---|---|---|
|  | March 31, 2019 | March 31, 2018 |
| **CASH FLOWS FROM OPERATING ACTIVITIES** | | |
| Net income (loss) | $ (7,881,489) | $ 466,184 |
| Adjustments to reconcile net income (loss) to operating cash flows | | |
| Depreciation, depletion and amortization | 14,809,745 | 2,837,431 |
| Amortization of deferred financing costs | 109,141 | 182,981 |
| Accretion expense | 45,926 | 25,119 |
| Unrealized losses on derivative instruments | 5,832,462 | - |
| Changes in assets and liabilities | | |
| Accounts receivable - oil and gas sales | (4,353,404) | (2,983,462) |
| Accounts receivable - joint interest billings | 30,908,526 | (6,946,674) |
| Other receivables | 1,453,328 | - |
| Prepaid assets | 29,290 | 44,921 |
| Accounts payable - trade | (62,403,925) | 29,922,894 |
| Accounts payable - revenue distributions | (8,433,865) | 4,983,756 |
| Accounts payable - related party | (731,417) | (1,258,733) |
| Accrued interest payable | (117,821) | 502,283 |
| **Net cash provided by (used in) operating activities** | (30,733,503) | 27,776,700 |
| **CASH FLOWS FROM INVESTING ACTIVITIES** | | |
| Capital expenditures for oil and gas properties | (58,617,981) | (38,120,490) |
| Capital expenditures for other property and equipment | 5,263 | (5,114) |
| **Net cash used in investing activities** | (58,612,718) | (38,125,604) |
| **CASH FLOWS FROM FINANCING ACTIVITIES** | | |
| Member contributions | - | 1,981,484 |
| Member distributions | - | 705,576 |
| Proceeds from notes payable | 73,691,036 | 8,699,399 |
| Repayments of notes payable | (3,727) | (2,677) |
| **Net cash provided by financing activities** | 73,687,309 | 11,383,782 |
| **Net increase (decrease) in cash and cash equivalents** | (15,658,912) | 1,034,878 |
| **CASH AND CASH EQUIVALENTS, beginning of period** | 28,566,552 | 8,492,386 |
| **CASH AND CASH EQUIVALENTS, end of period** | $ 12,907,640 | $ 9,527,264 |