# **EXHIBIT U**

**MTE HOLDINGS LLC AND SUBSIDIARIES**
**CONSOLIDATED BALANCE SHEETS**
**JUNE 30, 2019 AND 2018**

| ASSETS | June 30, 2019 | June 30, 2018 |
|---|---:|---:|
| **CURRENT ASSETS:** | | |
| Cash and cash equivalents | $ 23,277,710 | $ 22,177,998 |
| Accounts receivable - oil and gas sales | 11,699,522 | 5,511,028 |
| Accounts receivable - joint interest billings | 32,805,915 | 22,155,270 |
| Prepaid assets | 6,308,480 | 192,581 |
| Derivative assets - current | 3,105,063 | - |
| Other receivables | 280,386 | - |
| **Total current assets** | 77,477,076 | 50,036,877 |
| **OIL & GAS PROPERTIES, Full cost method** | | |
| Proved properties | 546,863,065 | 207,817,643 |
| Unproved properties | 1,793,154 | 1,467,830 |
| Accumulated depletion, amortization, and impairment | (134,575,347) | (83,390,435) |
| **Total oil and gas properties, net** | 414,080,872 | 125,895,038 |
| **OTHER ASSETS:** | | |
| Other property and equipment, net | 225,278 | 255,425 |
| Derivative assets - long-term | 2,732,556 | - |
| **Total other assets** | 2,957,834 | 255,425 |
| **TOTAL ASSETS** | $ 494,515,782 | $ 176,187,340 |

**MTE HOLDINGS LLC AND SUBSIDIARIES**
**CONSOLIDATED BALANCE SHEETS**
**JUNE 30, 2019 AND 2018**

| LIABILITIES AND MEMBERS' (DEFICIT) EQUITY | June 30, 2019 | June 30, 2018 |
|---|---:|---:|
| **CURRENT LIABILITIES:** | | |
| Accounts payable - trade | $ 121,990,511 | $ 53,003,043 |
| Accounts payable - revenue distributions | 30,832,582 | 24,262,893 |
| Accounts payable - related party | - | 1,981,484 |
| Accrued interest payable | - | 3,576,612 |
| Asset retirement obligation - current | 473,025 | 191,774 |
| Derivative liabilities - current | - | 408,037 |
| Notes payable - current | 45,919 | 44,952 |
| **Total current liabilities** | 153,342,037 | 83,468,795 |
| **LONG-TERM LIABILITIES** | | |
| Asset retirement obligation | 465,182 | 510,883 |
| Derivative liabilities - long-term | - | 134,786 |
| Notes payable - non-current, net | 449,080,508 | 149,136,564 |
| **Total long-term liabilities** | 449,545,690 | 149,782,233 |
| **TOTAL LIABILITIES** | 602,887,727 | 233,251,028 |
| **MEMBERS' DEFICIT** | (108,371,945) | - |
| **TOTAL LIABILITIES AND MEMBERS' DEFICIT** | $ 494,515,782 | $ 233,251,028 |

**MTE HOLDINGS LLC AND SUBSIDIARIES**
**CONSOLIDATED STATEMENTS OF OPERATIONS**
**FOR THE ONE MONTH AND PERIOD ENDED JUNE 30, 2019 AND 2018**

|  | FOR THE MONTH ENDED | | FOR THE PERIOD ENDED | |
|---|---:|---:|---:|---:|
|  | **June 30, 2019** | **June 30, 2018** | **June 30, 2019** | **June 30, 2018** |
| **REVENUES:** | | | | |
| Oil and gas sales | $ 13,846,746 | $ 5,744,673 | $ 75,306,697 | $ 38,181,064 |
| Salt water disposal | 2,208 | 7,033 | 22,255 | 41,048 |
| Lease operating overhead revenue | 116,197 | 54,484 | 840,173 | 238,320 |
| Unrealized gains (losses) on derivative instruments | 3,504,314 | - | (2,328,148) | - |
| Realized gains (losses) on derivative instruments | 277,914 | (220,504) | 903,240 | (1,239,131) |
| **Total revenues** | 17,747,379 | 5,585,686 | 74,744,217 | 37,221,301 |
| **OPERATING EXPENSES:** | | | | |
| Lease operating expense | 3,823,586 | 1,762,962 | 18,711,051 | 10,067,587 |
| Production tax expense | 664,176 | 295,956 | 3,790,726 | 2,009,465 |
| General and administrative | 501,582 | 193,567 | 1,801,856 | 1,217,176 |
| Depreciation, depletion, and amortization | 7,301,638 | 1,080,742 | 34,106,934 | 6,093,872 |
| Accretion expense | 33,221 | 27,962 | 79,147 | 53,081 |
| Debt facility fee | 331,250 | - | 2,584,061 | - |
| **Total expenses** | 12,655,453.00 | 3,361,189 | 61,073,775 | 19,441,181 |
| **Operating Income** | 5,091,926 | 2,224,497 | 13,670,442 | 17,780,120 |
| **OTHER INCOME (EXPENSE):** | | | | |
| Loss on disposal of assets | - | (6,182) | - | (6,182) |
| Interest expense | (4,830,529) | (1,588,734) | (25,516,351) | (9,829,961) |
| **Total other income (expense), net** | (4,830,529) | (1,594,916) | (25,516,351) | (9,836,143) |
| **NET INCOME (LOSS)** | $ 261,397 | $ 629,581 | $ (11,845,909) | $ 7,943,977 |

**MTE HOLDINGS LLC AND SUBSIDIARIES**
**CONSOLIDATED STATEMENTS OF CHANGES IN MEMBERS' DEFICIT**
**FOR THE PERIOD ENDED JUNE 30, 2019**

| | | |
|---|---:|---:|
| **BALANCE, December 31, 2018** | $ | (96,526,036) |
| Net loss | | (11,845,909) |
| **BALANCE, June 30, 2019** | $ | (108,371,945) |

**MTE HOLDINGS LLC AND SUBSIDIARIES**
**CONSOLIDATED STATEMENTS OF CASH FLOWS**
**FOR THE ONE MONTH AND PERIOD ENDED JUNE 30, 2019 AND 2018**

| | FOR THE MONTH ENDED | | FOR THE PERIOD ENDED | |
|---|---:|---:|---:|---:|
| | June 30, 2019 | June 30, 2018 | June 30, 2019 | June 30, 2018 |
| **CASH FLOWS FROM OPERATING ACTIVITIES** | | | | |
| Net income (loss) | $ 261,397 | $ 629,581 | $ (11,845,909) | $ 7,943,977 |
| Adjustments to reconcile net income (loss) to operating cash flows | | | | |
| Depreciation, depletion and amortization | 7,301,638 | 1,080,742 | 34,106,934 | 6,093,872 |
| Amortization of deferred financing costs | 63,465 | (60,994) | 299,964 | (367,995) |
| Accretion expense | 33,221 | 27,962 | 79,147 | 53,081 |
| Unrealized (gains) losses on derivative instruments | (3,504,314) | - | 2,328,148 | - |
| Loss on disposal of assets | - | - | - | 6,182 |
| Changes in assets and liabilities | | | | |
| Accounts receivable - oil and gas sales | (10,609,129) | 2,168,021 | (2,767,313) | (3,130,133) |
| Accounts receivable - joint interest billings | 5,594,387 | (6,191,853) | 36,811,372 | (7,880,955) |
| Other receivables | (280,386) | - | 1,296,614 | - |
| Prepaid assets | (2,901,098) | (1,741) | (6,075,504) | (31,660) |
| Accounts payable - trade | 34,029,506 | 4,711,259 | (37,616,471) | 35,646,942 |
| Accounts payable - revenue distributions | 8,756,473 | 4,856,882 | 7,874,779 | 22,693,593 |
| Accounts payable - related party | - | 1,437,624 | (964,170) | 722,751 |
| Accrued interest payable | (8,636,420) | 1,222,788 | (152,404) | 1,112,481 |
| **Net cash provided by operating activities** | 30,108,740 | 9,880,271 | 23,375,187 | 62,862,136 |
| **CASH FLOWS FROM INVESTING ACTIVITIES** | | | | |
| Capital expenditures for oil and gas properties | (31,168,280) | (12,826,627) | (163,787,615) | (72,722,832) |
| Capital expenditures for other property and equipment | 4,163 | 37,920 | 13,593 | (129,064) |
| **Net cash used in investing activities** | (31,164,117) | (12,788,707) | (163,774,022) | (72,851,896) |
| **CASH FLOWS FROM FINANCING ACTIVITIES** | | | | |
| Member contributions | - | (1,981,484) | - | - |
| Member distributions | - | - | - | 705,576 |
| Proceeds from notes payable | 472,695 | 411,351 | 135,113,720 | 22,972,473 |
| Repayments of notes payable | (3,727) | (2,677) | (3,727) | (2,677) |
| **Net cash provided by (used in) financing activities** | 468,968 | (1,572,810) | 135,109,993 | 23,675,372 |
| Net increase (decrease) in cash and cash equivalents | (586,409) | (4,481,246) | (5,288,842) | 13,685,612 |
| **CASH AND CASH EQUIVALENTS, beginning of period** | 23,864,119 | 26,659,244 | 28,566,552 | 8,492,386 |
| **CASH AND CASH EQUIVALENTS, end of period** | $ 23,277,710 | $ 22,177,998 | $ 23,277,710 | $ 22,177,998 |