# **EXHIBIT V**

**MDC ENERGY LLC AND SUBSIDIARIES**
**CONSOLIDATED BALANCE SHEETS**
**JUNE, 2019 AND 2018**

| ASSETS | June 30, 2019 | June 30, 2018 |
|---|---:|---:|
| **CURRENT ASSETS:** | | |
| Cash and cash equivalents | $ 8,267,552 | $ 22,177,998 |
| Accounts receivable - oil and gas sales | 11,894,929 | 5,511,028 |
| Accounts receivable - joint interest billings | 32,805,915 | 22,155,270 |
| Accounts receivable - related party | 19,856,274 | - |
| Prepaid assets | 6,299,481 | 192,581 |
| Derivative assets - current | 3,105,063 | - |
| Other receivables | 978,918 | - |
| **Total current assets** | 83,208,132 | 50,036,877 |
| **OIL & GAS PROPERTIES, Full cost method** | | |
| Proved properties | 546,562,705 | 207,817,643 |
| Unproved properties | 1,793,154 | 1,467,830 |
| Accumulated depletion, amortization, and impairment | (134,575,347) | (83,390,435) |
| **Total oil and gas properties, net** | 413,780,512 | 125,895,038 |
| **OTHER ASSETS:** | | |
| Other property and equipment, net | 225,278 | 255,425 |
| Derivative assets - long-term | 2,732,556 | - |
| **Total other assets** | 2,957,834 | 255,425 |
| **TOTAL ASSETS** | $ 499,946,478 | $ 176,187,340 |

**MDC ENERGY LLC AND SUBSIDIARIES**
**CONSOLIDATED BALANCE SHEETS**
**JUNE, 2019 AND 2018**

| LIABILITIES AND MEMBERS' EQUITY (DEFICIT) | June 30, 2019 | June 30, 2018 |
|---|---:|---:|
| **CURRENT LIABILITIES:** | | |
| Accounts payable - trade | $ 121,844,557 | $ 53,003,043 |
| Accounts payable - revenue distributions | 30,832,582 | 24,262,893 |
| Accounts payable - related party | - | 1,981,484 |
| Accrued interest payable | 133,834 | 3,576,612 |
| Asset retirement obligation - current | 473,025 | 191,774 |
| Derivative liabilities - current | - | 408,037 |
| Notes payable - current | 45,919 | 44,952 |
| **Total current liabilities** | 153,329,917 | 83,468,795 |
| **LONG-TERM LIABILITIES** | | |
| Asset retirement obligation | 465,182 | 510,883 |
| Derivative liabilities - long-term | - | 134,786 |
| Notes payable - non-current, net | 434,073,717 | 149,136,564 |
| **Total long-term liabilities** | 434,538,899 | 149,782,233 |
| **TOTAL LIABILITIES** | 587,868,816 | 233,251,028 |
| **MEMBERS' EQUITY (DEFICIT)** | (87,922,338) | (57,063,688) |
| **TOTAL LIABILITIES AND MEMBERS' EQUITY (DEFICIT)** | $ 499,946,478 | $ 176,187,340 |

# MDC ENERGY LLC AND SUBSIDIARIES
## CONSOLIDATED STATEMENTS OF OPERATIONS
### FOR THE QUARTER AND PERIOD ENDED JUNE, 2019 AND 2018

| | FOR THE QUARTER ENDED | | FOR THE PERIOD ENDED | |
|---|---:|---:|---:|---:|
| | **June 30, 2019** | **June 30, 2018** | **June 30, 2019** | **June 30, 2018** |
| **REVENUES:** | | | | |
| Oil and gas sales | $ 42,420,639 | $ 24,770,464 | $ 75,502,104 | $ 38,181,064 |
| Salt water disposal | 10,170 | 22,879 | 22,255 | 41,048 |
| Lease operating overhead revenue | 399,722 | 123,116 | 840,173 | 238,320 |
| Unrealized gains (losses) on derivative instruments | 3,504,314 | - | (2,328,148) | - |
| Realized gains (losses) on derivative instruments | 161,429 | (813,225) | 903,240 | (1,239,131) |
| **Total revenues** | 46,496,274 | 24,103,234 | 74,939,624 | 37,221,301 |
| **OPERATING EXPENSES:** | | | | |
| Lease operating expense | 12,909,130 | 6,303,656 | 18,501,549 | 10,067,587 |
| Production tax expense | 2,096,397 | 1,231,333 | 3,790,721 | 2,009,465 |
| General and administrative | 895,688 | 753,345 | 1,475,581 | 1,217,175 |
| Depreciation, depletion, and amortization | 19,350,061 | 3,256,441 | 34,106,934 | 6,093,872 |
| Accretion expense | 33,221 | 27,962 | 79,147 | 53,081 |
| Debt facility fee | 19,028 | - | 48,228 | - |
| **Total expenses** | 35,303,525 | 11,572,737 | 58,002,160 | 19,441,180 |
| **Operating Income** | 11,192,749 | 12,530,497 | 16,937,464 | 17,780,121 |
| **OTHER INCOME (EXPENSE):** | | | | |
| Loss on disposal of assets | - | (6,182) | - | (6,182) |
| Other income | (26,292) | - | - | - |
| Interest expense | (1,056,239) | (5,046,521) | (1,925,496) | (9,829,961) |
| **Total other income (expense), net** | (1,082,531) | (5,052,703) | (1,925,496) | (9,836,143) |
| **NET INCOME** | $ 10,110,218 | $ 7,477,794 | $ 15,011,968 | $ 7,943,978 |

**MDC ENERGY LLC AND SUBSIDIARIES**
**CONSOLIDATED STATEMENTS OF CHANGES IN MEMBERS' (DEFICIT) EQUITY**
**FOR THE QUARTER AND PERIOD ENDED JUNE, 2019 AND 2018**

| | | |
|---|---|---:|
| **BALANCE, December 31, 2018** | $ | 165,389,065 |
| Contrbutions from members | | 49,421,057 |
| Net income | | 4,901,750 |
| **BALANCE, March 31, 2019** | | 219,711,871 |
| Contrbutions from members | | 58,038,556 |
| Net income | | 10,110,218 |
| **BALANCE, June 30, 2019** | $ | (87,922,338) |

## MDC ENERGY LLC AND SUBSIDIARIES
## CONSOLIDATED STATEMENTS OF CASH FLOWS
## FOR THE QUARTER AND PERIOD ENDED JUNE, 2019 AND 2018

|  | FOR THE QUARTER ENDED | | FOR THE PERIOD ENDED | |
|---|---:|---:|---:|---:|
|  | June 30, 2019 | June 30, 2018 | June 30, 2019 | June 30, 2018 |
| **CASH FLOWS FROM OPERATING ACTIVITIES** | | | | |
| Net income | 10,110,218 | 7,477,794 | 15,011,968 | 7,943,978 |
| Adjustments to reconcile net income to operating cash flows | | | | |
| Depreciation, depletion and amortization | 19,350,061 | 3,256,441 | 34,106,934 | 6,093,872 |
| Amortization of deferred financing costs | 138,811 | 185,014 | 276,096 | 367,995 |
| Accretion expense | 33,221 | 27,962 | 79,147 | 53,081 |
| Unrealized (gains) losses on derivative instruments | (3,504,314) | - | 2,328,148 | - |
| Changes in assets and liabilities | | | | |
| Accounts receivable - oil and gas sales | 2,377,616 | (146,671) | (2,962,720) | (3,130,133) |
| Accounts receivable - joint interest billings | 7,374,197 | (934,281) | 36,811,372 | (7,880,955) |
| Accounts receivable - related party | (11,145,978) | - | (10,445,606) | - |
| Other receivables | (855,246) | - | 598,082 | - |
| Prepaid assets | (6,095,795) | (76,581) | (6,066,503) | (31,660) |
| Accounts payable - trade | 22,517,212 | 5,724,048 | (37,754,084) | 35,646,942 |
| Accounts payable - revenue distributions | 16,308,644 | 17,709,837 | 7,874,779 | 22,693,593 |
| Accounts payable - related party | - | 1,981,484 | - | 722,751 |
| Accrued interest payable | (36,037) | 610,198 | (18,570) | 1,112,481 |
| **Net cash provided by operating activities** | 56,572,610 | 35,815,245 | 39,839,043 | 63,598,127 |
| **CASH FLOWS FROM INVESTING ACTIVITIES** | | | | |
| Capital expenditures for oil and gas properties | (106,324,147) | (34,596,161) | (163,487,253) | (72,722,833) |
| Capital expenditures for other property and equipment | (8,144) | (123,950) | 13,593 | (129,064) |
| **Net cash used in investing activities** | (106,332,291) | (34,720,111) | (163,473,660) | (72,851,897) |
| **CASH FLOWS FROM FINANCING ACTIVITIES** | | | | |
| Member contributions | 58,038,556 | (1,981,484) | 107,459,612 | - |
| Member distributions | - | - | - | 705,576 |
| Proceeds from notes payable | (7,596) | 13,539,761 | 15,980,408 | 22,236,483 |
| Repayments of notes payable | (3,727) | (2,677) | (3,727) | (2,677) |
| **Net cash provided by financing activities** | 58,027,233 | 11,555,600 | 123,436,293 | 22,939,382 |
| **Net increase (decrease) in cash and cash equivalents** | 8,267,552 | 12,650,734 | (198,323) | 13,685,612 |
| **CASH AND CASH EQUIVALENTS, beginning of period** | - | 9,527,264 | 8,465,875 | 8,492,386 |
| **CASH AND CASH EQUIVALENTS, end of period** | 8,267,552 | 22,177,998 | 8,267,552 | 22,177,998 |

**MDC ENERGY LLC AND SUBSIDIARIES**
**NATIXIS RBL**
**BALANCE AS OF JUNE 30, 2019**

| | | |
|---|---:|---:|
| **TOTAL LONG-TERM LIABILITIES, June 30, 2019** | $ | 434,538,899 |
| Less: | | |
| Asset Retirement Obligation | | 465,182 |
| MTE Term Loan (less cash & DFC) | | 375,782,984 |
| Note payable - non-current, net (vehicles) | | 76,968 |
| **NATIXIS RBL (LESS DFC), June 30, 2019** | **$** | **58,213,765** |