# **<u>EXHIBIT W</u>**

**Asset Coverage Test**

|  |  | 30-Jun-2019 | Source: |
|---|---|---:|---|
|  | Production (boepd) | 11,511 | Daily production file; Net Boepd production as of 6/30/2019 |
|  | Multiple ($/boepd) | 25,000 |  |
|  | **Production Value** | **287,763,345** |  |
|  | Net Acres | 11,481 | June 2019 monthly presentation delievered on 8/12/2019 |
|  | Multiple ($/acre) | 15,000 |  |
|  | **Acreage Value** | **172,215,000** |  |
| (a) | **Total Asset Value** | **459,978,345** |  |
|  | *Reported:* | *504,900,000* |  |
| (b) | **Total Debt** | **472,441,403** | Based on 6/30/2019 compliance certificate |
| (a) / (b) | **Asset Coverage** | **0.97x** |  |
|  | *Reported:* | *1.07x* |  |