# **EXHIBIT X**

Schedule I to Compliance Certificate

Calculations for the Fiscal Quarter Ending June 30, 2019

**I. Section 6.7(a) Leverage Ratio.**

| | | |
|---|---|---|
| (a) | Consolidated Total Debt as of the last day of such Fiscal Quarter | $472,441,403 |
| (b) | Consolidated Adjusted EBITDAX for the four Fiscal Quarters ending on such Fiscal Quarter | $122,243,040 |
| | Leverage Ratio = (a) divided by (b) | 3.86 to 1.00 |
| | Leverage Ratio shall not be greater than 4.75 to 1.00 | |
| | **Compliance** | Yes |

**II. Section 6.7(b) Interest Coverage Ratio.**

| | | |
|---|---|---|
| (a) | Consolidated Adjusted EBITDAX for the four Fiscal Quarters ending on such Fiscal Quarter | $122,243,040 |
| (b) | Consolidated Interest Expense for such four Fiscal Quarter period | $57,388,112 |
| | Interest Coverage Ratio = (a) divided by (b) | 2.13 to 1.00 |
| | Interest Coverage Ratio shall not be less than 2.00 to 1.00 | |
| | **Compliance** | Yes |

**III. Section 6.7(c) Total Asset Coverage Ratio.**

| | | |
|---|---|---|
| (a) | Total Asset Value as of the last day of such Fiscal Quarter | $504,900,000 |
| (b) | Consolidated Total Debt as of the last day of such Fiscal Quarter | $472,441,403 |
| | Total Asset Coverage Ratio = (a) divided by (b) | 1.07 to 1.00 |
| | Total Asset Coverage Ratio shall not be less than 1.00 to 1.00 | |
| | **Compliance** | Yes |

**IV. Section 6.7(d) PDP Asset Coverage Ratio (beginning June 30, 2020).**

   (a) the PV10 of the Group Members' Proved Developed Producing Reserves located on Oil and Gas Properties as of the last day of such Fiscal Quarter     $N/A

   (b) the Consolidated Total Debt as of the last day of such Fiscal Quarter     $N/A

   PDP Asset Coverage Ratio = (a) divided by (b)

   PDP Asset Coverage Ratio shall not be less than 1.00 to 1.00

   **Compliance**     N/A