# **EXHIBIT AA**

**MTE HOLDINGS LLC AND SUBSIDIARIES**
**CONSOLIDATED BALANCE SHEETS**
**JULY 31, 2019 AND 2018**

| ASSETS | July 31, 2019 | July 31, 2018 |
|---|---:|---:|
| **CURRENT ASSETS:** | | |
| Cash and cash equivalents | $ 22,180,981 | $ 11,823,540 |
| Accounts receivable - oil and gas sales | 4,088,843 | 6,282,781 |
| Accounts receivable - joint interest billings | 15,808,672 | 29,289,230 |
| Prepaid assets | 6,258,528 | 179,583 |
| Derivative assets - current | 3,105,063 | - |
| Other receivables | 108,993 | - |
| Total current assets | 51,551,080 | 47,575,134 |
| **OIL & GAS PROPERTIES, Full cost method** | | |
| Proved properties | 580,824,954 | 214,858,589 |
| Unproved properties | 1,793,154 | 1,467,928 |
| Accumulated depletion, amortization, and impairment | (140,579,981) | (85,147,825) |
| Total oil and gas properties, net | 442,038,127 | 131,178,692 |
| **OTHER ASSETS:** | | |
| Other property and equipment, net | 220,692 | 255,403 |
| Derivative assets - long-term | 2,732,556 | - |
| Total other assets | 2,953,248 | 255,403 |
| **TOTAL ASSETS** | $ 496,542,455 | $ 179,009,229 |

**MTE HOLDINGS LLC AND SUBSIDIARIES**
**CONSOLIDATED BALANCE SHEETS**
**JULY 31, 2019 AND 2018**

| LIABILITIES AND MEMBERS' (DEFICIT) EQUITY | July 31, 2019 | July 31, 2018 |
|---|---:|---:|
| **CURRENT LIABILITIES:** | | |
| Accounts payable - trade | $ 130,592,712 | $ 52,712,739 |
| Accounts payable - revenue distributions | 22,902,862 | 28,481,503 |
| Accounts payable - related party | 1,044,482 | 2,191,787 |
| Accrued interest payable | 4,422,675 | 1,192,690 |
| Asset retirement obligation - current | 473,025 | 191,774 |
| Derivative liabilities - current | - | 408,037 |
| Notes payable - current | 45,988 | 45,008 |
| **Total current liabilities** | 159,481,744 | 85,223,538 |
| **LONG-TERM LIABILITIES** | | |
| Asset retirement obligation | 465,182 | 510,883 |
| Derivative liabilities - long-term | - | 134,786 |
| Notes payable - non-current, net | 449,634,472 | 149,458,156 |
| **Total long-term liabilities** | 450,099,654 | 150,103,825 |
| **TOTAL LIABILITIES** | 609,581,398 | 235,327,363 |
| **MEMBERS' DEFICIT** | (113,038,943) | (56,318,134) |
| **TOTAL LIABILITIES AND MEMBERS' DEFICIT** | $ 496,542,455 | $ 179,009,229 |

**MTE HOLDINGS LLC AND SUBSIDIARIES**
**CONSOLIDATED STATEMENTS OF OPERATIONS**
**FOR THE ONE MONTH AND PERIOD ENDED JULY 31, 2019 AND 2018**

|  | FOR THE MONTH ENDED | | FOR THE PERIOD ENDED | |
|---|---:|---:|---:|---:|
|  | July 31, 2019 | July 31, 2018 | July 31, 2019 | July 31, 2018 |
| **REVENUES:** | | | | |
| Oil and gas sales | $ 10,102,564 | $ 6,650,693 | $ 85,604,668 | $ 44,831,757 |
| Salt water disposal | 4,811 | 6,779 | 27,066 | 47,827 |
| Lease operating overhead revenue | 101,932 | 74,545 | 942,105 | 312,865 |
| Unrealized losses on derivative instruments | - | - | (2,328,148) | - |
| Realized gains (losses) on derivative instruments | 92,766 | (269,249) | 996,006 | (1,508,380) |
| **Total revenues** | 10,302,073 | 6,462,768 | 85,241,697 | 43,684,069 |
| **OPERATING EXPENSES:** | | | | |
| Lease operating expense | 3,576,499 | 1,856,784 | 22,097,142 | 11,924,371 |
| Production tax expense | 532,622 | 349,046 | 4,323,348 | 2,358,511 |
| General and administrative | 254,322 | 149,934 | 1,764,203 | 1,367,110 |
| Depreciation, depletion, and amortization | 6,010,840 | 1,762,934 | 40,117,774 | 7,856,806 |
| Accretion expense | - | - | 79,147 | 53,081 |
| Debt facility fee | 342,292 | - | 2,926,353 | - |
| **Total expenses** | 10,716,575.00 | 4,118,698 | 71,307,967 | 23,559,879 |
| **Operating Income** | (414,502) | 2,344,070 | 13,933,730 | 20,124,190 |
| **OTHER INCOME (EXPENSE):** | | | | |
| Loss on disposal of assets | - | - | - | (6,182) |
| Interest expense | (4,926,918) | (1,598,517) | (30,446,637) | (11,428,478) |
| **Total other income (expense), net** | (4,926,918) | (1,598,517) | (30,446,637) | (11,434,660) |
| **NET INCOME (LOSS)** | $ (5,341,420) | $ 745,553 | $ (16,512,907) | $ 8,689,530 |

**MTE HOLDINGS LLC AND SUBSIDIARIES**
**CONSOLIDATED STATEMENTS OF CHANGES IN MEMBERS' DEFICIT**
**FOR THE PERIOD ENDED JULY 31, 2019**

| | |
|---|---:|
| **BALANCE, December 31, 2018** | $ (96,526,036) |
| Net loss | (16,512,907) |
| **BALANCE, July 31, 2019** | $ (113,038,943) |

**MTE HOLDINGS LLC AND SUBSIDIARIES**
**CONSOLIDATED STATEMENTS OF CASH FLOWS**
**FOR THE ONE MONTH AND PERIOD ENDED JULY 31, 2019 AND 2018**

|  | FOR THE MONTH ENDED | | FOR THE PERIOD ENDED | |
| --- | ---: | ---: | ---: | ---: |
|  | July 31, 2019 | July 31, 2018 | July 31, 2019 | July 31, 2018 |
| **CASH FLOWS FROM OPERATING ACTIVITIES** | | | | |
| Net income (loss) | $ (5,341,420) | $ 745,553 | $ (16,512,907) | $ 8,689,530 |
| Adjustments to reconcile net income (loss) to operating cash flows | | | | |
| Depreciation, depletion and amortization | 6,010,840 | 1,762,934 | 40,117,774 | 7,856,806 |
| Amortization of deferred financing costs | 148,765 | (63,027) | 448,729 | (431,022) |
| Accretion expense | - | - | 79,147 | 53,081 |
| Unrealized losses on derivative instruments | - | - | 2,328,148 | - |
| Loss on disposal of assets | - | - | - | 6,182 |
| Changes in assets and liabilities | | | | |
| Accounts receivable - oil and gas sales | 3,854,445 | (771,753) | 4,843,366 | (3,901,886) |
| Accounts receivable - joint interest billings | 17,891,182 | (7,133,960) | 53,808,615 | (15,014,915) |
| Other receivables | 171,393 | - | 1,468,007 | - |
| Prepaid assets | 49,952 | 12,999 | (6,025,552) | (18,662) |
| Accounts payable - trade | 8,705,930 | (290,304) | (29,014,270) | 35,356,638 |
| Accounts payable - revenue distributions | (7,929,720) | 4,218,610 | (54,941) | 26,912,203 |
| Accounts payable - related party | 1,044,482 | 210,303 | 80,312 | 933,054 |
| Accrued interest payable | 4,422,258 | (2,383,922) | 4,270,271 | (1,271,441) |
| **Net cash provided by (used in) operating activities** | 29,028,107 | (3,692,567) | 55,836,699 | 59,169,568 |
| **CASH FLOWS FROM INVESTING ACTIVITIES** | | | | |
| Capital expenditures for oil and gas properties | (30,531,323) | (7,041,044) | (197,755,710) | (79,763,876) |
| Capital expenditures for other property and equipment | 4,586 | (5,522) | 18,179 | (134,585) |
| **Net cash used in investing activities** | (30,526,737) | (7,046,566) | (197,737,531) | (79,898,461) |
| **CASH FLOWS FROM FINANCING ACTIVITIES** | | | | |
| Member distributions | - | - | - | 705,576 |
| Proceeds from notes payable | 405,628 | 387,352 | 135,518,988 | 23,357,148 |
| Repayments of notes payable | (3,727) | (2,677) | (3,727) | (2,677) |
| **Net cash provided by financing activities** | 401,901 | 384,675 | 135,515,261 | 24,060,047 |
| Net increase (decrease) in cash and cash equivalents | (1,096,729) | (10,354,458) | (6,385,571) | 3,331,154 |
| **CASH AND CASH EQUIVALENTS, beginning of period** | 23,277,710 | 22,177,998 | 28,566,552 | 8,492,386 |
| **CASH AND CASH EQUIVALENTS, end of period** | $ 22,180,981 | $ 11,823,540 | $ 22,180,981 | $ 11,823,540 |