# **EXHIBIT BB**

**MDC Texas Energy**
Summarized Extracts from Accounts Payable Information Provided by the Company on October 11, 2019
10/21/2019

**NOTES TO THE FOLLOWING:**

1. Draft and Confidential
2. Subject to Material Revision
3. Aging calculated from invoice due dates disclosed in the company's Excel file provided on October 11, 2019
4. Copies of invoices, liens, and any associated correspondence between the company and vendors have not been provided.
5. Company provided information for balances outstanding on or around the end of August. No subsequent accounts payable details have been provided.
6. There are credit amounts, (i.e. negative values), included in the Excel file provided by the company. These credit amounts (ranging approximately from .3M to .4M) offset the Accounts Payable balances. Further information is required from the company to understand the nature of these amounts
7. Certain invoices may have been paid in September 2019 per the company's Excel file (less than $3M), but it is unknown if the checks have been released to the vendors, and no new invoices have been entered to reflect any update beyond the end of August 2019

**MDC Texas Energy**
Summarized Extracts from Accounts Payable Information Provided by the Company on October 11, 2019
10/21/2019

| Vendor Name | 4/18/2019 Over 90 Days |
|---|---:|
| 3H TRUCKING, LLC | $ 450,766 |
| 5J Oilfield Services, LLC | 371,000 |
| ALPHA & OMEGA | 19,479 |
| A-1 SIGN ENGRAVERS, INC. | 10,534 |
| ANCHOR DRILLING FLUIDS USA LLC | - |
| AFD Quality Fuels & Petroleum | (98,357) |
| Alamo Pressure Pumping LLC | 7,171,844 |
| Ally Consulting, LLC | 160,144 |
| ALNC Inc. | 49,522 |
| APOLLO LIGHTING SOLUTIONS INC. | 55,056 |
| AQUARIUS CHEMICAL,LLC | 77,619 |
| ARCHROCK SERVICES, L.P. | 26,362 |
| ALAN R TRUCKING | 11,850 |
| Acid Tech Services | 57,645 |
| B&L Pipeco Services, Inc. | (306,451) |
| BADGER BMB SERVICES, INC | (4,107) |
| BAKER BOTTS L.L.P. | - |
| BAKER HUGHES | 37,767 |
| BASIN PACKER COMPANY, INC. | 63,933 |
| Basic Energy Services | 126,995 |
| BASIN ENGINE & PUMP, INC. | 1,355 |
| Big E Drilling Company | 1,986,660 |
| Baseline Energy Services, LP | 870,331 |
| BIG GAME OILFIELD SERVICES,LLC | - |
| Big H Transport, LLC | 1,574 |
| BIG B CRANE, LLC | 1,001,000 |
| Bison Trucking, LLC | 121,460 |
| BLACKHAWK MEASUREMENT CONSULTING, LLC | 178,139 |
| BOOMERANG TRUCKING | 662,189 |
| Bond-Coat, Inc. | 658,670 |
| BOSQUE DISPOSAL SYSTEMS, LLC | - |
| BEDROCK PETROLEUM CONSULTANTS,LLC | 27,900 |
| Briley Trucking, Ltd | - |
| Browning Oil Company, Inc. | 7,390 |
| Boots Smith Completion Services, LLC | 100 |
| BT MIDSTREAM,LLC | 591,078 |
| BUTCH'S RAT HOLE & ANCHOR SERVICE, INC. | 1,585,088 |
| C&J Spec-Rent Services, Inc. | 1,727,060 |
| CACTUS FUEL, LLC | 3,153,081 |
| CANRIG DRILLING TECHNOLOGY LTD. | 13,331 |
| CATALYST OILFIELD SERVICES, LLC | 58,684 |
| THE CAVINS CORPORATION | 92,157 |
| CONQUEST COMPLETION SERVICES,LLC | 228,030 |
| Crescent Drilling Foreman | 62,034 |
| CDK PERFORATRING,LLC | 404,330 |
| Centennial Resource Production, LLC | 4,124,632 |
| CHERRY HOTSHOT AND TRANSPORT,LLC | 550 |
| CHIEF SERVICES | 50,283 |
| Chase Harris, Inc. | 1,168,310 |
| CHOCK'S INC | 5,232 |
| Cameron International Corporation | 221,959 |
| Clearwater Resources, LLC | 2,627,883 |

**MDC Texas Energy**
Summarized Extracts from Accounts Payable Information Provided by the Company on October 11, 2019
10/21/2019

| Vendor | Amount |
|---|---:|
| CLEAN CHEMISTRY, INC. | 179,582 |
| CMS Trucking, LLC | - |
| Colgate Operate, LLC | 1,114,352 |
| Kristen Cooper | - |
| CapRock Oil Tools, Inc. | 25,769 |
| Virginia R. Cover | 40,656 |
| Creek Pipe Company | 854,473 |
| Cretic Energy Services, LLC | 1,887,764 |
| David Crow | - |
| CSI COMPRESSCO OPERATING, INC | - |
| Canon Safety Services, Ltd. | - |
| CTAP, LLC | (21,125) |
| Covenant Testing Technologies, LLC | 491,012 |
| Cudd Pressure Control, Inc. | 96,851 |
| CUTTER DRILLING SYSTEMS | 109,874 |
| Apergy ESP Systems, LLC | 2,145,091 |
| DCC SERVICES, LLC | 124,274 |
| EmployBridge Holding Company | 125,874 |
| DEL'S INSPECTION SERVICE COMPANY, LLC | 181,375 |
| DICK GLOVER COMPANY, INC | 3,475 |
| Datalog Geological Services, LLC | 10,912 |
| DiverterPlus, LLC | 87,475 |
| DILL LAND & CATTLE, LLC | 1,104,054 |
| Diamond M Trucking | 1,105,432 |
| DOC'S REVERSE UNITS & RENTAL TOOLS, INC. | - |
| Downhole Technology, LLC | 447,115 |
| DRILLINGPRO | 30,958 |
| Drilformance, LLC | 30,958 |
| DRILLCHEM DRILLING SOLUTIONS, LLC | 179,448 |
| DuraChem Production Services, LLC | 2,628,115 |
| Desert Wolfpack Mobile, Inc. | 3,690 |
| Dialog Wireline Services, LLC | 26,651 |
| ELLISON FLUID CALIPERS, LLC | 3,234 |
| Enventure Global Technology, Inc. | 11,957 |
| WaterBridge Texas Operating, LLC | 1,687,071 |
| EVANS PETROLEUM CONSULTANTS and SERVICES | 12,939 |
| EVO Incorporated | 81,508 |
| ERVIN WELL SITE CONSULTANTS, LLC | 106,950 |
| Fluid Delivery Solutions, LLC | 171,694 |
| FESCO LTD | 904,154 |
| FLOWCO PRODUCTION SOLUTIONS, LLC | 47,636 |
| Firethorne Downhole | 30,437 |
| FTS International Services, LLC | 1,570,723 |
| GE OIL & GAS ESP, INC. | 248,498 |
| GE Oil & Gas Pressure Control LP | 196,496 |
| GILMORE FABRICATION & SERVICE, LP | 6,090 |
| GM Oilfield & Trucking Services, LLC | 279,252 |
| GRISSOM'S OILFIELD SERVICE, LLC | 204,510 |
| Gravity Oilfield Services, LLC | 467,737 |
| GRAY SURFACE SPECIALTIES | - |
| GR Energy Services | 134,876 |
| GYRODATA INCORPORATED | 19,632 |
| HADCO Services, Inc. | 323,483 |
| HALLIBURTON ENERGY SERVICES, INC. | 433,606 |

**MDC Texas Energy**
Summarized Extracts from Accounts Payable Information Provided by the Company on October 11, 2019
10/21/2019

| Vendor | Amount |
|---|---:|
| HydroTX Cleaning Services, LLC | 5,000 |
| Core & Main LP | 6,040 |
| HUGHES OILFIELD TRANSPORTATION INC | 11,070 |
| HIGH PEAK RENTAL & CONSTRUCTION,LLC | 1,275 |
| Integrity Directional Services, LLC | 1,247,108 |
| Impac Exploration Services, Inc. | 338,095 |
| IRON HORSE TOOLS, LLC | 118,393 |
| Security Business Capital, LLC | 43,318 |
| J6 ENERGY SERVICES | 3,851,678 |
| JA Oilfield Manufacturing, Inc. | 16,733 |
| Jeben's Petroleum Engineering, LLC | 111,940 |
| Jody's Oilfield Service, Inc. | 1,151,047 |
| JW POWERLINE | 863,203 |
| JW TRUCKING, LLC. | 6,714 |
| Katch Kan USA | 38,683 |
| KENNETH R POOLE INC | (9,368) |
| Maggie Kay Key | - |
| Legends Drilling Management | - |
| KLX ENERGY SERVICES, LLC | 4,514,546 |
| Applied US Energy, Inc. | 800,878 |
| Knight Oil Tools, LLC | 81,350 |
| KW INTERNATIONAL, LLC | 25,898 |
| Legacy Artificial Lift Solutions, LLC | - |
| Legacy Directional Drilling, LLC | 528,539 |
| LEGEND ENERGY SERVICES, LLC | 411,931 |
| L.F. Manufacturing, Inc. | 157,225 |
| Lone Star Trucking | 1,918 |
| Luxe Operating LLC | - |
| Liberty Well Service,LLC | 170,785 |
| M & W Hot Oil, Inc. | 8,332 |
| Magnum Oil Tools International LTD | 10,998 |
| MARIO A. ORTEGA | 1,442,690 |
| MCCLINTON ENERGY GROUP, LLC | 432,801 |
| MCELROY, SULLIVAN, MILLER, | 941 |
| Milestone Environmental Services, LLC | 1,017 |
| Moser Engine Service | - |
| Meyer Energy Services, LLC | 92,021 |
| Maverick Field Services | 73,624 |
| Mica Tool & Tubular | 10,008 |
| Monahans Nipple-Up Service | 594,148 |
| MULHOLLAND ENERGY SERVICES, LLC | 169,091 |
| Mustang Well Service,LLC | 61,620 |
| Nabors Drilling Technologies USA, Inc. | 1,089,950 |
| CREST PUMPING TECHNOLOGIES,LLC | 571,016 |
| NCS MULTISTAGE | 134,352 |
| NES Global, LLC | - |
| New Tech Global Ventures, LLC | 431,784 |
| Nexus II | - |
| NGL Water Solutions Permian, LLC | 46,152 |
| NOV DHT, L.P. | 104,427 |
| National Oilwell Varco, L.P. | 1,559,103 |
| National Tank & Equipment | 239,874 |
| OILFIELD CHEMICAL SOLUTIONS,LLC | 66,658 |
| ODESSA PUMPS & EQUIPMENT, INC. | 11,811 |

**MDC Texas Energy**
Summarized Extracts from Accounts Payable Information Provided by the Company on October 11, 2019
10/21/2019

| Vendor | Amount |
|---|---:|
| WELLS FARGO BANK,N.A. | 2,580 |
| One Source Energy Services | 10,483 |
| OLD SCHOOL SERVICES | 85,243 |
| PETRO AMIGOS SUPPLY INC. | - |
| PAJUAL ENTERPRISE,LLC | 110,324 |
| Pason Systems USA Corp | 5,501 |
| Patterson-UTI Drilling Company, LLC | 991,990 |
| Patterson Services, Inc | 1,694 |
| Paladin Completion Services | 157,590 |
| Pradon Construction & Trucking | 28,420 |
| Precision Drilling Company, LP | 2,739 |
| Taurex Drill Bits, LLC | 47,397 |
| Pecos Enterprise | 101 |
| Basin Supply, LP | 13,674 |
| Permian Equipment Rentals | 1,387,751 |
| PETROPLEX SWD, LLC | 5,368 |
| Polyflow, LLC | (13,955) |
| Peak Oilfield Services, LLC | 266,283 |
| Powersat Communications USA LP | 93,112 |
| Platinum Pipe Rentals, LLC | 444,691 |
| Permian Power Tong, LLC | (13,800) |
| Premium Clean | 46,750 |
| Predator Drilling, LLC | 1,577,232 |
| Prime Time Water Supply, LLC | 70,901 |
| Professional Directional Enterprises | 1,768,100 |
| PROPETRO SERVICES, INC. | 375,572 |
| PRO SELECT SWD 4 LLC | 158,808 |
| Pate Trucking Company, LLC | 313,842 |
| Patriot Premium Threading Services,LLC | 539,510 |
| Petro Waste Environmental, LP | 8,573 |
| QES Pressure Control, LLC | (22,742) |
| QWIKPIPE INC. | 9,350 |
| R 360 ENVIRONMENTAL SOLUTIONS, LLC | 1,218 |
| RAMOS TUBING TESTING, INCORPORATED | 28,116 |
| Ranger Energy Services, LLC | 1,749,302 |
| Red Bone Services, LLC | 229,154 |
| Reeves County Resources, LLC | 115,533 |
| RDL Transportation Inc | 599,000 |
| Reservoir Data Systems | 90,001 |
| RDUB TRUCKING | 282,696 |
| RedRiver Oilfield Services, LLC | 556 |
| REDHEAD SERVICES, LLC | 25,674 |
| THE REED HUMPHREYS LIMITED PARTNERSHIP | - |
| REPEAT PRECISION, LLC | 40,143 |
| REPUBLIC SERVICES INC. | 1,170 |
| Reveal Energy Services, Inc. | 223,275 |
| ROUGH GROUND SERVICES | 37,699 |
| Rhino Rentals Inc | 514,420 |
| RIGHT LIGHT SERVICES, LLC | 374,380 |
| RJG ENTERPRISES, LLC | 63,647 |
| Rolfson Oil, LLC | (17,196) |
| ROOK CONTRACTORS CORPORATION | 54,150 |
| River Rock Energy, Inc. | 149,790 |
| Rock Tool Company | 458,555 |

**MDC Texas Energy**
Summarized Extracts from Accounts Payable Information Provided by the Company on October 11, 2019
10/21/2019

| Vendor | Amount |
|---|---:|
| RUSCO Operating, LLC | - |
| RUSSAW TRANSPORT, LLC | 277,159 |
| RWDY, Inc. | 49,757 |
| RWLS LLC | 1,286,353 |
| Sage Rider | 89,120 |
| SANBAR ENERGY SERVICES,LLC | 5,572 |
| SAPPHIRE OILFIELD SERVICES, LLC | 9,100 |
| SCAN-X, LLC | 4,051 |
| SCHLUMBERGER TECHNOLOGY CORP. | 905,660 |
| Schlumberger Rod Lift, Inc. | 13,574 |
| Synergy Cleaning Solutions, LLC | 3,696 |
| Stellar Drilling Fluids, LLC | 515,701 |
| SELECT ENERGY SERVICES,LLC | - |
| STEP Energy Services (USA) Ltd. | 364,542 |
| Seyfarth Shaw, LLP | 6,294 |
| Sidewinder Drilling LLC | 320,257 |
| SIERRA HAMILTON | - |
| Silver Zone, Inc. | 3,204,653 |
| SitePro Automation Software Solutions | 381,274 |
| Solid Liberty RENTAL Services, LLC | 172,130 |
| Solid LIberty Services, LLC | 227,002 |
| SLYDER ENERGY SOLUTIONS,LLC | 5,396 |
| SMITH INTERNATIONAL, INC. | 537,351 |
| Snyper Energy Services, Inc. | 193,695 |
| Sonic Connectors LTD | 106,778 |
| STRIDE OILFIELD SERVICES,LLC | 880 |
| SOUTHERN CONNECTIONS & SERVICES INC. | 32,030 |
| Spraberry Production Services | 734,813 |
| Supreme Production Services, Inc. | 217,712 |
| STELLAR AUTOMATION, INC. | 11,763 |
| STEALTH OILWELL SERVICES | 39,660 |
| Stealth Pump & Supply, LLC | 201,220 |
| STONE OILFIELD SERVICES, INC. | 14,284 |
| STONE RENTALS II | 1,530 |
| Standard Tubular Services, Inc. | 7,200 |
| Summit Casing Services, LLC | 143,315 |
| Sun Drilling Products, Corp | (27) |
| SHAW INTERESTS, INC. | 693,992 |
| SWECO | 36,749 |
| SwiftWater - A Tetra Company | 312,798 |
| SYNERGY RENTALS, LLC | 7,679 |
| TankLogix, LLC | 215,462 |
| TANMAR RENTALS LLC | 1,149,278 |
| Transontinental Group | 88,390 |
| TCI - Casing Specialties, LLC | 23,435 |
| Innovex Downhole Solutions, Inc. | 125,534 |
| TECH MANAGEMENT, LLC | 1,427,847 |
| Tejas Hot Shot Service | 43,610 |
| TENARIS GLOBAL SERVICES USA CORPORATION | (7,880) |
| Texas Energy Lobby, LLC | - |
| Texas Fueling Services, Inc. | 540,464 |
| Targeted GeoVision, LLC | 2,100 |
| THI Water Well | 138,084 |
| TITAN PETROSERVICES, LLC | 585,627 |

**MDC Texas Energy**
Summarized Extracts from Accounts Payable Information Provided by the Company on October 11, 2019
10/21/2019

| Vendor | Amount |
|---|---:|
| TIDAL LOGISTICS,INC. | 19,711 |
| Tier One Energy, LLP | 298,624 |
| TOPOGRAPHIC LAND SURVEYORS | 140,158 |
| Tristate Oilfield Services, LLC | 219,000 |
| Total Energy Solutions, LLC | 92,206 |
| Tank Partners Permian, LLC | 511,501 |
| TORNADO PRODUCTION SERVICES,LLC | 47,580 |
| Tripleplay Transport, LLC | 5,296 |
| TOTAL ROD CONCEPTS, INC. | 1,844 |
| TRC SERVICES OF TEXAS, INC. | - |
| TRIDENT STEEL CORPORATION | 65,731 |
| Trio Equip. Rental & Services | 706,426 |
| Trojan Tubular Services, LLC | 22,152 |
| TRI R SERVICES,INC | 92,667 |
| Turn Right Tools, LLC | 200,341 |
| Tubular Solutions, Inc. | 127,730 |
| Trans-Tex Cementing Services, LLC | 2,950,355 |
| Trans-Tex Dyno Services, LLC | 34,961 |
| Tryton Tools USA, Inc. | 159,481 |
| TUCKER ENERGY SERVICES, INC | 3,419,603 |
| T YORKMAN TRUCKING, LLC | 3,360 |
| Ultra Blend Solutions Oilfield Services | 371,421 |
| ULTERRA DRILLING TECHNOLOGIES, L.P. | 41,980 |
| UltraFab | 36,936 |
| UMD SOLUTIONS,LLC | 489,436 |
| UNITED CASING INCORPORATED | 322,538 |
| United String Up Company, LLC | 4,500 |
| United Vision Logistics | - |
| VES Survey International | 84,830 |
| Vaughn Energy Services, Inc. | 153,383 |
| WADECO SPECIALTIES, LLC | 65,387 |
| Water Works Field Services, LLC | 287 |
| WEAVER AND TIDWELL, LLP | 25,000 |
| WELLTEC, INC. | 35,220 |
| WELLEZ INFORMATION MANAGEMENT, LLC | 5,345 |
| WESTERN PETROLEUM, LLC | - |
| WESTERN FALCON | 55,671 |
| WEX BANK | - |
| Wellbore Fishing & Rental Tools, LLC | 129,088 |
| WESTERNGECO,LLC | 5,000 |
| Wildcat Oil Tools, LLC | 504,261 |
| Gulf Coast Business Credit | 1,348,539 |
| WTG Fuels, Inc. | 164,531 |
| WILBANKS TRUCKING SERVICES, LLC | 761,596 |
| YELLOWJACKET Oilfield Services | 71,913 |
| Youngs Mobile Homes | - |
| ZPZ Delaware I, LLC | - |
| Miscellaneous Vendor | - |
| ADMARC | - |
| Jensen Kohl Angelloz | - |
| Big D Equipment Company | 6,862 |
| Bank of Montreal | - |
| Britt Trucking Company | - |
| CAPITAL PREMIUM FINANCING | - |

**MDC Texas Energy**
Summarized Extracts from Accounts Payable Information Provided by the Company on October 11, 2019
10/21/2019

| Vendor | Amount |
|---|---:|
| Elisa Castillo | - |
| David Cox | (120) |
| CULLIGAN WATER OF WEST TEXAS, INC. | 36 |
| Diversified Detection Services, Inc. | 110 |
| Document Shredding and Storage | - |
| EXTERNAL SYSTEMS | - |
| IHS GLOBAL INC. | - |
| J & M ENERGY SERVICES, LP | 1,851 |
| KE Andrews & Company | - |
| McCauley Family Trust | - |
| MIDAMERICAN ENERGY COMPANY | (15) |
| Mi SWACO | 23,976 |
| Natixis New York | - |
| NextEra Energy Marketing, LLC | (3) |
| OFFICE DEPOT | - |
| PURCHASE POWER | - |
| QUEST ELECTRICAL & MECHANICAL CORPORATIO | 1,177 |
| RELIANT | - |
| REYNOLD'S BROTHERS REPRODUCTION LTD. | - |
| Robert Half Finance & Accounting | 39,200 |
| SALAZAR SERVICE & TRUCKING, CORP. | 18,485 |
| CALLIE STEVENS | - |
| TRAVELERS CL REMITTANCE CENTER | - |
| West Texas Office Equipment | - |
| WolfePak Software | - |
| AAA | - |
| B&T Rentals | - |
| Pumpco Energy Services, Inc. | - |
| Tetra Technologies | - |
| TurboDrill / Scout Downhole | - |
| Black Gold Rental Tools, Inc. | - |
| | **$114,363,270** |