**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| MTE HOLDINGS LLC, *et al.,*[1] | ) ) ) | Case No. 19-12269 (KBO) |
| Debtors. | ) ) | Joint Administration Requested |

NOTICE OF **AMENDED**[2] AGENDA OF MATTERS SCHEDULED FOR FIRST DAY
HEARING ON NOVEMBER 15, 2019 AT **1:30 P.M.** (EASTERN STANDARD TIME)[3]

**PLEASE NOTE CHANGE IN HEARING TIME**

PETITIONS

1.  Voluntary Petitions

    a. MTE Holdings LLC (Case No. 19-12269, D.I. 3, Filed 10/23/19)
    b. MTE Partners LLC (Case No. 19-12272, D.I. 1, Filed 10/23/19)
    c. Olam Energy Resources I LLC (Case No. 19-12273, D.I. 1, Filed 10/23/19)
    d. **MDC Energy LLC (Case No. 19-12385, Filed 11/8/19)**
    e. **MDC Texas Operator LLC (Case No. 19-12387, Filed 11/8/19)**
    f. **Ward I, LLC (Case No. 19-12386, Filed 11/8/19)**
    g. **MDC Reeves Energy LLC (Case No. 19-12388, Filed 11/8/19)**

DECLARATION IN SUPPORT OF FIRST DAY PLEADINGS

2.  Declaration of Mark Siffin, Chief Executive Officer of MDC Energy LLC in Support of Chapter 11 Petitions and First Day Motions (D.I. 50, Filed 11/8/19).

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: MTE Holdings LLC (7894); MTE Partners LLC (1158); Olam Energy Resources I LLC (0770); MDC Energy LLC (9140); MDC Texas Operator LLC (1087); Ward I, LLC (6817); and MDC Reeves Energy LLC (3644). The Debtors' address is 280 East 96th Street, Suite 210, Indianapolis, Indiana 46240.

[2] **Amended items appear in bold.**

[3] This hearing will be held before the Honorable Karen B. Owens, United States Bankruptcy Judge, at the United States Bankruptcy Court for the District of Delaware located at 824 North Market Street, 6th Floor, Courtroom 1, Wilmington, Delaware 19801

FIRST DAY MATTERS

3.  Debtors' Motion for Entry of an Order Directing the Joint Administration of the Debtors' Chapter 11 Cases (D.I. 45, Filed 11/8/19).

    Responses Received:

    a)  Natixis' Omnibus Objection to Debtors' First Day Motions (D.I. 69, Filed 11/12/19).

    Status:  This matter will be going forward.

4.  Debtors' Motion for Entry of an Order (I) Extending the Time to File Schedules of Assets and Liabilities and Statements of Financial Affairs and (II) Authorizing the Debtors to File a Consolidated List of the Debtors' Thirty Largest Unsecured Creditors (D.I. 46, Filed 11/8/19).

    Responses Received:

    a)  Informal comments from the United States Trustee; and

    b)  Natixis' Omnibus Objection to Debtors' First Day Motions (D.I. 69, Filed 11/12/19).

    Status:  This matter will be going forward.

5.  Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Continue Using Existing Centralized Cash Management System, (B) Honor Certain Prepetition Obligations Related to the Use of the Cash Management System, and (C) Maintain Existing Bank Accounts and Check Stock and (II) Granting Related Relief (D.I. 47, Filed 11/8/19).

    Responses Received:

    a)  Informal comments from the United States Trustee.

    b)  Objection and Reservation of Rights of Riverstone Credit Management, LLC Related to Certain of The Debtors' Requested First Day Relief (D.I. 63, Filed 11/12/19); and

    c)  Natixis' Omnibus Objection to Debtors' First Day Motions (D.I. 69, Filed 11/12/19).

    Status:  This matter will be going forward.

6. Debtors' Motion for Entry of Interim and Final Orders (I) Prohibiting Utility Companies from Altering, Refusing, or Discontinuing Utility Services, (II) Deeming Utility Companies Adequately Assured of Future Performance, (III) Establishing Procedures for Determining Additional Adequate Assurance of Payment, and (IV) Setting a Final Hearing Related Hereto (D.I. 48, Filed 11/8/19).

    Responses Received:

    a) Informal comments from the United States Trustee; and

    b) Natixis' Omnibus Objection to Debtors' First Day Motions (D.I. 69, Filed 11/12/19).

    Status:  This matter will be going forward.

7. Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Use of Cash Collateral (II) Providing Adequate Protection to the Secured Lender; (III) Modifying Automatic Stay Pursuant to 11 U.S.C. §§ 105, 361, 362, 363, and 507; and (IV) Scheduling Final Hearing Pursuant to Bankruptcy Rules 4001(b) and (c) and Local Rule 4001-2 (D.I. 49, Filed 11/8/19).

    Responses Received:

    a) Informal comments from the United States Trustee.

    b) Objection and Reservation of Rights of Riverstone Credit Management, LLC Related to Certain of The Debtors' Requested First Day Relief (D.I. 63, Filed 11/12/19); and

    c) Natixis' Omnibus Objection to Debtors' First Day Motions (D.I. 69, Filed 11/12/19).

    Related Pleadings:

    a) Notice of Filing of Budget (D.I. 59, Filed 11/11/19)**; and**

    b) **Notice of Filing of Revised Budget (D.I. 88, Filed 11/14/19).**

    Status:  This matter will be going forward.

8. Motion of Riverstone Credit Management, LLC for an Order Granting Relief from the Automatic Stay to Permit Riverstone to Obtain Judicial Validation and Enforcement of Its Vote of the Pledged Equity (D.I. 6, Filed 10/25/19).

    Objection Deadline:  November 6, 2019 at 4:00 p.m. (ET).
    Reply Deadline:  November 8, 2019 at 3:00 p.m. (ET).

    Responses Received:

    a)    Debtor's (I) Objection to Motion of Riverstone Credit Management, LLC for an Order Granting Relief from the Automatic Stay to Permit Riverstone to Obtain Judicial Validation and Enforcement of Its Vote of the Pledged Equity and (II) Cross-Motion for Turnover of Property by a Custodian (D.I. 30, Filed 11/6/19); and

    b)    Declaration of Mark Siffin in Support of Debtor's (I) Objection to Motion of Riverstone Credit Management, LLC for an Order Granting Relief from the Automatic Stay to Permit Riverstone to Obtain Judicial Validation and Enforcement of Its Vote of the Pledged Equity and (II) Cross-Motion for Turnover of Property by a Custodian (D.I. 31, Filed 11/6/19).

    Related Pleadings:

    a)    Notice of Hearing Regarding Motion of Riverstone Credit Management, LLC for an Order Granting Relief from the Automatic Stay to Permit Riverstone to Obtain Judicial Validation and Enforcement of Its Vote of the Pledged Equity (D.I. 9, Filed 10/30/19).

    Reply:

    a)    Reply of Riverstone Credit Management, LLC to the Debtor's Objection to the Motion for an Order Granting Relief from the Automatic Stay to Permit Riverstone to Obtain Judicial Validation and Enforcement of Its Vote of the Pledged Equity (D.I. 43, Filed 11/8/19); and

    b)    Reply Declaration of Christopher Abbate in Support of Motion of Riverstone Credit Management, LLC for an Order Granting Relief from the Automatic Stay to Permit Riverstone to Obtain Judicial Validation and Enforcement of Its Vote of the Pledged Equity (D.I. 44, Filed 11/8/19).

    Status: Riverstone has informed the Debtors that this matter will be going forward only as a status conference.

9.    Debtors' Application for Entry of an Order Pursuant to 28 U.S.C. § 156(c), Bankruptcy Code Section 105(a), and Local Bankruptcy Rule 2002-1(f) Authorizing Appointment of Bankruptcy Management Solutions, Inc. d/b/a Stretto as Claims and Noticing Agent to the Debtors *Nunc Pro Tunc* To November 11, 2019 (D.I. 62, Filed 11/11/19).

    Status:  This matter will be going forward.

10.     Motion of Natixis, New York Branch for an Order (I) Appointing a Trustee Pursuant to Section 1104(a) of the Bankruptcy Code, or (II) in the Alternative, Appointing an Examiner Pursuant to Section 1104(c) of the Bankruptcy Code (D.I. 71, Filed 11/12/19).

    <u>Related Pleading</u>:

    a)     Declaration of Erin R. Fay in Support of the Motion of Natixis, New York Branch for an Order (I) Appointing a Trustee Pursuant to Section 1104(a) of the Bankruptcy Code, or (II) in the Alternative, Appointing an Examiner Pursuant to Section 1104(c) of the Bankruptcy Code (D.I. 72, Filed 11/12/19).

    <u>Status</u>:   **This matter will be going forward as a status conference only.**

<u>ADVERSARY PROCEEDING</u>

*Riverstone Credit Management, Inc., LLC v. MDC Energy LLC* (Adv. Pro. No. 19-50792)

11.     Plaintiff's Motion to Expedite the Adversary Proceeding (A.D.I. 2, Filed 11/12/19).

    <u>Related Pleadings</u>:

    a)     Complaint of Declaratory Relief (A.D.I. 1, Filed 11/12/19).

    <u>Status</u>: Plaintiff has requested that this go forward as a status conference.

| | |
|---|---|
| Dated: November 15, 2019<br>Wilmington, Delaware | MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br><br>/s/ *Daniel B. Butz*<br>Robert J. Dehney (No. 3578)<br>Eric D. Schwartz (No. 3134)<br>Daniel Butz (No. 4227)<br>1201 North Market Street, 16th Floor<br>P.O. Box 1347<br>Wilmington, Delaware 19899-1347<br>Telephone: (302) 658-9200<br>Facsimile: (302) 658-3989<br>Email: rdehney@mnat.com<br>         eschwartz@mnat.com<br>         dbutz@mnat.com<br><br>- and -<br><br>Andrew K. Glenn (admitted *pro hac vice*)<br>Matthew B. Stein (admitted *pro hac vice*)<br>David J. Mark (admitted *pro hac vice*)<br>**KASOWITZ BENSON TORRES LLP**<br>1633 Broadway<br>New York, New York 10019<br>Telephone: (212) 506-1700<br>Facsimile: (212) 506-1800<br>Email: AGlenn@kasowitz.com<br>         MStein@kasowitz.com<br>         DMark@kasowitz.com<br><br>*Proposed Counsel for Debtors and Debtors in Possession* |