# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>RAIT FUNDING, LLC,<br>a Delaware limited liability company, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 19-11915 (BLS)<br>(Jointly Administered) |

## NOTICE OF AGENDA OF MATTERS SCHEDULED
## FOR HEARING ON OCTOBER 24, 2019 AT 11:30 A.M. (ET)

### I. CONTINUED MATTER:

1. Debtors' Motion for Entry of an Order Waiving the Bankruptcy Rule 2015.3 Reporting Requirements for Cause [Docket No. 85; filed 9/27/19]

    Response Deadline:   October 11, 2019 at 4:00 p.m. (ET); Extended to November 13, 2019 at 4:00 p.m. (ET) for the Office of the United States Trustee and the Official Committee of Unsecured Creditors

    Responses Received:

    A. Informal Response from the Office of the United States Trustee

    B. Informal Response from the Official Committee of Unsecured Creditors

    Related Documents        None

    Status:  The hearing regarding this matter is continued to the omnibus hearing scheduled for November 20, 2019 at 10:00 a.m. (ET).

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: RAIT Funding, LLC, a Delaware limited liability company (9983); RAIT Financial Trust, a Maryland real estate investment trust (9819); RAIT General, Inc., a Maryland corporation (9987); RAIT Limited, Inc., a Maryland corporation (9773); Taberna Realty Finance Trust, a Maryland real estate investment trust (3577); RAIT JV TRS, LLC, a Delaware limited liability company (3190); and RAIT JV TRS Sub, LLC, a Delaware limited liability company (4870). The mailing address for all Debtors is Two Logan Square, 100 N. 18th Street, 23rd Floor, Philadelphia, Pennsylvania 19103 (Attn: John J. Reyle).

## II. MATTERS FILED UNDER CERTIFICATION OF COUNSEL:

2. Debtors' Application for an Order Authorizing the Retention and Employment of Drinker Biddle & Reath LLP as Counsel to the Debtors, *Nunc Pro Tunc* to the Petition Date [Docket No. 84; filed 9/27/19]

   Response Deadline:   October 11, 2019 at 4:00 p.m. (ET); Extended to October 17, 2019 at 4:00 p.m. (ET) for the Office of the United States Trustee and the Official Committee of Unsecured Creditors

   Responses Received:

   A. Informal Response from the Office of the United States Trustee

   Related Documents

   A. Certification of Counsel Regarding Order Authorizing the Retention and Employment of Drinker Biddle & Reath LLP as Counsel to the Debtors, *Nunc Pro Tunc* to the Petition Date ]Docket No. 151; filed 10/21/19]

   Status: On October 21, 2019, the Debtors filed a proposed form of order under certification of counsel in connection with this matter. Accordingly, a hearing with respect to this matter is only required to the extent that the Court has any questions or concerns.

3. Debtors' Application for Entry of an Order (A) Authorizing Employment and Retention of Epiq Corporate Restructuring, LLC as Administrative Advisor for Debtors, Effective *Nunc Pro Tunc* to the Petition Date and (B) Granting Related Relief [Docket No. 100; filed 9/27/19]

   Response Deadline:   October 11, 2019 at 4:00 p.m. (ET); Extended to October 17, 2019 at 4:00 p.m. (ET) for the Office of the United States Trustee and the Official Committee of Unsecured Creditors

   Responses Received:

   A. Informal Response from the Office of the United States Trustee

   Related Documents

   A. Supplemental Declaration of Regina Amporfro in Support of Debtors' Application for Entry of an Order (A) Authorizing Employment and Retention of Epiq Corporate Restructuring, LLC as Administrative Advisor for Debtors, Effective *Nunc Pro Tunc* to the Petition Date and (B) Granting Related Relief [Docket No. 152; filed 10/21/19

B. Certification of Counsel Regarding Order Authorizing the Debtors to Retain and Employ Epiq Corporate Restructuring, LLC as Administrative Advisor Effective as of Petition Date [Docket No. 153; filed 10/21/19]

Status:  On October 21, 2019, the Debtors filed a proposed form of order under certification of counsel in connection with this matter.  Accordingly, a hearing with respect to this matter is only required to the extent that the Court has any questions or concerns.

4. Debtors' Motion for Entry of an Order Authorizing the Retention and Compensation of Certain Professionals Utilized in the Ordinary Course of Business, *Nunc Pro Tunc* to the Petition Date [Docket No. 101; filed 9/27/19

   Response Deadline:    October 11, 2019 at 4:00 p.m. (ET); Extended to October 17, 2019 at 4:00 p.m. (ET) for the Office of the United States Trustee and the Official Committee of Unsecured Creditors

   Response Received:

   A. Informal Response from the Office of the United States Trustee

   Related Documents

   A. Certification of Counsel Regarding Order Authorizing the Retention and Compensation of Certain Professionals Utilized in the Ordinary Course of Business, *Nunc Pro Tunc* to the Petition Date [Docket No. 149; filed 10/21/19]

   Status:  On October 21, 2019, the Debtors filed a proposed form of order under certification of counsel in connection with this matter.  Accordingly, a hearing with respect to this matter is only required to the extent that the Court has any questions or concerns.

5. Debtors' Motion for an Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals [Docket No. 102; filed 9/27/19

   Response Deadline:    October 11, 2019 at 4:00 p.m. (ET); Extended to October 17, 2019 at 4:00 p.m. (ET) for the Office of the United States Trustee and the Official Committee of Unsecured Creditors

   Response Received:

   A. Informal Response from the Official Committee of Unsecured Creditors

Related Documents

A. Certification of Counsel Regarding Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals [Docket No. 148; filed 10/21/19]

Status:  On October 21, 2019, the Debtors filed a proposed form of order under certification of counsel in connection with this matter.  Accordingly, a hearing with respect to this matter is only required to the extent that the Court has any questions or concerns.

6. Debtors' Application for an Order (I) Authorizing and Approving the Retention and Employment of UBS Securities LLC as Investment Banker and Financial Advisor to the Debtors, *Nunc Pro Tunc* to the Petition Date, and (II) Waiving Compliance with Certain Requirements of Local Rule 2016-2 [Docket No. 103; filed 9/27/19]

   Response Deadline:   October 11, 2019 at 4:00 p.m. (ET); Extended to October 17, 2019 at 4:00 p.m. (ET) for the Office of the United States Trustee and the Official Committee of Unsecured Creditors

   Response Received:

   A. Informal Response from the Office of the United States Trustee

   Related Documents

   A. Certification of Counsel Regarding Order (I) Authorizing and Approving the Retention and Employment of UBS Securities LLC as Investment Banker and Financial Advisor to the Debtors, *Nunc Pro Tunc* to the Petition Date, and (II) Waiving Compliance with Certain Requirements of Local Rule 2016-2 [Docket No. 150; filed 10/21/19]

   Status:  On October 21, 2019, the Debtors filed a proposed form of order under certification of counsel in connection with this matter.  Accordingly, a hearing with respect to this matter is only required to the extent that the Court has any questions or concerns.

**III.   CONTESTED MATTER GOING FORWARD:**

7. Debtors' Application for an Order Authorizing Retention and Employment of M-III Advisory Partners, LP as Financial Advisors to the Debtors, Nunc Pro Tunc to the Petition Date [Docket No. 104; filed 9/27/19]

   Response Deadline:   October 11, 2019 at 4:00 p.m. (ET); Extended to October 17, 2019 at 4:00 p.m. (ET) for the Office of the United States Trustee and the Official Committee of Unsecured Creditors

Response Received:

A. The United States Trustee's Objection to the Debtors' Application for an Order Authorizing the Retention and Employment of M-III Advisory Partners, LP as Financial Advisors to the Debtors, Nunc Pro Tunc to the Petition Date [Docket No. 146; filed 10/18/19

Related Documents    None

Status:  The Debtors anticipate filing a revised proposed form of order under certification of counsel in advance of the hearing.

<table>
<tr><td>Dated: October 22, 2019<br>Wilmington, Delaware</td><td>**DRINKER BIDDLE & REATH LLP**<br><br>/s/ Patrick A. Jackson<br>Patrick A. Jackson (Del. Bar No. 4976)<br>Joseph N. Argentina, Jr. (Del. Bar No. 5453)<br>222 Delaware Avenue, Suite 1410<br>Wilmington, DE 19801<br>Tel:  (302) 467-4200<br>Fax: (302) 467-4201<br>Patrick.Jackson@dbr.com<br>Joseph.Argentina@dbr.com<br><br>-and-<br><br>Michael P. Pompeo (admitted *pro hac vice*)<br>Brian P. Morgan (admitted *pro hac vice*)<br>1177 Avenue of the Americas, 41st Floor<br>New York, NY 10036-2714<br>Tel:  (212) 248-3140<br>Fax:  (212) 248-3141<br>Michael.Pompeo@dbr.com<br>Brian.Morgan@dbr.com<br><br>*Proposed Counsel to the Debtors*<br>*and Debtors in Possession*</td></tr>
</table>

120981309.1