# **EXHIBIT A**

| Name | Address | Nature and Amount of Disclosable Economic Interests[1] |
|---|---|---|
| Alamo Pressure Pumping, LLC | 1101 N. Little School Road Arlington, TX 76017 | Materialman's Lien: $19,517,624.27 |
| Anchor Drilling Fluids USA | 11700 Katy Freeway, Suite 200, Houston, TX 77079 | Materialman's Lien: $1,422,536.24 |
| Apergy ESP Systems, LLC | 2445 Technology Forest Blvd., Building 4, 12th Floor, The Woodlands, TX 77381 | Materialman's Lien: $4,851,753.78 |
| Baseline Energy Services, LP | 201 Foch Street, Fort Worth, TX 76107 | Materialman's Lien: $1,226,077.16 |
| Basic Energy Services, LP | 801 Cherry Street, Suite 2100, Fort Worth, TX 76102 | Materialman's Lien: $3,217,315.85 |
| Covenant Testing Technologies, LLC | 1600 Highway 6, Suite 360, Sugar Land, TX 77478 | Materialman's Lien: $809,630.8 |
| DuraChem Services | 2719 W County Road 114, Midland, TX 79706 | Materialman's Lien: $4,159,900.86 |
| Eastham Drilling, Inc. d/b/a Big E Drilling | 4710 Bellaire Blvd., Suite 350, Bellaire, TX 77401 | Materialman's Lien: $8,861,682.00 |
| Flowco Production Solutions, LLC | 18511 Imperial Valley Dr., Houston, TX 77073 | Materialman's Lien: $601,186.06 |
| Gravity Oilfield Services, LLC | 3300 North A Street, Building 4, Suite 100, Midland, TX 79705 | Materialman's Lien: $11,037,156.80 |

---

[1] To the best of counsel's knowledge, the information included herein is accurate as of December 5, 2019. The amounts set forth herein include only outstanding principal and do not include accrued or unpaid interest or any other amounts that may be due or owing under the applicable statutory liens and/or governing contracts.

| Knight Energy Services, LLC | 19500 State Highway 249, Suite 600, Houston, TX 77070 | Materialman's Lien: $156,395.04 |
| --- | --- | --- |
| Legacy Directional Drilling, LLC | 103 Abigayles Row, Scott, LA 70583 | Materialman's Lien: $5,200,891.18 |
| NCS Multistage, LLC | 19450 State Highway 249, Suite 200, Houston, TX 77070 | Materialman's Lien: $174,494.52 |
| Patterson-UTI Drilling Company, LLC | 10713 W. Sam Houston Pkwy. North, Suite 800, Houston, TX 77064 | Materialman's Lien: $3,958,564.33 |
| Peak Oilfield Services, LLC | P.O. Box 548, Birdgeport, TX 76426 | Materialman's Lien: $928,797.42 |
| Select Energy Services, LLC | 1233 West Loop South, Suite 1400, Houston, TX 77027 | Materialman's Lien: $1,674,758.47 |
| STEP Energy Services Holdings Ltd. | 480 Wildwood Forest Drive, Suite 300, Spring, TX 77380 | Materialman's Lien: $3,784,145.08 |
| Superior Energy/Pumpco Energy Services | 1001 Louisiana Street, Suite 2900, Houston, TX 77002 | Materialman's Lien: $2,105,252.11 |
| WaterBridge Texas Midstream LLC | Attn: General Counsel, 840 Gessner Road, Suite 100, Houston, TX 77024 | Materialman's Lien: $7,449,987.00 |

IMPAC 6494509v.4