# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| MTE Holding LLC, *et al.*,[1] | ) Case No. 19-12269 (KBO) |
| | ) (Jointly Administered) |
| Debtors. | ) |
| | ) **Re: D.I. 212** |

## CERTIFICATE OF SERVICE

      I, Colin R. Robinson, hereby certify that on the 9th day of December, 2019, I caused a copy of the following document(s) to be served on the individual(s) on the attached service list(s) in the manner indicated:

**Baker Hughes, GE Oil & Gas Pressure Control, Schlumberger, Smith International and Nabors' Limited Objection to Interim Order Under Bankruptcy Codes Sections 105(a), 361, 362, 363, 503 and 507, Bankruptcy Rules 4001 and 9014 (I) Authorizing Debtors Use of Cash Collateral; (II) Granting Adequate Protection to Prepetition Secured Parties; (III) Modifying Automatic Stay; and (IV) Granting Related Relief [Docket No. 212]**

                                                  */s/ Colin R. Robinson*
                                                  Colin R. Robinson (DE Bar No. 5524)

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: MTE Holdings LLC (7894); MTE Partners LLC (1158); Olam Energy Resources I LLC (0770); MDC Energy LLC (9140); MDC Texas Operator LLC (1087); Ward I, LLC (6817); and MDC Reeves Energy LLC (3644). The Debtors' address is 280 East 96th Street, Suite 210, Indianapolis, Indiana 46240.

MTE 2002 Service List FCM
Case No. 19-12269 (KBO)
Document No. 226369
22 – Hand Delivery
73 – First Class Mail

(Counsel to Baker Hughes Oilfield
Operations LLC and GE Oil & Gas Pressure
Control, LP; Schlumberger Technology
Corporation; Smith International, Inc. and
Nabors Drilling Technologies USA, Inc.)
Jeffrey N. Pomerantz, Esq.
Robert J. Feinstein, Esq.
Colin R. Robinson, Esq.
Pachulski Stang Ziehl & Jones LLP
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE  19899-8705 (Courier 19801)

**HAND DELIVERY**
U.S. Attorney's Office for the District of Delaware
Hercules Building
1313 N Market Street
Wilmington, DE  19801

**HAND DELIVERY**
Internal Revenue Service
844 King Street
Wilmington, DE  19801

**HAND DELIVERY**
(Proposed Counsel to the Debtors)
Robert J. Dehney, Esq.
Eric D. Schwartz, Esq.
Daniel B. Butz, Esq.
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street, 16th Floor
Wilmington, DE  19801

**HAND DELIVERY**
(Counsel to FTS International Services, LLC)
Mark E. Felger, Esq.
Cozen O' Connor
1201 N. Market St., Ste. 1001
Wilmington, DE  19801

**HAND DELIVERY**
(Counsel to Riverstone Credit Management, LLC)
Robert S. Brady, Esq.
Edmon L. Morton, Esq.
Kenneth J. Enos, Esq.
Jaclyn C. Weissgerber, Esq.
Young Conaway Stargatt & Taylor, LLP
Rodney Square
1000 N. King Street
Wilmington, DE  19801

**HAND DELIVERY**
(Counsel to Natixis, New York Branch)
Erin R. Fay, Esq.
Daniel N. Brogan, Esq.
Bayard, P.A.
600 N. King Street, Suite 400
Wilmington, DE  19801

**HAND DELIVERY**
Office of the United States Trustee
Linda Casey, Esq.
844 King Street, Suite 2207
Lock Box 35
Wilmington, DE  19801

**HAND DELIVERY**
(Counsel to TanMar Rentals, LLC)
Michael Busenkell, Esq.
Gellert Scali Busenkell & Brown, LLC
1201 North Orange Street, Suite 300
Wilmington, DE  19801

**HAND DELIVERY**
(Counsel to Luxe Energy LLC)
David M. Fournier, Esq.
Pepper Hamilton LLP
Hercules Plaza, Suite 5100
1313 N. Market Street
Wilmington, DE 19801

**HAND DELIVERY**
(Counsel to National Oilwell Varco, L.P., and National Oilwell DHT, L.P.)
Mark T. Hurford, Esq.
Campbell & Levine, LLC
222 Delaware Avenue, Suite 1620
Wilmington, DE 19801

**HAND DELIVERY**
(Counsel to WS Energy Services, LLC)
Ricardo Palacio, Esq.
Ashby & Geddes, P.A.
500 Delaware Avenue, 8th Floor
Wilmington, DE 19801

**HAND DELIVERY**
(Counsel to JW Powerline, Inc.)
William P. Bowden, Esq.
Stacy L. Newman, Esq.
Ashby & Geddes, P.A.
500 Delaware Avenue, 8th Floor
Wilmington, DE 19801

**HAND DELIVERY**
(Counsel Crest Pumping Technologies, LLC and CDK Perforating, LLC)
Karen M. Grivner, Esq.
Clark Hill PLC
824 N. Market Street, Suite 710
Wilmington, DE 19801

**HAND DELIVERY**
(Counsel to WaterBridge Texas Midstream, LLC)
Lucian B. Murley, Esq.
Saul Ewing Arnstein & Lehr LLP
1201 N. Market Street, Suite 2300
Wilmington, DE 19801

**HAND DELIVERY**
(Counsel to Moser Energy Systems)
William E. Chipman, Jr., Esq.
Mark D. Olivere, Esq.
Chipman Brown Cicero & Cole, LLP
Hercules Plaza
1313 N. Market Street, Suite 5400
Wilmington, DE 19801

**HAND DELIVERY**
(Counsel to Eastham Drilling, Inc. d/b/a Big E Drilling Co.)
Thomas M. Horan, Esq.
Fox Rothschild LLP
919 N. Market Street, Suite 300
Wilmington, DE 19801

**HAND DELIVERY**
(Counsel to Ad Hoc Committee of Service Providers)
Christopher M. Samis, Esq.
L. Katherine Good, Esq.
R. Stephen McNeill, Esq.
Potter Anderson & Corroon LLP
1313 North Market Street, 6th Floor
Wilmington, DE 19801

**HAND DELIVERY**
(Counsel to Impac Exploration Services, Inc.)
Gregory A. Taylor, Esq.
Stacy L. Newman, Esq.
Ashby & Geddes, P.A.
500 Delaware Avenue, 8th Floor
Wilmington, DE 19801

**HAND DELIVERY**
(Counsel to Santa Elena Minerals, LP)
Laura Davis Jones, Esq.
Timothy P. Cairns, Esq.
Pachulski Stang Ziehl & Jones LLP
919 N. Market Street, 17th Floor
PO Box 8705
Wilmington, DE 19801

**HAND DELIVERY**
(Counsel to Cudd Pressure Control, Inc.)
Ericka F. Johnson, Esq.
Womble Bond Dickinson (US) LLP
1313 N. Market Street, Suite 1200
Wilmington, DE 19801

**HAND DELIVERY**
(Counsel to Pilot Thomas Logistics, LLC)
Rafael X. Zahralddin-Aravena, Esq.
Eric M. Sutty, Esq.
Elliott Greenleaf, P.C.
1105 N. Market Street, Suite 1700
Wilmington, DE 19801

**HAND DELIVERY**
(Counsel to Petro-Amigos Supply, Inc.)
Aaron S. Applebaum, Esq.
Saul Ewing Arnstein & Lehr LLP
1201 N. Market Street, Suite 2300
Wilmington, DE 19801

**FIRST CLASS MAIL**
Secretary of State
Division of Corporations
Franchise Tax
PO Box 898
Dover, DE 19903

**FIRST CLASS MAIL**
Securities & Exchange Commission
100 F Street, NE
Washington, DC 20549

**FIRST CLASS MAIL**
Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

**FIRST CLASS MAIL**
Armstrong, Backus & Co. LLP
200 North Loraine Street, Suite 900
PO Box 3487
Midland, TX 79702

**FIRST CLASS MAIL**
Delaware State Treasury
820 Silver Lake Blvd., Suite 100
Dover, DE 19904

**FIRST CLASS MAIL**
Weaver and Tidwell, L.L.P.
400 W. Illinois Ave, Suite 1550
Midland, TX 79701

**FIRST CLASS MAIL**
(Proposed Counsel to the Debtors)
Mark E. Kasowitz, Esq.
Kenneth R. David, Esq.
Andrew K. Glenn, Esq.
Matthew B. Stein, Esq.
David J. Mark, Esq.
Kasowitz Benson Torres LLP
1633 Broadway
New York, NY 10019

**FIRST CLASS MAIL**
Alamo Pressure Pumping LLC
Joe Mckie
PO Box 641065
Dallas, TX 75264-1034

**FIRST CLASS MAIL**
Alex Lorte & Mario A. Ortega
PO Box 872
Odessa, TX 79760

**FIRST CLASS MAIL**
Apergy ESP Systems, LLC
Attn: Bob Haskell
19425 E 54th Street
Broken Arrow, OK 74014

**FIRST CLASS MAIL**
B&L Pipeco Services, Inc.
Attn: Mike Joyce
PO Box 840280
Dallas, TX 75284-0280

**FIRST CLASS MAIL**
(Counsel to Riverstone Credit Management, LLC)
Brian A. Glasser, Esq.
Kevin W. Barrett, Esq.
Bailey & Glasser LLP
1055 Thomas Jefferson Street NW, Suite 540
Washington, DC  20007

**FIRST CLASS MAIL**
Bank of New York Mellon
240 Greenwich Street
New York, NY  10286

**FIRST CLASS MAIL**
Basic Energy Services
Attn:  Doug Dunlap
801 Cherry Street, Suite 2100
Ft. Worth, TX  76102

**FIRST CLASS MAIL**
(Counsel to BMO Harris Bank N.A.)
Charles S. Kelley, Esq.
Mayer Brown LLP
700 Louisiana Street, Ste. 3400
Houston, TX  77002-2730

**FIRST CLASS MAIL**
(Counsel to BMO Harris Bank N.A.)
Sean T. Scott, Esq.
Mayer Brown LLP
71 South Wacker Dr.
Chicago, IL  60606

**FIRST CLASS MAIL**
BT Midstream, LLC
Attn: David Lynn
PO Box 5061
Abilene, TX  79608

**FIRST CLASS MAIL**
Butch's Rat Hole & Anchor Service
Attn:  Norman Allen
12409 Quaker Avenue
Lubbock, TX  79424

**FIRST CLASS MAIL**
Cactus Fuel, LLC
Attn:  Andy Fertsch
PO Box 677924
Dallas, TX  75267-7924

**FIRST CLASS MAIL**
Chase Harris, Inc.
Attn:  Chase Harris
PO Box 2428
Stephenville, TX  76401

**FIRST CLASS MAIL**
Clearwater Resources, LLC
Attn:  Shane Grissom
6837 82nd Street, Suite 101
Lubbock, TX  79424

**FIRST CLASS MAIL**
Cretic Energy Services, LLC
Attn:  L. Melvin Cooper
PO Box 2108
Alice, TX  78333

**FIRST CLASS MAIL**
Diamond M Trucking
Attn:  Rosie Martinez
PO Box 2075
Pecos, TX  79772

**FIRST CLASS MAIL**
Dill Land & Cattle, LLC
Jack Dill
16913 FM 179
Wolfforth, TX  79382

**FIRST CLASS MAIL**
Fluid Delivery Solutions, LLC
Attn:  Philip Kuntz
6795 Corporation Parkway, Suite 200
Ft. Worth, TX  76126

**FIRST CLASS MAIL**
Gravity Oilfield Services, LLC
Attn: Mark Zimmerman
PO Box 734128
Dallas, TX 75373-4128

**FIRST CLASS MAIL**
J6 Energy Services
Attn: Jury Valladarez
23060 FM 159
Navasota, TX 77868

**FIRST CLASS MAIL**
Legacy Directional Drilling, LLC
Attn: Brent Janner
103 Abigayle's Row
Scott, LA 70583

**FIRST CLASS MAIL**
(Counsel to Legacy Directional Drilling, LLC)
Jay R. Bender, Esq.
Andrew J. Shaver, Esq.
Bradley Arant Boult Cummings LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, AL 35203

**FIRST CLASS MAIL**
McClinton Energy Group, LLC
Attn: Tony McClinton
PO Box 15110
Odessa, TX 79768

**FIRST CLASS MAIL**
(Counsel to Natixis, New York Branch)
David J. Ball, Esq.
David R. Kolker, Esq.
Finney Abraham, Esq.
Bracewell LLP
1251 Avenue of the Americas, 49th Floor
New York, NY 10020

**FIRST CLASS MAIL**
(Counsel to Natixis, New York Branch)
Mark E. Dendinger, Esq.
Bracewell LLP
CityPlace I, 34th Floor
185 Asylum Street
Hartford, CT 06103

**FIRST CLASS MAIL**
(Counsel to Natixis, New York Branch)
William A. (Trey) Wood III, Esq.
Bracewell LLP
711 Louisiana Street, Suite 2300
Houston, TX 77002

**FIRST CLASS MAIL**
(Counsel to Patriot Premium Threading, LLC)
Michael G. Kelly, Esq.
Kelly, Morgan, Dennis, Corzine & Hansen, P.C.
PO Box 1311
Odessa, TX 79760-1311

**FIRST CLASS MAIL**
Patterson-UTI Drilling Company, LLC
Attn: Lance Cresswell
PO Box 260111
Dallas, TX 75326-0111

**FIRST CLASS MAIL**
Permian Equipment Rentals
Attn: Norman Allen
12409 Quaker Avenue
Lubbock, TX 79424

**FIRST CLASS MAIL**
(Counsel to Reeves County Tax District)
Tara LeDay, Esq.
McCreary, Veselka, Bragg & Allen, P.C.
PO Box 1269
Round Rock, TX 78680

**FIRST CLASS MAIL**
Riverstone Credit Management, LLC
Attn: Christopher A. Abbate
712 Fifth Avenue, 36th Floor
New York, NY 10019

**FIRST CLASS MAIL**
Russaw Transport, LLC
Attn: Steve Russaw
1183 West I20
Pecos, TX 79772

**FIRST CLASS MAIL**
RWLS LLC
Attn: Matt Gray
PO Box 862
Levelland, TX 79336

**FIRST CLASS MAIL**
Securities & Exchange Commission
New York Regional Office
Attn: Andrew Calamari, Regional Director
Brookfield Place, 200 Vesey Street
Suite 400
New York, NY 10281-1022

**FIRST CLASS MAIL**
Silver Zone, Inc.
Attn: Juan
2840 South Highway, Suite 385
Odessa, TX 79766

**FIRST CLASS MAIL**
(Counsel to Stealth Pump & Supply, LLC)
Michael G. Kelly, Esq.
Kelly, Morgan, Dennis, Corzine & Hansen, P.C.
PO Box 1311
Odessa, TX 79760-1311

**FIRST CLASS MAIL**
STEP Energy Services (USA) Ltd.
Attn: James Minahan III
480 Wildwood Forest Drive, Suite 300
Spring, TX 77380

**FIRST CLASS MAIL**
(Counsel to Synergy Cleaning Solutions, LLC)
Michael G. Kelly, Esq.
Kelly, Morgan, Dennis, Corzine & Hansen, P.C.
PO Box 1311
Odessa, TX 79760-1311

**FIRST CLASS MAIL**
TanMar Rentals, LLC
Attn: Maurice
711 South Chestnut
Tomball, TX 77375

**FIRST CLASS MAIL**
Texas Fueling Services, Inc.
Attn: John Moran
4220 Laura Koppe Road
Houston, TX 77016

**FIRST CLASS MAIL**
Tier One Energy, LLP
Attn: Marco Galvan
PO Box 1660
Pecos, TX 79772

**FIRST CLASS MAIL**
(Counsel to UBS LLC d/b/a Ultrablend Solutions)
Kristhy M. Peguero, Esq.
Trey McDonald, Esq.
Gary Yevelev, Esq.
Jackson Walker LLP
1401 McKinney Street, Suite 1900
Houston, TX 77010

**FIRST CLASS MAIL**
(Counsel to United Casing, Inc.)
Jay H. Dushkin, Esq.
The Dushkin Law Firm
4615 Southwest Freeway, Ste. 600
Houston, TX 77027

**FIRST CLASS MAIL**
(Counsel to Riverstone Credit Management, LLC)
David S. Meyer, Esq.
Clifford Thau, Esq.
Marisa Antos-Fallon, Esq.
Jessica C. Peet, Esq.
Vinson & Elkins LLP
666 Fifth Avenue, 26th Floor
New York, NY 10103-0040

**FIRST CLASS MAIL**
WaterBridge Texas Midstream LLC
Attn: Jason Long
840 Gessner, Suite 100
Houston, TX 77024

**FIRST CLASS MAIL**
(Counsel to WaterBridge Texas Midstream LLC; WaterBridge Texas Operating, LLC)
John F. Higgins, Esq.
Kiran K. Vakamudi, Esq.
Porter Hedges LLP
1000 Main Street, 36th Floor
Houston, TX 77002-0000

**FIRST CLASS MAIL**
WaterBridge Texas Operating, LLC
Attn: Jason Long
840 Gessner, Suite 100
Houston, TX 77024

**FIRST CLASS MAIL**
WB Supply and Basin Supply, LP
Attn: Renae Hotz, Pres
PO Box 206620
Dallas, TX 75320-6620

**FIRST CLASS MAIL**
WS Energy Services
Attn: Steven Bishop
13330 Leopard Street, Suite 32
Corpus Christi, TX 78410-4481

**FIRST CLASS MAIL**
(Counsel to Glasscock County Tax Office)
Laura J. Monroe, Esq.
Perdue, Brandon, Fielder, Collins & Mott, L.L.P.
P.O. Box 817
Lubbock, TX 79408

**FIRST CLASS MAIL**
(Counsel to Luxe Energy LLC)
Bruce J. Ruzinsky, Esq.
Jackson Walker LLP
1401 McKinney Street, Suite 1900
Houston, TX 77010

**FIRST CLASS MAIL**
Sam D. Patranella
Vice President, General Counsel & Corporate Secretary
Luxe Energy LLC
6500 River Place Blvd.
Bldg. 5, Suite 150
Austin, TX 78730

**FIRST CLASS MAIL**
(Counsel to National Oilwell Varco, L.P., and National Oilwell DHT, L.P.)
Brian A. Baker, Esq.
Stacy & Baker, P.C.
1010 Lamar Street, Suite 550
Houston, TX 77002

**FIRST CLASS MAIL**
(Counsel to WS Energy Services, LLC)
Peter C. Lewis, Esq.
Christian Cowart, Esq.
Scheef & Stone, L.L.P.
500 N. Akard, Suite 2700
Dallas, TX 75201

**FIRST CLASS MAIL**
(Counsel to ProPetro Services, Inc.)
Matthew G. Maben, Esq.
Forshey & Prostok, LLP
777 Main Street, Suite 1290
Fort Worth, TX 76102

7

FIRST CLASS MAIL
(Counsel to JW Powerline, Inc.)
Charles R. Gibbs, Esq.
Eric C. Seitz, Esq.
Katten Muchin Rosenman LLP
1717 Main Street, Suite 3700
Dallas, TX 75201

FIRST CLASS MAIL
(Counsel Crest Pumping Technologies, LLC and CDK Perforating, LLC)
Robert P. Franke, Esq.
Audrey L. Hornisher, Esq.
Clark Hill Strasburger
901 Main Street, Suite 6000
Dallas, TX 75202

FIRST CLASS MAIL
(Counsel to Pilot Thomas Logistics, LLC)
Joshua N. Eppich, Esq.
Bryan C. Assink, Esq.
J. Robertson Clarke, Esq.
Bonds Ellis Eppich Schafer Jones LLP
420 Throckmorton Street, Suite 1000
Fort Worth, TX 76102

FIRST CLASS MAIL
(Counsel to Dr. Austin I. King and Austin King Oil & Gas, LLC)
Dick Harris, Esq.
Law Office of Dick Harris, P.C.
PO Box 3835
Abilene, TX 79604

FIRST CLASS MAIL
(Counsel to Moser Energy Systems)
Aaron A. Boschee, Esq.
Brent R. Owen, Esq.
Squire Patton Boggs (US) LLP
1801 California Street, Suite 4900
Denver, CO 80202

FIRST CLASS MAIL
(Counsel to Sierra Hamilton LLC)
Jeff Carruth, Esq.
Weycer, Kaplan, Pulaski & Zuber, P.C.
3030 Matlock Road, Suite 201
Arlington, TX 76015

FIRST CLASS MAIL
(Counsel to Cudd Pressure Control, Inc.)
William R. Sudela, Esq.
Crady Jewett McCulley & Houren LLP
2727 Allen Parkway, Suite 1700
Houston, TX 77019

FIRST CLASS MAIL
(Counsel to KLX Energy Services LLC)
Deborah D. Williamson, Esq.
Danielle N. Rushing, Esq.
Dykema Gossett PLLC
112 E. Pecan Street, Suite 1800
San Antonio, TX 78205

FIRST CLASS MAIL
(Counsel to ClearwaterResources, LLC; DuraChemProduction Services, LLC; Paladin Completion Services,LLC; ACE Tubular Services, LLC; Stone Oilfield Service, Inc. and Stone Rentals II, LLC, among other creditors yet to be named (collectively, the "Service Provider Group"))
Todd J. Johnston, Esq.
McWhorter, Cobb & Johnson, LLP
PO Box 2547
Lubbock, TX 79408

FIRST CLASS MAIL
(Counsel to Essman Family Partnership LP, James W. Essman and James H. Essman)
Daniel C. Kerrick, Esq.
Hogan♦McDaniel
1311 Delaware Avenue
Wilmington, DE 19806

8

**FIRST CLASS MAIL**
(Counsel to Petro-Amigos Supply, Inc.)
Wayne Kitchens, Esq.
Hughes, Watters & Askanase, L.L.P.
Total Plaza
1201 Louisiana Street, 28th Floor
Houston, TX  77002