## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| MTE HOLDINGS LLC, *et al.*,[1] | ) | Case No. 19-12269 (KBO) |
|  | ) |  |
| Debtors. | ) | Jointly Administered |
|  | ) |  |

NOTICE OF **AMENDED** AGENDA OF MATTERS SCHEDULED
HEARING ON DECEMBER 13, 2019 AT 10:00 A.M. (EASTERN STANDARD TIME)[2]

## CONTINUED MATTERS

1.  Debtors' Emergency Motion for Entry of an Order (I) Authorizing Payment of an Expense Deposit in Connection with a DIP Financing Indicative Term Sheet, and (II) Granted Related Relief (D.I. 142, Filed 11/27/19).

    Objection Deadline:  To be determined.

    Responses Received:

    a)  Natixis's Objection to Debtors' Motion for an Order Shortening Notice and Objection Periods for the Debtors' Emergency Motion for Entry of an Order (I) Authorizing Payment of an Expense Deposit in Connection with a DIP Financing Indicative Term Sheet, and (II) Granted Related Relief (D.I. 145, Filed 12/2/19); and

    b)  Objection of Riverstone Credit Management, LLC to Debtors' Motion for an Order Shortening Notice and Objection Periods for the Debtors' Emergency Motion for Entry of an Order (I) Authorizing Payment of an Expense Deposit in Connection with a DIP Financing Indicative Term Sheet, and (II) Granted Related Relief (D.I. 146, Filed 12/2/19).

---

[1]  The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: MTE Holdings LLC (7894); MTE Partners LLC (1158); Olam Energy Resources I LLC (0770); MDC Energy LLC (9140); MDC Texas Operator LLC (1087); Ward I, LLC (6817); and MDC Reeves Energy LLC (3644).  The Debtors' address is 280 East 96th Street, Suite 210, Indianapolis, Indiana 46240.

[2]  This hearing will be held before the Honorable Karen B. Owens, United States Bankruptcy Judge, at the United States Bankruptcy Court for the District of Delaware located at 824 North Market Street, 6th Floor, Courtroom 1, Wilmington, Delaware 19801

Related Pleadings:

a)      Debtors' Motion for an Order Shortening Notice and Objection Periods for the Debtors' Emergency Motion for Entry of an Order (I) Authorizing Payment of an Expense Deposit in Connection with a DIP Financing Indicative Term Sheet, and (II) Granted Related Relief (D.I. 143, Filed 11/27/19).

Status:  This matter has been adjourned to a date to be determined.

## MATTERS GOING FORWARD

2.      Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Use of Cash Collateral (II) Providing Adequate Protection to the Secured Lender; (III) Modifying Automatic Stay Pursuant to 11 U.S.C. §§ 105, 361, 362, 363, and 507; and (IV) Scheduling Final Hearing Pursuant to Bankruptcy Rules 4001(b) and (c) and Local Rule 4001-2 (D.I. 49, Filed 11/8/19).

Objection Deadline: December 6, 2019 at 4:00 p.m. (ET).

Responses Received:

a)      The County of Reeves Tax Districts, Texas' Objection to the Interim Order Under Bankruptcy Code Sections 105(a), 361, 362, 363, 503, and 507, Bankruptcy Rules 4001 and 9014 (I) Authorizing Debtors to Use Cash Collateral; (II) Granting Adequate Protection to Prepetition Secured Parties; (III) Modifying Automatic Stay; and (IV) Granting Related Relief (D.I. 183, Filed 12/5/19);

b)      Limited Objection of Luxe Energy LLC to Entry of Final Order Approving Cash Collateral Motion (D.I. 193, Filed 12/6/19);

c)      Natixis' Objection to Final Approval of Debtors' Cash Collateral Motion (D.I. 194, Filed 12/6/19);

d)      Limited Objection of Pilot Thomas Logisitics, LLC to the Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Use of Cash Collateral (II) Providing Adequate Protection to the Secured Lender; (III) Modifying Automatic Stay Pursuant to 11 U.S.C. §§ 105, 361, 362, 363, and 507; and (IV) Scheduling Final Hearing Pursuant to Bankruptcy Rules 4001(b) and (c) and Local Rule 4001-2 (D.I. 195, Filed 12/6/19);

e)      Joinder to Limited Objection of Pilot Thomas Logisitics, LLC to the Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Use of Cash Collateral (II) Providing Adequate Protection to the Secured Lender; (III) Modifying Automatic Stay Pursuant to 11 U.S.C. §§ 105, 361, 362, 363, and 507; and (IV) Scheduling Final Hearing Pursuant to Bankruptcy Rules 4001(b) and (c) and Local Rule 4001-2 (D.I. 196, Filed 12/6/19);

f)      Objection of the Ad Hoc Committee of Service Providers to Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Use of Cash Collateral (II) Providing Adequate Protection to the Secured Lender; (III) Modifying Automatic Stay Pursuant to 11 U.S.C. §§ 105, 361, 362, 363, and 507; and (IV) Scheduling Final Hearing Pursuant to Bankruptcy Rules 4001(b) and (c) and Local Rule 4001-2 (D.I. 197, Filed 12/6/19);

g)      Preliminary Objection of Riverstone Credit Management, LLC to Entry of an Order Authorizing the Use of Cash Collateral (D.I. 199, Filed 12/6/19);

h)      Joinder and Objection of Alamo Pressure Pumping, LLC to Objection of the Ad Hoc Committee of Service Providers to Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Use of Cash Collateral (II) Providing Adequate Protection to the Secured Lender; (III) Modifying Automatic Stay Pursuant to 11 U.S.C. §§ 105, 361, 362, 363, and 507; and (IV) Scheduling Final Hearing Pursuant to Bankruptcy Rules 4001(b) and (c) and Local Rule 4001-2 (D.I. 200, Filed 12/6/19);

i)      Joinder of the Service Provider Group to Objection of the Ad Hoc Committee of Service Providers to Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Use of Cash Collateral (II) Providing Adequate Protection to the Secured Lender; (III) Modifying Automatic Stay Pursuant to 11 U.S.C. §§ 105, 361, 362, 363, and 507; and (IV) Scheduling Final Hearing Pursuant to Bankruptcy Rules 4001(b) and (c) and Local Rule 4001-2 (D.I. 210, Filed 12/6/19);

j)      Joinder and Objection of B&L Pipeco Services, Inc. to Objection of the Ad Hoc Committee of Service Providers to Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Use of Cash Collateral (II) Providing Adequate Protection to the Secured Lender; (III) Modifying Automatic Stay Pursuant to 11 U.S.C. §§ 105, 361, 362, 363, and 507; and (IV) Scheduling Final Hearing Pursuant to Bankruptcy Rules 4001(b) and (c) and Local Rule 4001-2 (D.I. 211, Filed 12/6/19);

k)      Baker & Hughes, GE Oil & Gas Pressure Control, Schlumberger, Smith International and Nabors' Limited Objection to Interim Order Under Bankruptcy Code Sections 105(a), 361, 362, 363, 503, and 507, Bankruptcy Rules 4001 and 9014 (I) Authorizing Debtors to Use Cash Collateral; (II) Granting Adequate Protection to Prepetition Secured Parties; (III) Modifying Automatic Stay; and (IV) Granting Related Relief (D.I. 212, Filed 12/6/19)**;**

l)      **Joinder of Mineral Lienholders to Objection of the Ad Hoc Committee of Service Providers to Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Use of Cash Collateral (II) Providing Adequate Protection to the Secured Lender; (III) Modifying Automatic Stay Pursuant to 11 U.S.C. §§ 105, 361, 362, 363, and 507; and (IV) Scheduling Final**

**Hearing Pursuant to Bankruptcy Rules 4001(b) and (c) and Local Rule 4001-2 (D.I. 232, Filed 12/11/19);**

m)    **Joinder of Moser Engine Service, Inc. to Objection of the Ad Hoc Committee of Service Providers to Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Use of Cash Collateral (II) Providing Adequate Protection to the Secured Lender; (III) Modifying Automatic Stay Pursuant to 11 U.S.C. §§ 105, 361, 362, 363, and 507; and (IV) Scheduling Final Hearing Pursuant to Bankruptcy Rules 4001(b) and (c) and Local Rule 4001-2 (D.I. 238, Filed 12/11/19);**

n)    **Joinder to (I) Limited Objection of Pilot Thomas Logistics, LLC and (II) Objection of the Ad Hoc Committee of Service Providers to Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Use of Cash Collateral (II) Providing Adequate Protection to the Secured Lender; (III) Modifying Automatic Stay Pursuant to 11 U.S.C. §§ 105, 361, 362, 363, and 507; and (IV) Scheduling Final Hearing Pursuant to Bankruptcy Rules 4001(b) and (c) and Local Rule 4001-2 (D.I. 241, Filed 12/11/19);**

o)    **Joinder of Patriot Premium Threading Services, LLC, Trans-Tex Dyno Services, LLC, and Trans-Tex Cementing Services, LLC to the Objection of the Ad Hoc Committee of Service Providers to Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Use of Cash Collateral (II) Providing Adequate Protection to the Secured Lender; (III) Modifying Automatic Stay Pursuant to 11 U.S.C. §§ 105, 361, 362, 363, and 507; and (IV) Scheduling Final Hearing Pursuant to Bankruptcy Rules 4001(b) and (c) and Local Rule 4001-2 (D.I. 250, Filed 12/11/19);**

p)    **Joinder of FTS International Services, LLC to Objection of the Ad Hoc Committee of Service Providers to Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Use of Cash Collateral (II) Providing Adequate Protection to the Secured Lender; (III) Modifying Automatic Stay Pursuant to 11 U.S.C. §§ 105, 361, 362, 363, and 507; and (IV) Scheduling Final Hearing Pursuant to Bankruptcy Rules 4001(b) and (c) and Local Rule 4001-2 (D.I. 261, Filed 12/12/19); and**

q)    **Joinder of Impac Exploration Services, Inc. to Objection of the Ad Hoc Committee of Service Providers to Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Use of Cash Collateral; (II) Providing Adequate Protection to the Secured Lender; (III) Modifying Automatic Stay; and (IV) Scheduling Final Hearing (D.I. 268, Filed 12/12/19); and**

r)    **Joinder of Aim Directional Services, LLC to Objection of the Ad Hoc Committee of Service Providers to Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Use of Cash Collateral; (II) Providing**

**Adequate Protection to the Secured Lender; (III) Modifying Automatic Stay; and (IV) Scheduling Final Hearing (D.I. 269, Filed 12/12/19).**

Related Pleadings:

a)     Interim Order Under Bankruptcy Code Sections 105(a), 361, 362, 363, 503, and 507, Bankruptcy Rules 4001 and 9014 (I) Authorizing Debtors to Use Cash Collateral; (II) Granting Adequate Protection to Prepetition Secured Parties; (III) Modifying Automatic Stay; and (IV) Granting Related Relief (D.I. 112, Entered 11/19/19).

Status:  **The Court has informed the Debtors that there is a conflict that requires this matter to be adjourned until Monday, December 16, 2019 at 2:00 p.m. (ET) to be heard by the Honorable Christopher S. Sontchi, Chief United States Bankruptcy Judge.**

3.     Motion of Natixis, New York Branch for an Order (I) Appointing a Trustee Pursuant to Section 1104(a) of the Bankruptcy Code, or (II) in the Alternative, Appointing an Examiner Pursuant to Section 1104(c) of the Bankruptcy Code (D.I. 71, Filed 11/12/19).

Objection Deadline:  To be determined.

Responses Received:  None.

Related Pleading:

a)     Declaration of Erin R. Fay in Support of the Motion of Natixis, New York Branch for an Order (I) Appointing a Trustee Pursuant to Section 1104(a) of the Bankruptcy Code, or (II) in the Alternative, Appointing an Examiner Pursuant to Section 1104(c) of the Bankruptcy Code (D.I. 72, Filed 11/12/19).

Status:  This matter is going forward as a status conference.

ADVERSARY PROCEEDING

*Riverstone Credit Management, Inc., LLC v. MDC Energy LLC* (Adv. Pro. No. 19-50792)

4.     Complaint of Declaratory Relief (A.D.I. 1, Filed 11/12/19).

Related Pleadings:

a)     MDC Energy LLC's Answer, Affirmative Defenses, and Counterclaims and Counterclaim Plaintiff's MTE Holdings LLC's Counterclaims (A.D.I. 12, Filed 11/20/19);

b)     Scheduling Order (A.D.I. 13, Entered 11/21/19);

c)  Riverstone Credit Management, LLC's Answer and Affirmative Defenses to Defendant's Answer and Counterclaims (A.D.I. 14, Filed 11/21/19);

d)  Riverstone Credit Management, LLC's Pre-Hearing Opening Brief (A.D.I. 17; Filed 12/3/19);

e)  Defendant/Counterclaim Plaintiffs' Pre-Trial Brief (A.D.I. 18, Filed 12/3/19);

f)  Order Approving Stipulation By and Between MDC Energy LLC, MTE Holdings LLC, and Riverstone Credit Management, LLC Permitting Intervention in the Adversary Proceeding (A.D.I. 20, Filed 12/5/19);

g)  Order Regarding Stipulated Scope of Adversary Proceeding and Stipulated Facts (A.D.I. 22, Entered 12/6/19);

h)  Defendant / Counterclaim Plaintiffs' Pre-Trial Reply Brief (A.D.I. 24, Filed 12/10/19);

i)  Riverstone Credit Management, LLC's Pre-Hearing Reply Brief (A.D.I. 25, Filed 12/10/19).

<u>Status</u>:  This matter is going forward.


Dated: December 12, 2019          MORRIS, NICHOLS, ARSHT & TUNNELL LLP
Wilmington, Delaware

*/s/ Daniel B. Butz*
Robert J. Dehney (No. 3578)
Eric D. Schwartz (No. 3134)
Daniel Butz (No. 4227)
1201 North Market Street, 16th Floor
P.O. Box 1347
Wilmington, Delaware 19899-1347
Telephone:  (302) 658-9200
Facsimile:  (302) 658-3989
Email:  rdehney@mnat.com
          eschwartz@mnat.com
          dbutz@mnat.com

- and –

Andrew K. Glenn (admitted *pro hac vice*)
Matthew B. Stein (admitted *pro hac vice*)
David J. Mark (admitted *pro hac vice*)
**KASOWITZ BENSON TORRES LLP**
1633 Broadway
New York, New York 10019
Telephone:  (212) 506-1700
Facsimile:  (212) 506-1800
Email:  AGlenn@kasowitz.com
          MStein@kasowitz.com
          DMark@kasowitz.com

*Proposed Counsel for Debtors and Debtors in Possession*