**<u>Exhibit A</u>**

| | ) | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| MTE HOLDINGS LLC, *et al.* | ) | Case No. 19-12269 (CSS) |
| Debtors.[1] | ) | |
| | ) | (Jointly Administered) |
| | ) | |
| | ) | Ref. Docket No. __ |

**ORDER APPROVING THE MOTION OF RIVERSTONE CREDIT MANAGEMENT, LLC FOR AN ORDER APPOINTING A CHAPTER 11 TRUSTEE**

Upon consideration of the *Motion of Riverstone Credit Management, LLC and Joinder to Motion for an Order Appointing a Trustee Pursuant to Section 1104(a) of the Bankruptcy Code* (the "***Motion***"); and the Court having jurisdiction to approve the Motion; and due notice having been given of the Motion; and the Court having reviewed the Motion and any responses to the Motion; and the Court having heard the oral argument of counsel, if any; and the Court having determined that the relief sought in the Motion is in the best interests of the Debtors and their estates, their creditors, and other parties in interest; and after due deliberation and for good and sufficient cause appearing; it is hereby ORDERED and ADJUDGED as follows:

1. The Motion is GRANTED as set forth herein;

2. The United States Trustee for Region Three is directed to appoint a chapter 11 trustee in these cases; and

---

[1] The debtors in these chapter 11 cases, along with the last four digits of each debtor's federal tax identification number, are: MTE Holdings LLC ("***MTE***") (7894); MTE Partners LLC ("***MTE Partners***") (1158); Olam Energy Resources I LLC "***Olam***") (0770); MDC Energy LLC ("***MDC***") (9140); MDC Texas Operator LLC (1087); Ward I, LLC (6817); and MDC Reeves Energy LLC (3644) (collectively, the "***Debtors***"). The Debtors' address is 280 East 96th Street, Suite 210, Indianapolis, Indiana 46240.

3. The Court retains jurisdiction to the extent necessary to enforce this Order.