# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| MTE HOLDINGS LLC, *et al.*,[1] | ) ) | Case No. 19-12269 (CSS) |
| Debtors. | ) ) ) | Jointly Administered |

### NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
### HEARING ON DECEMBER 30, 2019, AT 10:00 A.M. (EASTERN STANDARD TIME)[2]

<u>MATTER GOING FORWARD</u>

1. Debtors' Motion for Entry of an Order (I) Authorizing the Debtors to Pay Royalties, Related Taxes and Certain Lease Obligations and (II) Granting Related Relief (D.I. 208, Filed 12/6/19).

   <u>Objection Deadline</u>: December 24, 2019, at 4:00 p.m. (ET).

   <u>Responses Received</u>:

   a) Natixis' Limited Objection to Debtors' Royalty Motion (D.I. 346, Filed 12/23/19); and

   b) Limited Objection and Reservation of Rights of the Ad Hoc Committee of Service Providers to Debtors' Motion for Entry of an Order (I) Authorizing the Debtors to Pay Royalties, Related Taxes and Certain Lease Obligations and (II) Granting Related Relief (D.I. 356, Filed 12/24/19).

   <u>Related Pleadings</u>:

   a) Re-Notice of Debtors' Motion for Entry of an Order (I) Authorizing the Debtors to Pay Royalties, Related Taxes and Certain Lease Obligations and (II) Granting Related Relief (D.I. 299, Filed 12/17/19); and

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: MTE Holdings LLC (7894); MTE Partners LLC (1158); Olam Energy Resources I LLC (0770); MDC Energy LLC (9140); MDC Texas Operator LLC (1087); Ward I, LLC (6817); and MDC Reeves Energy LLC (3644).  The Debtors' address is 280 East 96th Street, Suite 210, Indianapolis, Indiana 46240.

[2] This hearing will be held before the Honorable Christopher S. Sontchi, Chief United States Bankruptcy Judge, at the United States Bankruptcy Court for the District of Delaware located at 824 North Market Street, 5th Floor, Courtroom 6, Wilmington, Delaware 19801.

b) Order Shortening Notice and Objection Periods for the Previously Filed Debtors' Motion for Entry of an Order (I) Authorizing the Debtors to Pay Royalties, Related Taxes and Certain Lease Obligations and (II) Granting Related Relief (D.I. 309, Entered 12/18/19).

<u>Status</u>: This matter is going forward.

Dated: December 26, 2019
Wilmington, Delaware

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

<u>/s/ Daniel B. Butz</u>
Robert J. Dehney (No. 3578)
Eric D. Schwartz (No. 3134)
Daniel B. Butz (No. 4227)
1201 North Market Street, 16th Floor
P.O. Box 1347
Wilmington, Delaware 19899-1347
Telephone: (302) 658-9200
Facsimile: (302) 658-3989
Email: rdehney@mnat.com
eschwartz@mnat.com
dbutz@mnat.com

- and –

Andrew K. Glenn (admitted *pro hac vice*)
Matthew B. Stein (admitted *pro hac vice*)
David J. Mark (admitted *pro hac vice*)
KASOWITZ BENSON TORRES LLP
1633 Broadway
New York, New York 10019
Telephone: (212) 506-1700
Facsimile: (212) 506-1800
Email: AGlenn@kasowitz.com
MStein@kasowitz.com
DMark@kasowitz.com

*Proposed Counsel for Debtors and Debtors in Possession*