# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| MTE HOLDINGS LLC, *et al.*,[1] | ) Case No. 19-12269 (CSS) |
| | ) |
| Debtors. | ) Jointly Administered |
| | ) |

### NOTICE OF AGENDA OF MATTERS SCHEDULED
### HEARING ON JANUARY 8, 2020 AT 1:30 P.M. (EASTERN STANDARD TIME)[2]

ADJOURNED/RESOLVED MATTERS

1.  Application of Debtors to Employ and Retain Conway MacKenzie Management Services, LLC as Financial Advisors to Certain of the Debtors, *Nunc Pro Tunc* to the Petition Date, for Services Rendered Through December 3, 2019 (D.I. 251, Filed 12/11/19).

    Objection Deadline: December 26, 2019 at 4:00 p.m. (ET).

    Responses Received:

    a)  Natixis' Limited Objection to Debtors' Application to Employ Conway MacKenzie Management Services, LLC (D.I. 344, Filed 12/23/19);

    b)  United States Trustee's Objection to Application of Debtors to Employ and Retain Conway MacKenzie Management Services, LLC as Financial Advisors to Certain of the Debtors, *Nunc Pro Tunc* to the Petition Date, for Services Rendered Through December 3, 2019 (D.I. 360, Filed 12/26/19); and

    c)  Reservation of Rights of Riverstone Credit Management, LLC Regarding Debtors' Application to Employ Conway MacKenzie Management Services, LLC (D.I. 361, Filed 12/26/19).

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: MTE Holdings LLC (7894); MTE Partners LLC (1158); Olam Energy Resources I LLC (0770); MDC Energy LLC (9140); MDC Texas Operator LLC (1087); Ward I, LLC (6817); and MDC Reeves Energy LLC (3644). The Debtors' address is 280 East 96th Street, Suite 210, Indianapolis, Indiana 46240.

[2] This hearing will be held before the Honorable Christopher S. Sontchi, Chief United States Bankruptcy Judge, at the United States Bankruptcy Court for the District of Delaware located at 824 North Market Street, 5th Floor, Courtroom 6, Wilmington, Delaware 19801.

Related Pleadings:  None.

Status:  This matter has been continued until the hearing on January 15, 2020, at 10:00 a.m. (ET).

2. Waterbridge Texas Midstream LLC's Motion to Compel Debtor to (I) Assume or Reject an Executory Contract and (II) Direct Immediate Payment of Administrative Expenses (D.I. 270, Filed 12/12/19).

   Objection Deadline: December 26, 2019 at 4:00 p.m. (ET), extended to February 10, 2020 for the Debtors.

   Responses Received:

   a) Natixis' Objection to Waterbridge Texas Midstream LLC's Motion to Compel Debtor to (I) Assume or Reject an Executory Contract and (II) Direct Immediate Payment of Administrative Expenses (D.I. 358, Filed 12/26/19); and

   b) Joinder and Reservation of Rights of Riverstone Credit Management, LLC Regarding Texas Midstream LLC's Motion to Compel Debtor to (I) Assume or Reject an Executory Contract and (II) Direct Immediate Payment of Administrative Expenses (D.I. 362, Filed 12/26/19).

   Related Pleadings:  None.

   Status:  This matter has been continued until the hearing on February 24, 2020, at 10:00 a.m. (ET).

3. Debtors' Application for Entry of an Order Pursuant to Sections 327(e), 328(a), and 330 of the Bankruptcy Code Authorizing the Debtors to Retain and Employ Baker Botts L.L.P. as Special Counsel to the Debtors Nunc Pro Tunc to the Affiliate Petition Date (D.I. 317, Filed 12/18/19).

   Objection Deadline: January 2, 2020 at 4:00 p.m. (ET).

   Responses Received:  None.

   Related Pleadings:

   a) Certificate of No Objection Regarding the Debtors' Application for Entry of an Order Pursuant to Sections 327(e), 328(a), and 330 of the Bankruptcy Code Authorizing the Debtors to Retain and Employ Baker Botts L.L.P. as Special Counsel to the Debtors Nunc Pro Tunc to the Affiliate Petition Date (D.I. 392, Filed 1/3/20); and

    b)    Order Approving Debtors' Application for Entry of an Order Pursuant to Sections 327(e), 328(a), and 330 of the Bankruptcy Code Authorizing the Debtors to Retain and Employ Baker Botts L.L.P. as Special Counsel to the Debtors Nunc Pro Tunc to the Affiliate Petition Date (D.I. 394, Entered 1/6/20).

Status: An order has been signed. No hearing is necessary.

MATTERS GOING FORWARD

4.    Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Continue Using Existing Centralized Cash Management System, (B) Honor Certain Prepetition Obligations Related to the Use of the Cash Management System, and (C) Maintain Existing Bank Accounts and Check Stock and (II) Granting Related Relief (D.I. 47, Filed 11/8/19).

Objection Deadline: January 2, 2020 at 4:00 p.m. (ET).

Responses Received:

    a)    Objection and Reservation of Rights of Riverstone Credit Management, LLC Related to Certain of The Debtors' Requested First Day Relief (D.I. 63, Filed 11/12/19);

    b)    Natixis' Omnibus Objection to Debtors' First Day Motions (D.I. 69, Filed 11/12/19); and

    c)    Joinder of the Ad Hoc Committee of Service Providers to Natixis' Omnibus Objection to Debtors' First Day Motions (D.I. 167, Filed 12/4/19).

Related Pleadings:

    a)    Interim Order (I) Authorizing the Debtors to (A) Continue Using Existing Centralized Cash Management System, (B) Honor Certain Prepetition Obligations Related to the Use of the Cash Management System, and (C) Maintain Existing Bank Accounts and Check Stock and (II) Granting Related Relief (D.I. 98, Entered 11/15/19); and

    b)    Second Interim Order (I) Authorizing the Debtors to (A) Continue Using Existing Centralized Cash Management System, (B) Honor Certain Prepetition Obligations Related to the Use of the Cash Management System, and (C) Maintain Existing Bank Accounts and Check Stock and (II) Granting Related Relief (D.I. 215, Entered 12/9/19).

Status: This matter is going forward.

5. Debtors' Application for Entry of an Order Authorizing the Retention and Employment of Kasowitz Benson Torres LLP as Attorneys for the Debtors and Debtors in Possession *Nunc Pro Tunc* to the Petition Date (D.I. 138, Filed 11/26/19).

   Objection Deadline: December 10, 2019 at 4:00 p.m. (ET), extended for the United States Trustee, Riverstone, Natixis, and the Ad Hoc Committee of Service Providers.

   Responses Received:

   a) Informal comments from the United States Trustee.

   Related Pleadings: None.

   Status: This matter is going forward.

6. Debtors' Application for Entry of an Order Under Sections 327(a) and 1107(b) of the Bankruptcy Code, Bankruptcy Rules 2014 and 2016, and Local Rules 2014-1 and 2016-1 Authorizing Retention and Employment of Morris, Nichols, Arsht & Tunnell LLP as Bankruptcy Co-Counsel and Delaware Counsel for the Debtors *Nunc Pro Tunc* to the Petition Date (D.I. 139, Filed 11/26/19).

   Objection Deadline: December 10, 2019 at 4:00 p.m. (ET), extended for the United States Trustee, Riverstone, Natixis, and the Ad Hoc Committee of Service Providers.

   Responses Received:

   a) Informal comments from the United States Trustee.

   Related Pleadings:

   a) Supplemental Declaration of Robert J. Dehney in Support of the Debtors' Application for Entry of an Order Under Sections 327(a) and 1107(b) of the Bankruptcy Code, Bankruptcy Rules 2014 and 2016, and Local Rules 2014-1 And 2016-1 Authorizing Retention and Employment of Morris, Nichols, Arsht & Tunnell LLP as Bankruptcy Co-Counsel and Delaware Counsel for the Debtors *Nunc Pro Tunc* to the Petition Date (TO BE FILED).

   Status: This matter is going forward.

7. Debtors' Motion for Entry of an Order (I) Authorizing, but Not Directing, the Debtors to Satisfy All Prepetition Obligations Relating to Prepetition Insurance Policies and (II) Granting Related Relief (D.I. 209, Filed 12/6/19).

   Objection Deadline: January 2, 2020 at 4:00 p.m. (ET).

   Responses Received:

    a)    Natixis' Limited Objection to Debtors' Insurance Motion (D.I. 347, Filed 12/23/19); and

    b)    Joinder and Reservation of Rights of the Ad Hoc Committee of Service Providers to Natixis' Limited Objection to Debtors' Insurance Motion (D.I. 379, Filed 12/30/19).

Related Pleadings: None.

Status: This matter is going forward.

8. Debtors' Motion for Entry of an Order Further Extending the Time to File Schedules of Assets and Liabilities and Statements of Financial Affairs (D.I. 351, Filed 12/23/19).

Objection Deadline: December 30, 2019 at 4:00 p.m. (ET).

Responses Received:

    a)    Limited Objection of the Ad Hoc Committee of Service Providers to Debtors' Motion for Entry of an Order Further Extending the Time to File Schedules of Assets and Liabilities and Statements of Financial Affairs (D.I. 378, Filed 12/30/19).

Related Pleadings: None.

Status: This matter is going forward.

Dated: January 6, 2020  
Wilmington, Delaware

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Daniel B. Butz*  
Robert J. Dehney (No. 3578)  
Eric D. Schwartz (No. 3134)  
Daniel B. Butz (No. 4227)  
1201 North Market Street, 16th Floor  
P.O. Box 1347  
Wilmington, Delaware 19899-1347  
Telephone: (302) 658-9200  
Facsimile: (302) 658-3989  
Email: rdehney@mnat.com  
          eschwartz@mnat.com  
          dbutz@mnat.com

- and –

Andrew K. Glenn (admitted *pro hac vice*)
Matthew B. Stein (admitted *pro hac vice*)
David J. Mark (admitted *pro hac vice*)
KASOWITZ BENSON TORRES LLP
1633 Broadway
New York, New York 10019
Telephone:  (212) 506-1700
Facsimile:  (212) 506-1800
Email:  AGlenn@kasowitz.com
        MStein@kasowitz.com
        DMark@kasowitz.com

*Proposed Counsel for Debtors and Debtors in Possession*