**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| MTE HOLDINGS LLC, *et al.*,[1] | ) | Case No. 19-12269 (CSS) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
HEARING ON JANUARY 15, 2020 AT 10:00 A.M. (EASTERN STANDARD TIME)[2]

## MATTER UNDER CERTIFICATION

1.    Debtors' Motion for Entry of an Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals (D.I. 383, Filed 12/31/19).

   Objection Deadline: January 8, 2020 at 4:00 p.m. (ET).

   Responses Received: None.

   Related Pleadings:

   a)    Certificate of No Objection Regarding the Debtors' Motion for Entry of an Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals (D.I. 461, Filed 1/13/20).

   Status:  A certificate of no objection has been filed.

## MATTERS GOING FORWARD

2.    Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Use of Cash Collateral (II) Providing Adequate Protection to the Secured Lender; (III) Modifying Automatic Stay Pursuant to 11 U.S.C. §§ 105, 361, 362, 363, and 507; and (IV) Scheduling Final Hearing Pursuant to Bankruptcy Rules 4001(b) and (c) and Local Rule 4001-2 (D.I. 49, Filed 11/8/19).

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: MTE Holdings LLC (7894); MTE Partners LLC (1158); Olam Energy Resources I LLC (0770); MDC Energy LLC (9140); MDC Texas Operator LLC (1087); Ward I, LLC (6817); and MDC Reeves Energy LLC (3644).  The Debtors' address is 280 East 96th Street, Suite 210, Indianapolis, Indiana 46240.

[2]    This hearing will be held before the Honorable Christopher S. Sontchi, Chief United States Bankruptcy Judge, at the United States Bankruptcy Court for the District of Delaware located at 824 North Market Street, 5th Floor, Courtroom 6, Wilmington, Delaware 19801.

Objection Deadline: January 8, 2020 at 4:00 p.m. (ET).

Responses Received:

a)   Objection and Reservation of Rights of Riverstone Credit Management, LLC Related to Certain of the Debtors' Requested First Day Relief (D.I. 63, Filed 11/12/19);

b)   Natixis' Omnibus Objection to Debtors' First Day Motions (D.I. 69, Filed 11/12/19);

c)   The County of Reeves Tax Districts, Texas' Objection to the Interim Order Under Bankruptcy Code Sections 105(a), 361, 362, 363, 503, and 507, Bankruptcy Rules 4001 and 9014 (I) Authorizing Debtors to Use Cash Collateral; (II) Granting Adequate Protection to Prepetition Secured Parties; (III) Modifying Automatic Stay; and (IV) Granting Related Relief (D.I. 183, Filed 12/5/19);

d)   Limited Objection of Luxe Energy LLC to Entry of Final Order Approving Cash Collateral Motion (D.I. 193, Filed 12/6/19);

e)   Natixis' Objection to Final Approval of Debtors' Cash Collateral Motion (D.I. 194, Filed 12/6/19);

f)   Limited Objection of Pilot Thomas Logistics, LLC to the Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Use of Cash Collateral (II) Providing Adequate Protection to the Secured Lender; (III) Modifying Automatic Stay Pursuant to 11 U.S.C. §§ 105, 361, 362, 363, and 507; and (IV) Scheduling Final Hearing Pursuant to Bankruptcy Rules 4001(b) and (c) and Local Rule 4001-2 (D.I. 195, Filed 12/6/19);

g)   Joinder to Limited Objection of Pilot Thomas Logistics, LLC to the Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Use of Cash Collateral (II) Providing Adequate Protection to the Secured Lender; (III) Modifying Automatic Stay Pursuant to 11 U.S.C. §§ 105, 361, 362, 363, and 507; and (IV) Scheduling Final Hearing Pursuant to Bankruptcy Rules 4001(b) and (c) and Local Rule 4001-2 (D.I. 196, Filed 12/6/19);

h)   Objection of the Ad Hoc Committee of Service Providers to Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Use of Cash Collateral (II) Providing Adequate Protection to the Secured Lender; (III) Modifying Automatic Stay Pursuant to 11 U.S.C. §§ 105, 361, 362, 363, and 507; and (IV) Scheduling Final Hearing Pursuant to Bankruptcy Rules 4001(b) and (c) and Local Rule 4001-2 (D.I. 197, Filed 12/6/19);

i)   Preliminary Objection of Riverstone Credit Management, LLC to Entry of an Order Authorizing the Use of Cash Collateral (D.I. 199, Filed 12/6/19);

j)      Joinder and Objection of Alamo Pressure Pumping, LLC to Objection of the Ad Hoc Committee of Service Providers to Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Use of Cash Collateral (II) Providing Adequate Protection to the Secured Lender; (III) Modifying Automatic Stay Pursuant to 11 U.S.C. §§ 105, 361, 362, 363, and 507; and (IV) Scheduling Final Hearing Pursuant to Bankruptcy Rules 4001(b) and (c) and Local Rule 4001-2 (D.I. 200, Filed 12/6/19);

k)      Joinder of the Service Provider Group to Objection of the Ad Hoc Committee of Service Providers to Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Use of Cash Collateral (II) Providing Adequate Protection to the Secured Lender; (III) Modifying Automatic Stay Pursuant to 11 U.S.C. §§ 105, 361, 362, 363, and 507; and (IV) Scheduling Final Hearing Pursuant to Bankruptcy Rules 4001(b) and (c) and Local Rule 4001-2 (D.I. 210, Filed 12/6/19);

l)      Joinder and Objection of B&L Pipeco Services, Inc. to Objection of the Ad Hoc Committee of Service Providers to Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Use of Cash Collateral (II) Providing Adequate Protection to the Secured Lender; (III) Modifying Automatic Stay Pursuant to 11 U.S.C. §§ 105, 361, 362, 363, and 507; and (IV) Scheduling Final Hearing Pursuant to Bankruptcy Rules 4001(b) and (c) and Local Rule 4001-2 (D.I. 211, Filed 12/6/19);

m)      Baker Hughes, GE Oil & Gas Pressure Control, Schlumberger, Smith International and Nabors' Limited Objection to Interim Order Under Bankruptcy Code Sections 105(a), 361, 362, 363, 503, and 507, Bankruptcy Rules 4001 and 9014 (I) Authorizing Debtors to Use Cash Collateral; (II) Granting Adequate Protection to Prepetition Secured Parties; (III) Modifying Automatic Stay; and (IV) Granting Related Relief (D.I. 212, Filed 12/6/19);

n)      Joinder of Mineral Lienholders to Objection of the Ad Hoc Committee of Service Providers to Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Use of Cash Collateral (II) Providing Adequate Protection to the Secured Lender; (III) Modifying Automatic Stay Pursuant to 11 U.S.C. §§ 105, 361, 362, 363, and 507; and (IV) Scheduling Final Hearing Pursuant to Bankruptcy Rules 4001(b) and (c) and Local Rule 4001-2 (D.I. 232, Filed 12/11/19);

o)      Joinder of Moser Engine Service, Inc. to Objection of the Ad Hoc Committee of Service Providers to Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Use of Cash Collateral (II) Providing Adequate Protection to the Secured Lender; (III) Modifying Automatic Stay Pursuant to 11 U.S.C. §§ 105, 361, 362, 363, and 507; and (IV) Scheduling Final Hearing Pursuant to

Bankruptcy Rules 4001(b) and (c) and Local Rule 4001-2 (D.I. 238, Filed 12/11/19);

p)      Joinder to (I) Limited Objection of Pilot Thomas Logistics, LLC and (II) Objection of the Ad Hoc Committee of Service Providers to Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Use of Cash Collateral (II) Providing Adequate Protection to the Secured Lender; (III) Modifying Automatic Stay Pursuant to 11 U.S.C. §§ 105, 361, 362, 363, and 507; and (IV) Scheduling Final Hearing Pursuant to Bankruptcy Rules 4001(b) and (c) and Local Rule 4001-2 (D.I. 241, Filed 12/11/19);

q)      Joinder of Patriot Premium Threading Services, LLC, Trans-Tex Dyno Services, LLC, and Trans-Tex Cementing Services, LLC to the Objection of the Ad Hoc Committee of Service Providers to Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Use of Cash Collateral (II) Providing Adequate Protection to the Secured Lender; (III) Modifying Automatic Stay Pursuant to 11 U.S.C. §§ 105, 361, 362, 363, and 507; and (IV) Scheduling Final Hearing Pursuant to Bankruptcy Rules 4001(b) and (c) and Local Rule 4001-2 (D.I. 250, Filed 12/11/19);

r)      Joinder of FTS International Services, LLC to Objection of the Ad Hoc Committee of Service Providers to Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Use of Cash Collateral (II) Providing Adequate Protection to the Secured Lender; (III) Modifying Automatic Stay Pursuant to 11 U.S.C. §§ 105, 361, 362, 363, and 507; and (IV) Scheduling Final Hearing Pursuant to Bankruptcy Rules 4001(b) and (c) and Local Rule 4001-2 (D.I. 261, Filed 12/12/19);

s)      Joinder of Impac Exploration Services, Inc. to Objection of the Ad Hoc Committee of Service Providers to Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Use of Cash Collateral; (II) Providing Adequate Protection to the Secured Lender; (III) Modifying Automatic Stay; and (IV) Scheduling Final Hearing (D.I. 268, Filed 12/12/19);

t)      Joinder of Aim Directional Services, LLC to Objection of the Ad Hoc Committee of Service Providers to Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Use of Cash Collateral; (II) Providing Adequate Protection to the Secured Lender; (III) Modifying Automatic Stay; and (IV) Scheduling Final Hearing (D.I. 269, Filed 12/12/19);

u)      Joinder of TanMar Rentals, LLC to Objection of the Ad Hoc Committee of Service Providers to Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Use of Cash Collateral (II) Providing Adequate Protection to the Secured Lender; (III) Modifying Automatic Stay; and (IV) Scheduling Final Hearing (D.I. 415, Filed 1/8/20);

v)   Joinder of Topographic, Inc. to Objection of the Ad Hoc Committee of Service Providers to Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Use of Cash Collateral (II) Providing Adequate Protection to the Secured Lender; (III) Modifying Automatic Stay; and (IV) Scheduling Final Hearing (D.I. 417, Filed 1/8/20);

w)   Preliminary Objection of Riverstone Credit Management, LLC to Entry of an Order Authorizing the Use of Cash Collateral (D.I. 431, Filed 1/8/20);

x)   Joinder of Valence Drilling Fluids, LLC to Objection of the Ad Hoc Committee of Service Providers to Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Use of Cash Collateral (II) Providing Adequate Protection to the Secured Lender; (III) Modifying Automatic Stay; and (IV) Scheduling Final Hearing (D.I. 432, Filed 1/8/20);

y)   Joinder of KLX Energy Services LLC's to Ad Hoc Committee of Service Providers to Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Use of Cash Collateral (II) Providing Adequate Protection to the Secured Lender; (III) Modifying Automatic Stay Pursuant to 11 U.S.C. §§ 105, 361, 362, 363, and 507; and (IV) Scheduling Final Hearing Pursuant to Bankruptcy Rules 4001(b) and (c) and Local Rule 4001-2 (D.I. 435, Filed 1/8/20); and

z)   Natixis' Renewed and Continued Objection to Final Approval of Debtors' Cash Collateral Motion (D.I. 437, Filed 1/8/20).

<u>Related Pleadings</u>:

a)   Interim Order Under Bankruptcy Code Sections 105(a), 361, 362, 363, 503, and 507, Bankruptcy Rules 4001 and 9014 (I) Authorizing Debtors to Use Cash Collateral; (II) Granting Adequate Protection to Prepetition Secured Parties; (III) Modifying Automatic Stay; and (IV) Granting Related Relief (D.I. 112, Entered 11/19/19);

b)   Notice of Filing of Revised Budget (D.I. 288, Filed 12/16/19);

c)   Second Interim Order Under Bankruptcy Code Sections 105(a), 361, 362, 363, 503, and 507, Bankruptcy Rules 4001 and 9014 (I) Authorizing Debtors to Use Cash Collateral; (II) Granting Adequate Protection to Prepetition Secured Parties; (III) Modifying Automatic Stay; and (IV) Granting Related Relief (D.I. 297, Entered 12/17/19).

<u>Status</u>:  This matter is going forward.

3.   Application of Debtors to Employ and Retain Conway MacKenzie Management Services, LLC as Financial Advisors to Certain of the Debtors, *Nunc Pro Tunc* to the Petition Date, for Services Rendered Through December 3, 2019 (D.I. 251, Filed 12/11/19).

Objection Deadline: December 26, 2019 at 4:00 p.m. (ET).

Responses Received:

a)   Natixis' Limited Objection to Debtors' Application to Employ Conway MacKenzie Management Services, LLC (D.I. 344, Filed 12/23/19);

b)   United States Trustee's Objection to Application of Debtors to Employ and Retain Conway MacKenzie Management Services, LLC as Financial Advisors to Certain of the Debtors, *Nunc Pro Tunc* to the Petition Date, for Services Rendered Through December 3, 2019 (D.I. 360, Filed 12/26/19); and

c)   Reservation of Rights of Riverstone Credit Management, LLC Regarding Debtors' Application to Employ Conway MacKenzie Management Services, LLC (D.I. 361, Filed 12/26/19).

Related Pleadings:  None.

Status:  This matter is going forward.

4.   Application of the Debtors for Authority to Retain and Employ Bankruptcy Management Solutions d/b/a Stretto as Administrative Advisor Effective as of Petition Date (D.I. 349, Filed 12/23/19).

Objection Deadline: January 6, 2020 at 4:00 p.m. (ET).

Responses Received:

a)   Informal comments from the United States Trustee.

Related Pleadings:

Status:  This matter is going forward.

5.   Application of Debtors to Employ and Retain CR3 Partners, LLC to Provide a Chief Restructuring Officer and Additional Personnel for the Debtors Pursuant to 11 U.S.C. § 363(b), *Nunc Pro Tunc* to the Petition Date (D.I. 350, Filed 12/23/19).

Objection Deadline: January 6, 2020 at 4:00 p.m. (ET).

Responses Received:

a)    Natixis' Objection to Debtors' Application to Employ and Retain CR3 Partners, LLC to Provide a Chief Restructuring Officer and Additional Personnel for the Debtors (D.I. 397, Filed 1/6/20);

b)    Omnibus Objection of Riverstone Credit Management, LLC to (I) Application of Debtors to Employ and Retain Parkman Whaling LLC as Financial Advisors and (II) Application of Debtors to Employ and Retain CR3 Partners, LLC to Provide a Chief Restructuring Officer and Additional Personnel for the Debtors Pursuant to 11 U.S.C. § 363(b) (D.I. 403, Filed 1/6/20);

c)    Limited Objection of the Ad Hoc Committee of Service Providers to Application of the Debtors to Employ and Retain CR3 Partners, LLC to Provide a Chief Restructuring Officer and Additional Personnel for the Debtors Pursuant to 11 U.S.C. § 363(b), *Nunc Pro Tunc* to the Petition Date (D.I. 404, Filed 1/6/20); and

d)    Informal comments from the United States Trustee.

Related Pleadings:  None.

Status:  This matter is going forward.

6.    Application of Debtors to Employ and Retain Parkman Whaling LLC as Financial Advisors to the Debtors, *Nunc Pro Tunc* to December 18, 2019 (D.I. 352, Filed 12/23/19).

Objection Deadline: January 6, 2020 at 4:00 p.m. (ET).

Responses Received:

a)    Natixis' Objection to Debtors' Application to Employ and Retain Parkman Whaling LLC as Financial Advisors (D.I. 398, Filed 1/6/20);

b)    Omnibus Objection of Riverstone Credit Management, LLC to (I) Application of Debtors to Employ and Retain Parkman Whaling LLC as Financial Advisors and (II) Application of Debtors to Employ and Retain CR3 Partners, LLC to Provide a Chief Restructuring Officer and Additional Personnel for the Debtors Pursuant to 11 U.S.C. § 363(b) (D.I. 403, Filed 1/6/20); and

c)    Informal comments from the United States Trustee.

Related Pleadings:  None.

Status:  This matter is going forward.

Dated: January 13, 2020
Wilmington, Delaware

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Daniel B. Butz*
Robert J. Dehney (No. 3578)
Eric D. Schwartz (No. 3134)
Daniel B. Butz (No. 4227)
1201 North Market Street, 16th Floor
P.O. Box 1347
Wilmington, Delaware 19899-1347
Telephone:  (302) 658-9200
Facsimile:  (302) 658-3989
Email:  rdehney@mnat.com
        eschwartz@mnat.com
        dbutz@mnat.com

- and –

Andrew K. Glenn (admitted *pro hac vice*)
Matthew B. Stein (admitted *pro hac vice*)
David J. Mark (admitted *pro hac vice*)
KASOWITZ BENSON TORRES LLP
1633 Broadway
New York, New York 10019
Telephone:  (212) 506-1700
Facsimile:  (212) 506-1800
Email:  AGlenn@kasowitz.com
        MStein@kasowitz.com
        DMark@kasowitz.com

*Co-Counsel and Proposed Counsel for Debtors
and Debtors in Possession*