**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| MTE HOLDINGS LLC, *et al.*,[1] | ) | Case No. 19-12269 (CSS) |
|  | ) |  |
| Debtors. | ) | Jointly Administered |
|  | ) |  |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON
JANUARY 22, 2020 AT 10:00 A.M. (EASTERN TIME)[2]**

<u>MATTERS GOING FORWARD AS A STATUS CONFERENCE</u>

1.      Application of Debtors to Employ and Retain Conway MacKenzie Management Services, LLC as Financial Advisors to Certain of the Debtors, *Nunc Pro Tunc* to the Petition Date, for Services Rendered Through December 3, 2019 (D.I. 251, Filed 12/11/19).

   <u>Objection Deadline</u>: December 26, 2019 at 4:00 p.m. (ET).

   <u>Responses Received</u>:

   a)      Natixis' Limited Objection to Debtors' Application to Employ Conway MacKenzie Management Services, LLC (D.I. 344, Filed 12/23/19);

   b)      United States Trustee's Objection to Application of Debtors to Employ and Retain Conway MacKenzie Management Services, LLC as Financial Advisors to Certain of the Debtors, *Nunc Pro Tunc* to the Petition Date, for Services Rendered Through December 3, 2019 (D.I. 360, Filed 12/26/19); and

   c)      Reservation of Rights of Riverstone Credit Management, LLC Regarding Debtors' Application to Employ Conway MacKenzie Management Services, LLC (D.I. 361, Filed 12/26/19).

---

[1]   The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: MTE Holdings LLC (7894); MTE Partners LLC (1158); Olam Energy Resources I LLC (0770); MDC Energy LLC (9140); MDC Texas Operator LLC (1087); Ward I, LLC (6817); and MDC Reeves Energy LLC (3644).  The Debtors' address is 280 East 96th Street, Suite 210, Indianapolis, Indiana 46240.

[2]   This hearing will be held before the Honorable Christopher S. Sontchi, Chief United States Bankruptcy Judge, at the United States Bankruptcy Court for the District of Delaware located at 824 North Market Street, 5th Floor, Courtroom 6, Wilmington, Delaware 19801.

Related Pleadings:

a) Supplemental Declaration of John T. Young, Jr. in Support of Debtors'
Application to Employ Conway MacKenzie as Financial Advisor to the Debtor
*Nunc Pro Tunc* to the Petition Date (D.I. 463, Filed 1/13/20).

Status:  The U.S. Trustee's objection has been resolved by revisions to the proposed form
of order.  The resolution of the remaining responses is going forward as a status
conference.

2. Application of Debtors to Employ and Retain CR3 Partners, LLC to Provide a Chief
Restructuring Officer and Additional Personnel for the Debtors Pursuant to 11 U.S.C.
§ 363(b), *Nunc Pro Tunc* to the Petition Date (D.I. 350, Filed 12/23/19).

Objection Deadline: January 6, 2020 at 4:00 p.m. (ET).

Responses Received:

a) Natixis' Objection to Debtors' Application to Employ and Retain CR3 Partners,
LLC to Provide a Chief Restructuring Officer and Additional Personnel for the
Debtors (D.I. 397, Filed 1/6/20);

b) Omnibus Objection of Riverstone Credit Management, LLC to (I) Application of
Debtors to Employ and Retain Parkman Whaling LLC as Financial Advisors and
(II) Application of Debtors to Employ and Retain CR3 Partners, LLC to Provide a
Chief Restructuring Officer and Additional Personnel for the Debtors Pursuant to
11 U.S.C. § 363(b) (D.I. 403, Filed 1/6/20);

c) Limited Objection of the Ad Hoc Committee of Service Providers to Application
of the Debtors to Employ and Retain CR3 Partners, LLC to Provide a Chief
Restructuring Officer and Additional Personnel for the Debtors Pursuant to 11
U.S.C. § 363(b), *Nunc Pro Tunc* to the Petition Date (D.I. 404, Filed 1/6/20); and

d) Informal comments from the United States Trustee.

Related Pleadings:  None.

Status:  This matter is going forward as a status conference.

3. Application of Debtors to Employ and Retain Parkman Whaling LLC as Financial
Advisors to the Debtors, *Nunc Pro Tunc* to December 18, 2019 (D.I. 352, Filed
12/23/19).

Objection Deadline: January 6, 2020 at 4:00 p.m. (ET).

Responses Received:

a)      Natixis' Objection to Debtors' Application to Employ and Retain Parkman Whaling LLC as Financial Advisors (D.I. 398, Filed 1/6/20);

b)      Omnibus Objection of Riverstone Credit Management, LLC to (I) Application of Debtors to Employ and Retain Parkman Whaling LLC as Financial Advisors and (II) Application of Debtors to Employ and Retain CR3 Partners, LLC to Provide a Chief Restructuring Officer and Additional Personnel for the Debtors Pursuant to 11 U.S.C. § 363(b) (D.I. 403, Filed 1/6/20); and

c)      Informal comments from the United States Trustee.

Related Pleadings:  None.

Status:  This matter is going forward as a status conference.


TRIAL MATTERS GOING FORWARD AS A STATUS CONFERENCE

4.      Motion of Natixis, New York Branch for an Order (I) Appointing a Trustee Pursuant to Section 1104(a) of the Bankruptcy Code, or (II) in the Alternative, Appointing an Examiner Pursuant to Section 1104(c) of the Bankruptcy Code (D.I. 71, Filed 11/12/19).

Objection Deadline: January 10, 2020 at 4:00 p.m. (ET), extended to January 13, 2020 for the Debtors.

Responses Received:

a)      [FILED UNDER SEAL] Debtors' Omnibus Objection to (I) Motions of (A) Natixis, New York Branch, (B) Riverstone Credit Management, LLC, (C) the Ad Hoc Committee of Service Providers, and (D) the United States Trustee for Appointment of a Chapter 11 Trustee, and (II) Alternative Motions of (A) Natixis, New York Branch, and (B) the United States Trustee Seeking an Examiner (D.I. 465, Filed 1/13/20);

b)      [FILED UNDER SEAL] Declaration of Daniel B. Butz in Support of Debtors' Omnibus Objection to (I) Motions of (A) Natixis, New York Branch, (B) Riverstone Credit Management, LLC, (C) the Ad Hoc Committee of Service Providers, and (D) the United States Trustee for Appointment of a Chapter 11 Trustee, and (II) Alternative Motions of (A) Natixis, New York Branch, and (B) the United States Trustee Seeking an Examiner (D.I. 466, Filed 1/13/20);

c)      [REDACTED] Debtors' Omnibus Objection to (I) Motions of (A) Natixis, New York Branch, (B) Riverstone Credit Management, LLC, (C) the Ad Hoc

Committee of Service Providers, and (D) the United States Trustee for Appointment of a Chapter 11 Trustee, and (II) Alternative Motions of (A) Natixis, New York Branch, and (B) the United States Trustee Seeking an Examiner (D.I. 476, Filed 1/15/20); and

d)      [REDACTED] Declaration of Daniel B. Butz in Support of Debtors' Omnibus Objection to (I) Motions of (A) Natixis, New York Branch, (B) Riverstone Credit Management, LLC, (C) the Ad Hoc Committee of Service Providers, and (D) the United States Trustee for Appointment of a Chapter 11 Trustee, and (II) Alternative Motions of (A) Natixis, New York Branch, and (B) the United States Trustee Seeking an Examiner (TO BE FILED).

Related Pleadings:

a)      Declaration of Erin R. Fay in Support of the Motion of Natixis, New York Branch for an Order (I) Appointing a Trustee Pursuant to Section 1104(a) of the Bankruptcy Code, or (II) in the Alternative, Appointing an Examiner Pursuant to Section 1104(c) of the Bankruptcy Code (D.I. 72, Filed 11/12/19);

b)      Notice of Hearing Regarding Motion of Natixis, New York Branch for an Order (I) Appointing a Trustee Pursuant to Section 1104(a) of the Bankruptcy Code, or (II) in the Alternative, Appointing an Examiner Pursuant to Section 1104(c) of the Bankruptcy Code (D.I. 308, Filed 12/18/19);

c)      KLX Energy Services LLC's Joinder to (A) Natixis's Motion to Appoint Chapter 11 Trustee [D.I. 71], (B) Riverstone's Motion to Appoint Chapter 11 Trustee [D.I. 289], and (C) Ad Hoc Committee's Motion to Appoint Chapter 11 Trustee [D.I. 386], and Support of the U.S. Trustee's Motion to Appoint Chapter 11 Trustee [D.I. 391] (D.I. 436, Filed 1/8/20);

d)      BMO Harris Bank N.A.'s Joinder to Motion of Natixis, New York Branch for an Order (I) Appointing a Trustee Pursuant to Section 1104(a) of the Bankruptcy Code, or (II) in the Alternative, Appointing an Examiner Pursuant to Section 1104(c) of the Bankruptcy Code (D.I. 458, Filed 1/10/20);

e)      Service Provider Group's Joinder to (A) Natixis's Motion to Appoint Chapter 11 Trustee [D.I. 71], (B) Riverstone's Motion to Appoint Chapter 11 Trustee [D.I. 289], and (C) Ad Hoc Committee's Motion to Appoint Chapter 11 Trustee [D.I. 386], and Support of the U.S. Trustee's Motion to Appoint Chapter 11 Trustee [D.I. 391] (D.I. 460, Filed 1/10/20).

Status:  This matter is going forward as a status conference.

5.       Motion of Riverstone Credit Management, LLC and Joinder to Motion for an Order Appointing a Chapter 11 Trustee (D.I. 289, Filed 12/16/19).

Objection Deadline: January 10, 2020 at 4:00 p.m. (ET), extended to January 13, 2020 for the Debtors.

Responses Received:

a)      [FILED UNDER SEAL] Debtors' Omnibus Objection to (I) Motions of (A) Natixis, New York Branch, (B) Riverstone Credit Management, LLC, (C) the Ad Hoc Committee of Service Providers, and (D) the United States Trustee for Appointment of a Chapter 11 Trustee, and (II) Alternative Motions of (A) Natixis, New York Branch, and (B) the United States Trustee Seeking an Examiner (D.I. 465, Filed 1/13/20);

b)      [FILED UNDER SEAL] Declaration of Daniel B. Butz in Support of Debtors' Omnibus Objection to (I) Motions of (A) Natixis, New York Branch, (B) Riverstone Credit Management, LLC, (C) the Ad Hoc Committee of Service Providers, and (D) the United States Trustee for Appointment of a Chapter 11 Trustee, and (II) Alternative Motions of (A) Natixis, New York Branch, and (B) the United States Trustee Seeking an Examiner (D.I. 466, Filed 1/13/20);

c)      [REDACTED] Debtors' Omnibus Objection to (I) Motions of (A) Natixis, New York Branch, (B) Riverstone Credit Management, LLC, (C) the Ad Hoc Committee of Service Providers, and (D) the United States Trustee for Appointment of a Chapter 11 Trustee, and (II) Alternative Motions of (A) Natixis, New York Branch, and (B) the United States Trustee Seeking an Examiner (D.I. 476, Filed 1/15/20); and

d)      [REDACTED] Declaration of Daniel B. Butz in Support of Debtors' Omnibus Objection to (I) Motions of (A) Natixis, New York Branch, (B) Riverstone Credit Management, LLC, (C) the Ad Hoc Committee of Service Providers, and (D) the United States Trustee for Appointment of a Chapter 11 Trustee, and (II) Alternative Motions of (A) Natixis, New York Branch, and (B) the United States Trustee Seeking an Examiner (TO BE FILED).

Related Pleadings:

a)      Notice of Hearing Regarding Motion of Riverstone Credit Management, LLC and Joinder to Motion for an Order Appointing a Chapter 11 Trustee (D.I. 322, Filed 12/19/19);

b)      KLX Energy Services LLC's Joinder to (A) Natixis's Motion to Appoint Chapter 11 Trustee [D.I. 71], (B) Riverstone's Motion to Appoint Chapter 11 Trustee [D.I. 289], and (C) Ad Hoc Committee's Motion to Appoint Chapter 11 Trustee [D.I.

386], and Support of the U.S. Trustee's Motion to Appoint Chapter 11 Trustee [D.I. 391] (D.I. 436, Filed 1/8/20); and

c)      Service Provider Group's Joinder to (A) Natixis's Motion to Appoint Chapter 11 Trustee [D.I. 71], (B) Riverstone's Motion to Appoint Chapter 11 Trustee [D.I. 289], and (C) Ad Hoc Committee's Motion to Appoint Chapter 11 Trustee [D.I. 386], and Support of the U.S. Trustee's Motion to Appoint Chapter 11 Trustee [D.I. 391] (D.I. 460, Filed 1/10/20).

Status:  This matter is going forward as a status conference.

6.      Motion of Ad Hoc Committee of Service Providers for Appointment of a Chapter 11 Trustee and Joinder to (A) Natixis' Motion to Appoint a Chapter 11 Trustee and (B) Riverstone's Motion to Appoint a Chapter 11 Trustee (D.I. 386, Filed 1/2/20).

Objection Deadline: January 10, 2020 at 4:00 p.m. (ET), extended to January 13, 2020 for the Debtors.

Responses Received:

a)      [FILED UNDER SEAL] Debtors' Omnibus Objection to (I) Motions of (A) Natixis, New York Branch, (B) Riverstone Credit Management, LLC, (C) the Ad Hoc Committee of Service Providers, and (D) the United States Trustee for Appointment of a Chapter 11 Trustee, and (II) Alternative Motions of (A) Natixis, New York Branch, and (B) the United States Trustee Seeking an Examiner (D.I. 465, Filed 1/13/20);

b)      [FILED UNDER SEAL] Declaration of Daniel B. Butz in Support of Debtors' Omnibus Objection to (I) Motions of (A) Natixis, New York Branch, (B) Riverstone Credit Management, LLC, (C) the Ad Hoc Committee of Service Providers, and (D) the United States Trustee for Appointment of a Chapter 11 Trustee, and (II) Alternative Motions of (A) Natixis, New York Branch, and (B) the United States Trustee Seeking an Examiner (D.I. 466, Filed 1/13/20);

c)      [REDACTED] Debtors' Omnibus Objection to (I) Motions of (A) Natixis, New York Branch, (B) Riverstone Credit Management, LLC, (C) the Ad Hoc Committee of Service Providers, and (D) the United States Trustee for Appointment of a Chapter 11 Trustee, and (II) Alternative Motions of (A) Natixis, New York Branch, and (B) the United States Trustee Seeking an Examiner (D.I. 476, Filed 1/15/20); and

d)      [REDACTED] Declaration of Daniel B. Butz in Support of Debtors' Omnibus Objection to (I) Motions of (A) Natixis, New York Branch, (B) Riverstone Credit Management, LLC, (C) the Ad Hoc Committee of Service Providers, and (D) the United States Trustee for Appointment of a Chapter 11 Trustee, and (II)

Alternative Motions of (A) Natixis, New York Branch, and (B) the United States Trustee Seeking an Examiner (TO BE FILED).

Related Pleadings:

a)    KLX Energy Services LLC's Joinder to (A) Natixis's Motion to Appoint Chapter 11 Trustee [D.I. 71], (B) Riverstone's Motion to Appoint Chapter 11 Trustee [D.I. 289], and (C) Ad Hoc Committee's Motion to Appoint Chapter 11 Trustee [D.I. 386], and Support of the U.S. Trustee's Motion to Appoint Chapter 11 Trustee [D.I. 391] (D.I. 436, Filed 1/8/20);

b)    Service Provider Group's Joinder to (A) Natixis's Motion to Appoint Chapter 11 Trustee [D.I. 71], (B) Riverstone's Motion to Appoint Chapter 11 Trustee [D.I. 289], and (C) Ad Hoc Committee's Motion to Appoint Chapter 11 Trustee [D.I. 386], and Support of the U.S. Trustee's Motion to Appoint Chapter 11 Trustee [D.I. 391] (D.I. 460, Filed 1/10/20);

c)    Joinder of Man on Fire Welding, LLC, and Chase Harris, Inc. to Ad Hoc Committee's Motion to Appoint Chapter 11 Trustee and in Support of U.S. Trustee's Motion to Appoint Chapter 11 Trustee (D.I. 469, Filed 1/10/19).

Status:  This matter is going forward as a status conference.

7.    Motion of the United States Trustee for Appointment of a Chapter 11 Trustee or, in the Alternative, an Examiner (D.I. 391, Filed 1/3/20).

Objection Deadline: January 10, 2020 at 4:00 p.m. (ET), extended to January 13, 2020 for the Debtors.

Responses Received:

a)    [FILED UNDER SEAL] Debtors' Omnibus Objection to (I) Motions of (A) Natixis, New York Branch, (B) Riverstone Credit Management, LLC, (C) the Ad Hoc Committee of Service Providers, and (D) the United States Trustee for Appointment of a Chapter 11 Trustee, and (II) Alternative Motions of (A) Natixis, New York Branch, and (B) the United States Trustee Seeking an Examiner (D.I. 465, Filed 1/13/20);

b)    [FILED UNDER SEAL] Declaration of Daniel B. Butz in Support of Debtors' Omnibus Objection to (I) Motions of (A) Natixis, New York Branch, (B) Riverstone Credit Management, LLC, (C) the Ad Hoc Committee of Service Providers, and (D) the United States Trustee for Appointment of a Chapter 11 Trustee, and (II) Alternative Motions of (A) Natixis, New York Branch, and (B) the United States Trustee Seeking an Examiner (D.I. 466, Filed 1/13/20);

c)    [REDACTED] Debtors' Omnibus Objection to (I) Motions of (A) Natixis, New York Branch, (B) Riverstone Credit Management, LLC, (C) the Ad Hoc Committee of Service Providers, and (D) the United States Trustee for Appointment of a Chapter 11 Trustee, and (II) Alternative Motions of (A) Natixis, New York Branch, and (B) the United States Trustee Seeking an Examiner (D.I. 476, Filed 1/15/20); and

d)    [REDACTED] Declaration of Daniel B. Butz in Support of Debtors' Omnibus Objection to (I) Motions of (A) Natixis, New York Branch, (B) Riverstone Credit Management, LLC, (C) the Ad Hoc Committee of Service Providers, and (D) the United States Trustee for Appointment of a Chapter 11 Trustee, and (II) Alternative Motions of (A) Natixis, New York Branch, and (B) the United States Trustee Seeking an Examiner (TO BE FILED).

Related Pleadings:

a)    KLX Energy Services LLC's Joinder to (A) Natixis's Motion to Appoint Chapter 11 Trustee [D.I. 71], (B) Riverstone's Motion to Appoint Chapter 11 Trustee [D.I. 289], and (C) Ad Hoc Committee's Motion to Appoint Chapter 11 Trustee [D.I. 386], and Support of the U.S. Trustee's Motion to Appoint Chapter 11 Trustee [D.I. 391] (D.I. 436, Filed 1/8/20);

b)    Service Provider Group's Joinder to (A) Natixis's Motion to Appoint Chapter 11 Trustee [D.I. 71], (B) Riverstone's Motion to Appoint Chapter 11 Trustee [D.I. 289], and (C) Ad Hoc Committee's Motion to Appoint Chapter 11 Trustee [D.I. 386], and Support of the U.S. Trustee's Motion to Appoint Chapter 11 Trustee [D.I. 391] (D.I. 460, Filed 1/10/20);

c)    Joinder of Man on Fire Welding, LLC, and Chase Harris, Inc. to Ad Hoc Committee's Motion to Appoint Chapter 11 Trustee and in Support of U.S. Trustee's Motion to Appoint Chapter 11 Trustee (D.I. 469, Filed 1/10/19).

Status:  This matter is going forward as a status conference.

8.    Motion for an Order Authorizing the Debtors to File Under Seal the Debtors' Omnibus Objection to (I) Motions of (A) Natixis, New York Branch, (B) Riverstone Credit Management, LLC, (C) the Ad Hoc Committee of Service Providers, and (D) the United States Trustee for Appointment of a Chapter 11 Trustee, and (II) Alternative Motions of (A) Natixis, New York Branch, and (B) the United States Trustee Seeking an Examiner and Certain Exhibits Thereto (D.I. 468, Filed 1/13/20).

Objection Deadline: January 17, 2020 at 10:00 a.m. (ET).

Responses Received:  None as of the filing of this Agenda.

Related Pleadings:

a)      [FILED UNDER SEAL] Debtors' Omnibus Objection to (I) Motions of (A) Natixis, New York Branch, (B) Riverstone Credit Management, LLC, (C) the Ad Hoc Committee of Service Providers, and (D) the United States Trustee for Appointment of a Chapter 11 Trustee, and (II) Alternative Motions of (A) Natixis, New York Branch, and (B) the United States Trustee Seeking an Examiner (D.I. 465, Filed 1/13/20); and

b)      [FILED UNDER SEAL] Declaration of Daniel B. Butz in Support of Debtors' Omnibus Objection to (I) Motions of (A) Natixis, New York Branch, (B) Riverstone Credit Management, LLC, (C) the Ad Hoc Committee of Service Providers, and (D) the United States Trustee for Appointment of a Chapter 11 Trustee, and (II) Alternative Motions of (A) Natixis, New York Branch, and (B) the United States Trustee Seeking an Examiner (D.I. 466, Filed 1/13/20).

Status:  This matter is going forward as a status conference.

Dated: January 17, 2020          MORRIS, NICHOLS, ARSHT & TUNNELL LLP
       Wilmington, Delaware      */s/ Daniel B. Butz*
                                 Robert J. Dehney (No. 3578)
                                 Eric D. Schwartz (No. 3134)
                                 Daniel B. Butz (No. 4227)
                                 1201 North Market Street, 16th Floor
                                 P.O. Box 1347
                                 Wilmington, Delaware 19899-1347
                                 Telephone:  (302) 658-9200
                                 Facsimile:  (302) 658-3989
                                 Email:  rdehney@mnat.com
                                         eschwartz@mnat.com
                                         dbutz@mnat.com

                                 - and –

                                 Andrew K. Glenn (admitted *pro hac vice*)
                                 Matthew B. Stein (admitted *pro hac vice*)
                                 David J. Mark (admitted *pro hac vice*)
                                 KASOWITZ BENSON TORRES LLP
                                 1633 Broadway
                                 New York, New York 10019
                                 Telephone:  (212) 506-1700
                                 Facsimile:  (212) 506-1800
                                 Email:  AGlenn@kasowitz.com
                                         MStein@kasowitz.com
                                         DMark@kasowitz.com

                                 *Co-Counsel and Proposed Counsel for Debtors*
                                 *and Debtors in Possession*