# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| MTE HOLDINGS LLC, *et al.*,[1] | ) ) | Case No. 19-12269 (CSS) |
| Debtors. | ) ) ) | Jointly Administered |

### NOTICE OF **AMENDED**[2] AGENDA OF MATTERS SCHEDULED FOR HEARING ON FEBRUARY 4, 2020 AT **11:00 A.M.** (EASTERN TIME)[3]

**PLEASE NOTE CHANGE IN HEARING TIME TO 11:00 A.M. (EASTERN TIME)**

MATTERS GOING FORWARD

1. Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Use of Cash Collateral (II) Providing Adequate Protection to the Secured Lender; (III) Modifying Automatic Stay Pursuant to 11 U.S.C. §§ 105, 361, 362, 363, and 507; and (IV) Scheduling Final Hearing Pursuant to Bankruptcy Rules 4001(b) and (c) and Local Rule 4001-2 (D.I. 49, Filed 11/8/19).

   Objection Deadline: January 28, 2020 at 4:00 p.m. (ET).

   Responses Received:

   a) Objection and Reservation of Rights of Riverstone Credit Management, LLC Related to Certain of the Debtors' Requested First Day Relief (D.I. 63, Filed 11/12/19);

   b) Natixis' Omnibus Objection to Debtors' First Day Motions (D.I. 69, Filed 11/12/19);

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: MTE Holdings LLC (7894); MTE Partners LLC (1158); Olam Energy Resources I LLC (0770); MDC Energy LLC (9140); MDC Texas Operator LLC (1087); Ward I, LLC (6817); and MDC Reeves Energy LLC (3644). The Debtors' address is 280 East 96th Street, Suite 210, Indianapolis, Indiana 46240.

[2] **Amended items are in bold.**

[3] This hearing will be held before the Honorable Christopher S. Sontchi, Chief United States Bankruptcy Judge, at the United States Bankruptcy Court for the District of Delaware located at 824 North Market Street, 5th Floor, Courtroom 6, Wilmington, Delaware 19801.

c)     The County of Reeves Tax Districts, Texas' Objection to the Interim Order Under Bankruptcy Code Sections 105(a), 361, 362, 363, 503, and 507, Bankruptcy Rules 4001 and 9014 (I) Authorizing Debtors to Use Cash Collateral; (II) Granting Adequate Protection to Prepetition Secured Parties; (III) Modifying Automatic Stay; and (IV) Granting Related Relief (D.I. 183, Filed 12/5/19);

d)     Limited Objection of Luxe Energy LLC to Entry of Final Order Approving Cash Collateral Motion (D.I. 193, Filed 12/6/19);

e)     Natixis' Objection to Final Approval of Debtors' Cash Collateral Motion (D.I. 194, Filed 12/6/19);

f)     Limited Objection of Pilot Thomas Logisitics, LLC to the Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Use of Cash Collateral (II) Providing Adequate Protection to the Secured Lender; (III) Modifying Automatic Stay Pursuant to 11 U.S.C. §§ 105, 361, 362, 363, and 507; and (IV) Scheduling Final Hearing Pursuant to Bankruptcy Rules 4001(b) and (c) and Local Rule 4001-2 (D.I. 195, Filed 12/6/19);

g)     Joinder to Limited Objection of Pilot Thomas Logisitics, LLC to the Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Use of Cash Collateral (II) Providing Adequate Protection to the Secured Lender; (III) Modifying Automatic Stay Pursuant to 11 U.S.C. §§ 105, 361, 362, 363, and 507; and (IV) Scheduling Final Hearing Pursuant to Bankruptcy Rules 4001(b) and (c) and Local Rule 4001-2 (D.I. 196, Filed 12/6/19);

h)     Objection of the Ad Hoc Committee of Service Providers to Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Use of Cash Collateral (II) Providing Adequate Protection to the Secured Lender; (III) Modifying Automatic Stay Pursuant to 11 U.S.C. §§ 105, 361, 362, 363, and 507; and (IV) Scheduling Final Hearing Pursuant to Bankruptcy Rules 4001(b) and (c) and Local Rule 4001-2 (D.I. 197, Filed 12/6/19);

i)     Preliminary Objection of Riverstone Credit Management, LLC to Entry of an Order Authorizing the Use of Cash Collateral (D.I. 199, Filed 12/6/19);

j)     Joinder and Objection of Alamo Pressure Pumping, LLC to Objection of the Ad Hoc Committee of Service Providers to Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Use of Cash Collateral (II) Providing Adequate Protection to the Secured Lender; (III) Modifying Automatic Stay Pursuant to 11 U.S.C. §§ 105, 361, 362, 363, and 507; and (IV) Scheduling Final Hearing Pursuant to Bankruptcy Rules 4001(b) and (c) and Local Rule 4001-2 (D.I. 200, Filed 12/6/19);

k)     Joinder of the Service Provider Group to Objection of the Ad Hoc Committee of Service Providers to Debtors' Motion for Entry of Interim and Final Orders (I)

Case 19-12269-CSS    Doc 542    Filed 01/31/20    Page 3 of 7

<blockquote>

Authorizing the Use of Cash Collateral (II) Providing Adequate Protection to the Secured Lender; (III) Modifying Automatic Stay Pursuant to 11 U.S.C. §§ 105, 361, 362, 363, and 507; and (IV) Scheduling Final Hearing Pursuant to Bankruptcy Rules 4001(b) and (c) and Local Rule 4001-2 (D.I. 210, Filed 12/6/19);

l)     Joinder and Objection of B&L Pipeco Services, Inc. to Objection of the Ad Hoc Committee of Service Providers to Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Use of Cash Collateral (II) Providing Adequate Protection to the Secured Lender; (III) Modifying Automatic Stay Pursuant to 11 U.S.C. §§ 105, 361, 362, 363, and 507; and (IV) Scheduling Final Hearing Pursuant to Bankruptcy Rules 4001(b) and (c) and Local Rule 4001-2 (D.I. 211, Filed 12/6/19);

m)     Baker Hughes, GE Oil & Gas Pressure Control, Schlumberger, Smith International and Nabors' Limited Objection to Interim Order Under Bankruptcy Code Sections 105(a), 361, 362, 363, 503, and 507, Bankruptcy Rules 4001 and 9014 (I) Authorizing Debtors to Use Cash Collateral; (II) Granting Adequate Protection to Prepetition Secured Parties; (III) Modifying Automatic Stay; and (IV) Granting Related Relief (D.I. 212, Filed 12/6/19);

n)     Joinder of Mineral Lienholders to Objection of the Ad Hoc Committee of Service Providers to Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Use of Cash Collateral (II) Providing Adequate Protection to the Secured Lender; (III) Modifying Automatic Stay Pursuant to 11 U.S.C. §§ 105, 361, 362, 363, and 507; and (IV) Scheduling Final Hearing Pursuant to Bankruptcy Rules 4001(b) and (c) and Local Rule 4001-2 (D.I. 232, Filed 12/11/19);

o)     Joinder of Moser Engine Service, Inc. to Objection of the Ad Hoc Committee of Service Providers to Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Use of Cash Collateral (II) Providing Adequate Protection to the Secured Lender; (III) Modifying Automatic Stay Pursuant to 11 U.S.C. §§ 105, 361, 362, 363, and 507; and (IV) Scheduling Final Hearing Pursuant to Bankruptcy Rules 4001(b) and (c) and Local Rule 4001-2 (D.I. 238, Filed 12/11/19);

p)     Joinder to (I) Limited Objection of Pilot Thomas Logistics, LLC and (II) Objection of the Ad Hoc Committee of Service Providers to Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Use of Cash Collateral (II) Providing Adequate Protection to the Secured Lender; (III) Modifying Automatic Stay Pursuant to 11 U.S.C. §§ 105, 361, 362, 363, and 507; and (IV) Scheduling Final Hearing Pursuant to Bankruptcy Rules 4001(b) and (c) and Local Rule 4001-2 (D.I. 241, Filed 12/11/19);

</blockquote>

q)   Joinder of Patriot Premium Threading Services, LLC, Trans-Tex Dyno Services, LLC, and Trans-Tex Cementing Services, LLC to the Objection of the Ad Hoc Committee of Service Providers to Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Use of Cash Collateral (II) Providing Adequate Protection to the Secured Lender; (III) Modifying Automatic Stay Pursuant to 11 U.S.C. §§ 105, 361, 362, 363, and 507; and (IV) Scheduling Final Hearing Pursuant to Bankruptcy Rules 4001(b) and (c) and Local Rule 4001-2 (D.I. 250, Filed 12/11/19);

r)   Joinder of FTS International Services, LLC to Objection of the Ad Hoc Committee of Service Providers to Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Use of Cash Collateral (II) Providing Adequate Protection to the Secured Lender; (III) Modifying Automatic Stay Pursuant to 11 U.S.C. §§ 105, 361, 362, 363, and 507; and (IV) Scheduling Final Hearing Pursuant to Bankruptcy Rules 4001(b) and (c) and Local Rule 4001-2 (D.I. 261, Filed 12/12/19);

s)   Joinder of Impac Exploration Services, Inc. to Objection of the Ad Hoc Committee of Service Providers to Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Use of Cash Collateral; (II) Providing Adequate Protection to the Secured Lender; (III) Modifying Automatic Stay; and (IV) Scheduling Final Hearing (D.I. 268, Filed 12/12/19);

t)   Joinder of Aim Directional Services, LLC to Objection of the Ad Hoc Committee of Service Providers to Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Use of Cash Collateral; (II) Providing Adequate Protection to the Secured Lender; (III) Modifying Automatic Stay; and (IV) Scheduling Final Hearing (D.I. 269, Filed 12/12/19);

u)   Joinder of TanMar Rentals, LLC to Objection of the Ad Hoc Committee of Service Providers to Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Use of Cash Collateral (II) Providing Adequate Protection to the Secured Lender; (III) Modifying Automatic Stay; and (IV) Scheduling Final Hearing (D.I. 415, Filed 1/8/20);

v)   Joinder of Topographic, Inc. to Objection of the Ad Hoc Committee of Service Providers to Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Use of Cash Collateral (II) Providing Adequate Protection to the Secured Lender; (III) Modifying Automatic Stay; and (IV) Scheduling Final Hearing (D.I. 417, Filed 1/8/20);

w)   Preliminary Objection of Riverstone Credit Management, LLC to Entry of an Order Authorizing the Use of Cash Collateral (D.I. 431, Filed 1/8/20);

x)   Joinder of Valence Drilling Fluids, LLC to Objection of the Ad Hoc Committee of Service Providers to Debtors' Motion for Entry of Interim and Final Orders (I)

        Authorizing the Use of Cash Collateral (II) Providing Adequate Protection to the Secured Lender; (III) Modifying Automatic Stay; and (IV) Scheduling Final Hearing (D.I. 432, Filed 1/8/20);

y)      Joinder of KLX Energy Services LLC's to Ad Hoc Committee of Service Providers to Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Use of Cash Collateral (II) Providing Adequate Protection to the Secured Lender; (III) Modifying Automatic Stay Pursuant to 11 U.S.C. §§ 105, 361, 362, 363, and 507; and (IV) Scheduling Final Hearing Pursuant to Bankruptcy Rules 4001(b) and (c) and Local Rule 4001-2 (D.I. 435, Filed 1/8/20);

z)      Natixis' Renewed and Continued Objection to Final Approval of Debtors' Cash Collateral Motion (D.I. 437, Filed 1/8/20);

aa)      Joinder of Man on Fire Welding, LLC, and Chase Harris, Inc. to Objection of the Ad Hoc Committee of Service Providers to Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Use of Cash Collateral (II) Providing Adequate Protection to the Secured Lender; (III) Modifying Automatic Stay Pursuant to 11 U.S.C. §§ 105, 361, 362, 363, and 507; and (IV) Scheduling Final Hearing Pursuant to Bankruptcy Rules 4001(b) and (c) and Local Rule 4001-2 (D.I. 467, Filed 1/13/20);

bb)      Joinder of Nexus II Directional Drilling Specialists Ltd. to the Objection of the Ad Hoc Committee of Service Providers to Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Use of Cash Collateral (II) Providing Adequate Protection to the Secured Lender; (III) Modifying Automatic Stay Pursuant to 11 U.S.C. §§ 105, 361, 362, 363, and 507; and (IV) Scheduling Final Hearing Pursuant to Bankruptcy Rules 4001(b) and (c) and Local Rule 4001-2 (D.I. 471, Filed 1/14/20);

cc)      Natixis' Objection to Final Approval of Debtors' Cash Collateral Motion (D.I. 527, Filed 1/28/20);

dd)      Ad Hoc Committee of Service Providers' Renewed and Continued Objection to Final Approval of Debtors' Cash Collateral Motion (D.I. 529, Filed 1/28/20); and

ee)      Joinder of Riverstone Credit Management, LLC to Natixis' Objection to Final Approval of Debtors' Cash Collateral Motion (D.I. 530, Filed 1/28/20).

Related Pleadings:

a)      Interim Order Under Bankruptcy Code Sections 105(a), 361, 362, 363, 503, and 507, Bankruptcy Rules 4001 and 9014 (I) Authorizing Debtors to Use Cash Collateral; (II) Granting Adequate Protection to Prepetition Secured Parties; (III) Modifying Automatic Stay; and (IV) Granting Related Relief (D.I. 112, Entered 11/19/19);

b) Notice of Filing of Revised Budget (D.I. 288, Filed 12/16/19);

c) Second Interim Order Under Bankruptcy Code Sections 105(a), 361, 362, 363, 503, and 507, Bankruptcy Rules 4001 and 9014 (I) Authorizing Debtors to Use Cash Collateral; (II) Granting Adequate Protection to Prepetition Secured Parties; (III) Modifying Automatic Stay; and (IV) Granting Related Relief (D.I. 297, Entered 12/17/19);

d) Third Interim Order Under Bankruptcy Code Sections 105(A), 361, 362, 363, 503, And 507, Bankruptcy Rules 4001 And 9014 (I) Authorizing Debtors To Use Cash Collateral; (II) Granting Adequate Protection To Prepetition Secured Parties; (III) Modifying Automatic Stay; And (IV) Granting Related Relief (D.I. 506, Entered 1/17/20);

e) Notice of Filing of Proposed Budget (D.I. 538, Filed 1/30/20); and

f) Motion for Leave to File Reply in Further Support of Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Use of Cash Collateral; (II) Providing Adequate Protection to the Secured Lender; (III) Modifying Automatic Stay Pursuant to 11 U.S.C. §§ 105, 361, 362, 363, and 507; and (IV) Scheduling Final Hearing Pursuant to Bankruptcy Rules 4001(b) and (c) and Local Rule 4001-2 (**D.I. 541, Filed 1/31/20**).

Status:  This matter is going forward.

Dated: January 31, 2020　　　　　　MORRIS, NICHOLS, ARSHT & TUNNELL LLP
Wilmington, Delaware

　　　　　　　　　　　　　　　　　*/s/ Brett S. Turlington*
　　　　　　　　　　　　　　　　　Robert J. Dehney (No. 3578)
　　　　　　　　　　　　　　　　　Eric D. Schwartz (No. 3134)
　　　　　　　　　　　　　　　　　Brett S. Turlington (No. 6705)
　　　　　　　　　　　　　　　　　1201 North Market Street, 16th Floor
　　　　　　　　　　　　　　　　　P.O. Box 1347
　　　　　　　　　　　　　　　　　Wilmington, Delaware 19899-1347
　　　　　　　　　　　　　　　　　Telephone:  (302) 658-9200
　　　　　　　　　　　　　　　　　Facsimile:  (302) 658-3989
　　　　　　　　　　　　　　　　　Email:  rdehney@mnat.com
　　　　　　　　　　　　　　　　　　　　　　eschwartz@mnat.com
　　　　　　　　　　　　　　　　　　　　　　bturlington@mnat.com

　　　　　　　　　　　　　　　　　- and –

　　　　　　　　　　　　　　　　　Andrew K. Glenn (admitted *pro hac vice*)
　　　　　　　　　　　　　　　　　Matthew B. Stein (admitted *pro hac vice*)

-7-

David J. Mark (admitted *pro hac vice*)
KASOWITZ BENSON TORRES LLP
1633 Broadway
New York, New York 10019
Telephone:  (212) 506-1700
Facsimile:  (212) 506-1800
Email:  AGlenn@kasowitz.com
            MStein@kasowitz.com
            DMark@kasowitz.com

*Co-Counsel and Proposed Counsel for Debtors
and Debtors in Possession*