# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DELEWARE

In re: MTE Holdings LLC, et al. (1)

Case No. 19-12269
Reporting Period: December 31, 2019

## MONTHLY OPERATING REPORT

Submit copy of report to any official committee appointed in the case.

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | | | |
|   Current reporting period | MOR-1 | X | |
|   Cumulative since filing date | MOR-1a | X | |
|   Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1b | | X |
|   Copies of bank statements | MOR-1b | | X |
|   Cash disbursements journals | MOR-1b | | X |
|   Schedule of Professional Fees Paid | MOR-1c | X | |
| Statement of Operations | | | |
|   Current reporting period | MOR-2a | X | |
|   Cumulative since filing date | MOR-2b | X | |
| Balance Sheet | | | |
|   Current reporting period | MOR-3a | X | |
|   Cumulative since filing date | MOR-3b | X | |
| Status of Post petition Taxes | MOR-4 | | X |
|   Copies of IRS Form 6123 or payment receipt | | | X |
|   Copies of tax returns filed during reporting period | | | X |
| Summary of Unpaid Post petition Debts | MOR-4 | X | |
|   Listing of aged accounts payable | MOR-4 | X | |
| Accounts Receivable Reconciliation and Aging | MOR-5 | X | |
| Debtor Questionnaire | MOR-5 | X | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that this report and the attached documents
are true and correct to the best of my knowledge and belief.

_/s/ Paul C._    2/5/20

Signature of Authorized Individual*    Date

Paul Cyphers    Chief Operating Officer
Printed Name of Authorized Individual    Title of Authorized Individual

*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor
is a partnership; a manager or member if debtor is a limited liability company.

Note:
(1) The Debtors in these chapter 11 cases, along with the case numbers for each Debtor are: MTE Holdings LLC (19-12269), MTE Partners LLC (19-12272), Olam Energy Resources I LLC (19-12273), MDC Energy LLC (19-12385), MDC Reeves Energy LLC (19-12388), MDC Texas Operator LLC (19-12387), Ward I, LLC (19-12386).
(2) Report based on best information available at the time of filing and may subsequently be amended.
(3) Reporting period covers period October 23, 2019 - December 31, 2019 for MTE Partners LLC and Olam Energy Resources I LLC. The remaining Debtors reporting period included in this report covers period November 8, 2019 - December 31, 2019.

MOR
(04/07)

In re: MTE Holdings LLC, et al.  
Case No. 19-12269  
Reporting Period: December 31, 2019

**Schedule of Cash Receipts and Disbursements (1)**

| Debtor | MTE Partners LLC | Olam Energy Resources I LLC | MDC Texas Operator LLC | Ward I, LLC |
|---|---|---|---|---|
| Case No. | 19-12272 | 19-12273 | 19-12387 | 19-12386 |
| Petition Date | 10/23/2019 | 10/23/2019 | 11/8/2019 | 11/8/2019 |
| **Receipts**: | | | | |
| Oil Sales (net of severance) | $ - | $ - | $ - | $ - |
| Gas Sales (net of severance, marketing) | - | - | - | - |
| JIB Receipts | - | - | - | - |
| Non-operated revenue | - | - | - | - |
| **Total Receipts** | $ - | $ - | $ - | $ - |
| **Operating Disbursements:** | | | | |
| Lease Operating Expense | $ - | $ - | $ - | $ - |
| Capital Expenditures | - | - | - | - |
| Royalties | - | - | - | - |
| JV Revenue Distributions | - | - | - | - |
| RRC Cash Deposit | - | - | - | - |
| Non-operated JIB | - | - | - | - |
| Wages and Benefits | - | - | - | - |
| Operating Consultants (Form 1099 employees) | - | - | - | - |
| Office Rent | - | - | - | - |
| Vehicles | - | - | - | - |
| G&A - Other | - | - | - | - |
| G&A | - | - | - | - |
| **Total Operating Disbursements** | $ - | $ - | $ - | $ - |
| **Operating Cash Flow** | $ - | $ - | $ - | $ - |
| **Non-Operating Disbursements:** | | | | |
| Adequate Protection Payments - Utilities | $ - | $ - | $ - | $ - |
| Professional Fees - Restructuring | - | - | - | - |
| Royalties Past Due | - | - | - | - |
| Insurance | - | - | - | - |
| Prepetition 1099 / Employee Exp / Other | - | - | - | - |
| Critical Vendors | - | - | - | - |
| Taxes | - | - | - | - |
| M&M Liens | - | - | - | - |
| Non-op Joint Interest Billings and Receipts | - | - | - | - |
| 503(b)9 | - | - | - | - |
| Natixis interest | - | - | - | - |
| KERP/KEIP | - | - | - | - |
| **Total Non-Operating Disbursements** | $ - | $ - | $ - | $ - |
| **Net Cash Flow** | $ - | $ - | $ - | $ - |
| **Cash Balance:** | | | | |
| Beginning Cash - Book | $ - | $ - | $ - | $ - |
| Beginning Cash - Budget/Actual Reset | - | - | - | - |
| Plus: Receipts | - | - | - | - |
| Less Disbursements | - | - | - | - |
| Intercompany Transfers | - | - | - | - |
| **Ending Cash - Book** | $ - | $ - | $ - | $ - |

Note:
(1) Numbers may not foot due to rounding.
(2) No receipts or disbursements for Debtor entities during reporting period.
(3) Report based on best information available at the time of filing and may subsequently be amended.
(4) Reporting period covers period December 1, 2019 - December 31, 2019

**Schedule of Cash Receipts and Disbursements: Petition Date - Report Ending Period (1)**

| Debtor | MTE Partners LLC | Olam Energy Resources I LLC | MDC Texas Operator LLC | Ward I, LLC |
|---|---|---|---|---|
| Case No. | 19-12272 | 19-12273 | 19-12387 | 19-12386 |
| Petition Date | 10/23/2019 | 10/23/2019 | 11/8/2019 | 11/8/2019 |
| **Receipts**: | | | | |
| Oil Sales (net of severance) | $ - | $ - | $ - | $ - |
| Gas Sales (net of severance, marketing) | - | - | - | - |
| JIB Receipts | - | - | - | - |
| Non-operated revenue | - | - | - | - |
| **Total Receipts** | $ - | $ - | $ - | $ - |
| **Operating Disbursements:** | | | | |
| Lease Operating Expense | $ - | $ - | $ - | $ - |
| Capital Expenditures | - | - | - | - |
| Royalties | - | - | - | - |
| JV Revenue Distributions | - | - | - | - |
| RRC Cash Deposit | - | - | - | - |
| Non-operated JIB | - | - | - | - |
| Wages and Benefits | - | - | - | - |
| Operating Consultants (Form 1099 employees) | - | - | - | - |
| Office Rent | - | - | - | - |
| Vehicles | - | - | - | - |
| G&A - Other | - | - | - | - |
| G&A | - | - | - | - |
| **Total Operating Disbursements** | $ - | $ - | $ - | $ - |
| **Operating Cash Flow** | $ - | $ - | $ - | $ - |
| **Non-Operating Disbursements:** | | | | |
| Adequate Protection Payments - Utilities | $ - | $ - | $ - | $ - |
| Professional Fees - Restructuring | - | - | - | - |
| Royalties Past Due | - | - | - | - |
| Insurance | - | - | - | - |
| Prepetition 1099 / Employee Exp / Other | - | - | - | - |
| Critical Vendors | - | - | - | - |
| Taxes | - | - | - | - |
| M&M Liens | - | - | - | - |
| Non-op Joint Interest Billings and Receipts | - | - | - | - |
| 503(b)9 | - | - | - | - |
| Natixis interest | - | - | - | - |
| KERP/KEIP | - | - | - | - |
| **Total Non-Operating Disbursements** | $ - | $ - | $ - | $ - |
| **Net Cash Flow** | $ - | $ - | $ - | $ - |
| **Cash Balance:** | | | | |
| Beginning Cash - Book | $ - | $ - | $ - | $ - |
| Beginning Cash - Budget/Actual Reset | - | - | - | - |
| Plus: Receipts | - | - | - | - |
| Less Disbursements | - | - | - | - |
| Intercompany Transfers | - | - | - | - |
| **Ending Cash - Book** | $ - | $ - | $ - | $ - |

Note:
(1) Numbers may not foot due to rounding.
(2) No receipts or disbursements for Debtor entities during reporting period.
(3) Report based on best information available at the time of filing and may subsequently be amended.
(4) Reporting period covers period October 23, 2019 - December 31, 2019 for MTE Partners LLC and Olam Energy Resources I LLC. The remaining Debtors reporting period included in this report covers period November 8, 2019 - December 31, 2019.

In re: MTE Holdings LLC, et al.  
Case No. 19-12269  
Reporting Period: December 31, 2019

**Disbursements for Calculating U.S. Trustee Quarterly Fees**

| Debtor | Case No. | October | November | December | Quarterly Disb. | Fees |
|---|---|---|---|---|---|---|
| **MTE Partners LLC** | **19-12272** | | | | | |
| Total Disbursements | | $ - | $ - | $ - | $ - | |
| Less: Transfers to Debtor in Possession Accounts | | - | - | - | - | |
| Plus: Estate Disbursements Made by Outside Sources | | - | - | - | - | |
| Total Disbursements for U.S. Trustee Quarterly Fees | | $ - | $ - | $ - | $ - | $ 325 |
| **Olam Energy Resources I LLC** | **19-12273** | | | | | |
| Total Disbursements | | $ - | $ - | $ - | $ - | |
| Less: Transfers to Debtor in Possession Accounts | | - | - | - | - | |
| Plus: Estate Disbursements Made by Outside Sources | | - | - | - | - | |
| Total Disbursements for U.S. Trustee Quarterly Fees | | $ - | $ - | $ - | $ - | $ 325 |
| **MDC Texas Operator LLC** | **19-12387** | | | | | |
| Total Disbursements | | $ - | $ - | $ - | $ - | |
| Less: Transfers to Debtor in Possession Accounts | | - | - | - | - | |
| Plus: Estate Disbursements Made by Outside Sources | | - | - | - | - | |
| Total Disbursements for U.S. Trustee Quarterly Fees | | $ - | $ - | $ - | $ - | $ 325 |
| **Ward I, LLC** | **19-12386** | | | | | |
| Total Disbursements | | $ - | $ - | $ - | $ - | |
| Less: Transfers to Debtor in Possession Accounts | | - | - | - | - | |
| Plus: Estate Disbursements Made by Outside Sources | | - | - | - | - | |
| Total Disbursements for U.S. Trustee Quarterly Fees | | $ - | $ - | $ - | $ - | $ 325 |

**Total U.S. Trustee Quarterly Fees** $ 1,300

In re: MTE Holdings LLC, et al.            Case No. 19-12269
Reporting Period: December 31, 2019

**Statement with Respect to Bank Reconciliations, Copies of Bank Statements, and Cash Disbursement Journals**
**For the Period From Petition Date to December 31, 2019**

**Bank Reconciliations:**

The Debtors included in this monthly operating report do not maintain bank accounts. Therefore, bank reconciliations are not applicable.

**Copies of Bank Statements:**

The Debtors included in this monthly operating report do not maintain bank accounts. Therefore, bank reconciliations are not applicable.

**Cash Disbursements Journals:**

The Debtors included in this monthly operating report do not maintain bank accounts. Therefore, bank reconciliations are not applicable.

In re: MTE Holdings LLC, et al.  Case No. 19-12269
Reporting Period: December 31, 2019

**List of Bank Accounts for Debtor Entities (1)**

| Debtor | Account Type | Account Number (Last 5 Digits) | Bank | December 31, 2019 Bank Balances |
|---|---|---|---|---|
| | | | | $ - |
| | | | | - |
| | | | | - |
| | | | | - |
| | | | | - |
| **Total Cash Accounts** | | | | **$ -** |

Note:
(1) The Debtors included in this monthly operating report do not maintain bank accounts.
(2) Report based on best information available at the time of filing and may subsequently be amended.

FORM MOR-1
(04/07)

In re: MTE Holdings LLC, et al.  
Case No. 19-12269  
Reporting Period: December 31, 2019

## SCHEDULE OF PROFESSIONAL FEES AND EXPENSES PAID (1)
This schedule is to include all professional payments from case inception to current month

| Payee | Period Covered | Amount Approved | Payor | Check Number | Check Date | Amount Paid Fees | Amount Paid Expenses | Year-To-Date Fees | Year-To-Date Expenses |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |

Note:  
(1) The Debtors included in this monthly operating report do not maintain bank accounts. The Debtors' professional fees are paid through one of the other related filed entities.  
(2) Report based on best information available at the time of filing and may subsequently be amended.

In re: MTE Holdings LLC, et al.  
Case No. 19-12269  
Reporting Period: December 31, 2019

## Statement of Operations (1)
### Income Statement for the period Petition Date - December 31, 2019

The Statement of Operations is prepared on an accrual basis. The accrual basis of accounting recognizes revenue when it is realized and expenses when they are incurred, regardless of when the cash is actually received or paid.

*(in USD)*

| Debtor | MTE Partners LLC | Olam Energy Resources I LLC | MDC Texas Operator LLC | Ward I, LLC |
|---|---|---|---|---|
| Case No. | 19-12272 | 19-12273 | 19-12387 | 19-12386 |
| Petition Date | 10/23/2019 | 10/23/2019 | 11/8/2019 | 11/8/2019 |
| **REVENUES:** | | | | |
| Oil and gas sales | $ - | $ - | $ - | $ - |
| Leasing income | - | - | - | - |
| Salt water disposal | - | - | - | - |
| Lease operating overhead revenue | - | - | - | - |
| Unrealized losses on derivative instruments | - | - | - | - |
| Realized losses on derivative instruments | - | - | - | - |
| **Total revenues** | $ - | $ - | $ - | $ - |
| **OPERATING EXPENSES:** | | | | |
| Lease operating expense | $ - | $ - | $ - | $ - |
| Production tax expense | - | - | - | - |
| General and administrative | - | - | - | - |
| Depreciation, depletion, and amortization | - | - | - | - |
| Transaction expense | - | - | - | - |
| Accretion expense | - | - | - | - |
| Debt facility fee | - | - | - | - |
| **Total expenses** | $ - | $ - | $ - | $ - |
| **Operating Income (Loss)** | $ - | $ - | $ - | $ - |
| **OTHER INCOME (EXPENSE):** | | | | |
| Debt extinguishment cost | $ - | $ - | $ - | $ - |
| Loss on disposal of assets | - | - | - | - |
| Leasing income | - | - | - | - |
| Interest income | - | - | - | - |
| Other income (5) | (10,572,664) | (10,572,664) | - | - |
| Interest expense | - | - | - | - |
| **Total other income (expense), net** | $ (10,572,664) | $ (10,572,664) | $ - | $ - |
| **NET INCOME (LOSS)** | $ (10,572,664) | $ (10,572,664) | $ - | $ - |

Note:
(1) Debtors had no activity during report period.
(2) Petition Date dependent on Debtor entity.
(3) Report based on best information available at the time of filing and may subsequently be amended.

(4) Reporting period covers period October 23, 2019 - December 31, 2019 for MTE Partners LLC and Olam Energy Resources I LLC. The remaining Debtors reporting period included in this report covers period November 8, 2019 - December 31, 2019.
(5) 2019 annual loss of $82,026,164 of which $21,145,328 is post-petition which is split 50:50 between MTE Partners LLC and Olam Energy Resources I LLC. Entry is recorded once annually.

In re: MTE Holdings LLC, et al.  
Case No. 19-12269  
Reporting Period: December 31, 2019

**Statement of Operations (1)**  
**Income Statement for the monthly period ending December 31, 2019**

The Statement of Operations is prepared on an accrual basis. The accrual basis of accounting recognizes revenue when it is realized and expenses when they are incurred, regardless of when the cash is actually received or paid.

*(in USD)*

| Debtor | MTE Partners LLC | Olam Energy Resources I LLC | MDC Texas Operator LLC | Ward I, LLC |
|---|---|---|---|---|
| Case No. | 19-12272 | 19-12273 | 19-12387 | 19-12386 |
| Petition Date | 10/23/2019 | 10/23/2019 | 11/8/2019 | 11/8/2019 |
| **REVENUES:** | | | | |
| Oil and gas sales | $ - | $ - | $ - | $ - |
| Leasing income | - | - | - | - |
| Salt water disposal | - | - | - | - |
| Lease operating overhead revenue | - | - | - | - |
| Unrealized losses on derivative instruments | - | - | - | - |
| Realized losses on derivative instruments | - | - | - | - |
| **Total revenues** | $ - | $ - | $ - | $ - |
| **OPERATING EXPENSES:** | | | | |
| Lease operating expense | $ - | $ - | $ - | $ - |
| Production tax expense | - | - | - | - |
| General and administrative | - | - | - | - |
| Depreciation, depletion, and amortization | - | - | - | - |
| Transaction expense | - | - | - | - |
| Accretion expense | - | - | - | - |
| Debt facility fee | - | - | - | - |
| **Total expenses** | $ - | $ - | $ - | $ - |
| **Operating Income (Loss)** | $ - | $ - | $ - | $ - |
| **OTHER INCOME (EXPENSE):** | | | | |
| Debt extinguishment cost | $ - | $ - | $ - | $ - |
| Loss on disposal of assets | - | - | - | - |
| Leasing income | - | - | - | - |
| Interest income | - | - | - | - |
| Other income (5) | (10,572,664) | (10,572,664) | - | - |
| Interest expense | - | - | - | - |
| **Total other income (expense), net** | $ (10,572,664) | $ (10,572,664) | $ - | $ - |
| **NET INCOME (LOSS)** | $ (10,572,664) | $ (10,572,664) | $ - | $ - |

Note:
(1) Debtors had no activity during report period.
(2) Petition Date dependent on Debtor entity.
(3) Report based on best information available at the time of filing and may subsequently be amended.
(4) Reporting period covers period October 23, 2019 - December 31, 2019 for MTE Partners LLC and Olam Energy Resources I LLC. The remaining Debtors reporting period included in this report covers period November 8, 2019 - December 31, 2019.
(5) 2019 annual loss of $82,026,164 of which $21,145,328 is post-petition which is split 50:50 between MTE Partners LLC and Olam Energy Resources I LLC. Entry is recorded once annually.

In re: MTE Holdings LLC, et al.  
Case No. 19-12269  
Reporting Period: December 31, 2019

**Balance Sheet (1)**  
**As of Petition Date (2)**

The Balance Sheet is prepared on an accrual basis. Pre-petition liabilities must be separated from Post-petition obligations.

*(in USD)*

| Debtor | MTE Partners LLC | Olam Energy Resources I LLC | MDC Texas Operator LLC | Ward I, LLC |
|---|---|---|---|---|
| Case No. | 19-12272 | 19-12273 | 19-12387 | 19-12386 |
| Petition Date | 10/23/2019 | 10/23/2019 | 11/8/2019 | 11/8/2019 |
| **ASSETS** | | | | |
| **CURRENT ASSETS:** | | | | |
| Cash and cash equivalents | $ - | $ - | $ - | $ - |
| Accounts receivable - oil and gas sales | - | - | - | - |
| Accounts receivable - joint interest billings | - | - | - | - |
| Accounts receivable - related party | - | - | - | - |
| Prepaid assets | - | - | - | - |
| Derivative assets - current | - | - | - | - |
| Other receivables | - | - | - | - |
| Investment in MTE Holdings LLC | 11,154,418 | 11,154,418 | - | - |
| Tax Loss Accumulation | (15,340,536) | (15,340,536) | - | - |
| **Total current assets** | (4,186,118) | (4,186,118) | - | - |
| **OIL & GAS PROPERTIES, Full cost method** | | | | |
| Proved properties | - | - | - | - |
| Unproved properties | - | - | - | - |
| Accumulated depletion, amortization, and impairment | - | - | - | - |
| Investment in MDC Energy LLC | - | - | - | - |
| Investment in MDC Reeves LLC | - | - | - | - |
| **Total oil and gas properties, net** | - | - | - | - |
| **OTHER ASSETS:** | | | | |
| Other property and equipment, net | - | - | - | - |
| Derivative assets - long-term | - | - | - | - |
| Debt Issuance Cost | - | - | - | - |
| Accrued Amortization of Debt Issuance cost | - | - | - | - |
| **Total other assets** | - | - | - | - |
| **TOTAL ASSETS** | $ (4,186,118) | $ (4,186,118) | $ - | $ - |
| **LIABILITIES AND MEMBERS' EQUITY (DEFICIT)** | | | | |
| **CURRENT LIABILITIES:** | | | | |
| Accounts payable - trade | $ - | $ - | $ - | $ - |
| Accounts payable - revenue distributions | - | - | - | - |
| Accounts payable - related party | - | - | - | - |
| Accrued interest payable | - | - | - | - |
| Asset retirement obligation - current | - | - | - | - |
| Derivative liabilities - current | - | - | - | - |
| Notes payable - current | - | - | - | - |
| **Total current liabilities** | - | - | - | - |
| **LONG-TERM LIABILITIES** | | | | |
| Asset retirement obligation | - | - | - | - |
| Derivative liabilities - long-term | - | - | - | - |
| Notes payable - non-current, net | - | - | - | - |
| **Total long-term liabilities** | - | - | - | - |
| **TOTAL LIABILITIES** | - | - | - | - |
| **MEMBERS' EQUITY** | | | | |
| Equity Capital - MTE Parent | 11,154,418 | 11,154,418 | - | - |
| Retained Earnings | (15,340,536) | (15,340,536) | - | - |
| **Total members' equity** | (4,186,118) | (4,186,118) | - | - |
| **TOTAL LIABILITIES AND MEMBERS' EQUITY (DEFICIT)** | $ (4,186,118) | $ (4,186,118) | $ - | $ - |

Note:  
(1) Numbers may not foot due to rounding.  
(2) Petition Date dependent on Debtor entity.  
(3) Report based on best information available at the time of filing and may subsequently be amended.  
(4) Reporting period covers period October 23, 2019 - December 31, 2019 for MTE Partners LLC and Olam Energy Resources I LLC. The remaining Debtors reporting period included in this report covers period November 8, 2019 - December 31, 2019.

In re: MTE Holdings LLC, et al.  
Case No. 19-12269  
Reporting Period: December 31, 2019

**Balance Sheet (1)**  
**As of End of Current Reporting Period (as of December 31, 2019)**

The Balance Sheet is prepared on an accrual basis. Pre-petition liabilities must be separated from Post-petition obligations.

*(in USD)*

| Debtor | MTE Partners LLC | Olam Energy Resources I LLC | MDC Texas Operator LLC | Ward I, LLC |
|---|---|---|---|---|
| Case No. | 19-12272 | 19-12273 | 19-12387 | 19-12386 |
| Petition Date | 10/23/2019 | 10/23/2019 | 11/8/2019 | 11/8/2019 |

**ASSETS**

**CURRENT ASSETS:**

| | | | | |
|---|---|---|---|---|
| Cash and cash equivalents | $ - | $ - | $ - | $ - |
| Accounts receivable - oil and gas sales | - | - | - | - |
| Accounts receivable - joint interest billings | - | - | - | - |
| Accounts receivable - related party | - | - | - | - |
| Prepaid assets | - | - | - | - |
| Derivative assets - current | - | - | - | - |
| Other receivables | - | - | - | - |
| Investment in MTE Holdings LLC | 11,154,418 | 11,154,418 | - | - |
| Tax Loss Accumulation | (56,353,618) | (56,353,617) | - | - |
| **Total current assets** | **(45,199,200)** | **(45,199,199)** | **-** | **-** |

**OIL & GAS PROPERTIES, Full cost method**

| | | | | |
|---|---|---|---|---|
| Proved properties | - | - | - | - |
| Unproved properties | - | - | - | - |
| Accumulated depletion, amortization, and impairment | - | - | - | - |
| Investment in MDC Energy LLC | - | - | - | - |
| Investment in MDC Reeves LLC | - | - | - | - |
| **Total oil and gas properties, net** | **-** | **-** | **-** | **-** |

**OTHER ASSETS:**

| | | | | |
|---|---|---|---|---|
| Other property and equipment, net | - | - | - | - |
| Derivative assets - long-term | - | - | - | - |
| Debt Issuance Cost | - | - | - | - |
| Accrued Amortization of Debt Issuance cost | - | - | - | - |
| **Total other assets** | **-** | **-** | **-** | **-** |
| **TOTAL ASSETS** | **$ (45,199,200)** | **$ (45,199,199)** | **$ -** | **$ -** |

**LIABILITIES AND MEMBERS' EQUITY (DEFICIT)**

**CURRENT LIABILITIES:**

| | | | | |
|---|---|---|---|---|
| Accounts payable - trade | $ - | $ - | $ - | $ - |
| Accounts payable - revenue distributions | - | - | - | - |
| Accounts payable - related party | - | - | - | - |
| Accrued interest payable | - | - | - | - |
| Asset retirement obligation - current | - | - | - | - |
| Derivative liabilities - current | - | - | - | - |
| Notes payable - current | - | - | - | - |
| **Total current liabilities** | **-** | **-** | **-** | **-** |

**LONG-TERM LIABILITIES**

| | | | | |
|---|---|---|---|---|
| Asset retirement obligation | - | - | - | - |
| Derivative liabilities - long-term | - | - | - | - |
| Notes payable - non-current, net | - | - | - | - |
| **Total long-term liabilities** | **-** | **-** | **-** | **-** |
| **TOTAL LIABILITIES** | **-** | **-** | **-** | **-** |

**MEMBERS' EQUITY**

| | | | | |
|---|---|---|---|---|
| Equity Capital - MTE Parent | 11,154,418 | 11,154,418 | - | - |
| Retained Earnings | (56,353,618) | (56,353,617) | - | - |
| **Total members' equity** | **(45,199,200)** | **(45,199,199)** | **-** | **-** |
| **TOTAL LIABILITIES AND MEMBERS' EQUITY (DEFICIT)** | **$ (45,199,200)** | **$ (45,199,199)** | **$ -** | **$ -** |

Note:
(1) Numbers may not foot due to rounding.
(2) Petition Date dependent on Debtor entity.
(3) Report based on best information available at the time of filing and may subsequently be amended.
(4) Reporting period covers period October 23, 2019 - December 31, 2019 for MTE Partners LLC and Olam Energy Resources I LLC. The remaining Debtors reporting period included in this report covers period November 8, 2019 - December 31, 2019.

In re: MTE Holdings LLC, et al.　　　　　　　　　　　　　　　　　　　　　　　　　　　Case No. 19-12269
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Reporting Period: December 31, 2019

## STATUS OF POSTPETITION TAXES

The beginning tax liability should be the ending liability from the prior month or, if this is the first report, the amount should be zero.
Attach photocopies of IRS Form 6123 or payment receipt to verify payment or deposit of federal payroll taxes.
Attach photocopies of any tax returns filed during the reporting period.

Paul Cyphers hereby declares and states:

I am the Chief Operating Officer of MTE Holdings, LLC a corporation organized under the laws of the state of Delaware, which along with certain of its affiliated debtors (collectively, the "Debtors") are Debtors and Debtors in Possession in the above-captioned chapter 11 cases. In this capacity, I am familiar with the Debtors' day-to-day operations, businesses, financial affairs and books and records.

The Debtors have received approval to pay sales, use, property, production and franchise taxes, and such other taxes as the Debtors deem necessary in the ordinary course of business. As such, the Debtors have paid the applicable taxes when due.

To the best of my knowledge, the Debtors have filed all necessary federal, state, and local tax returns and made all required post-petition tax payments in connection therewith on a timely basis or have promptly remediated any late filings or payments that may have occurred due to unintentional oversights.

_/s/ Paul L._
Paul Cyphers
Chief Operating Officer
MTE Holdings, LLC

## SUMMARY OF UNPAID POSTPETITION DEBTS (1)

Attach aged listing of accounts payable.

| Debtor Name | Case Number | Current | 0-30 | 31-60 | 61-90 | Over 90 | Total |
|---|---|---|---|---|---|---|---|
| MTE Partners LLC | 19-12272 | $   - | $   - | $   - | $   - | $   - | $   - |
| Olam Energy Resources I LLC | 19-12273 | - | - | - | - | - | - |
| MDC Texas Operator LLC | 19-12387 | - | - | - | - | - | - |
| Ward I, LLC | 19-12386 | - | - | - | - | - | - |
| **Total Post petition Debts** | | $   - | $   - | $   - | $   - | $   - | $   - |

Note:
(1) Debtors had no activity during report period.
(2) Report based on best information available at the time of filing and may subsequently be amended.
(3) Reporting period covers period October 23, 2019 - December 31, 2019 for MTE Partners LLC and Olam Energy Resources I LLC. The remaining Debtors reporting period included in this report covers period November 8, 2019 - December 31, 2019.

In re: MTE Holdings LLC, et al.  
Case No. 19-12269  
Reporting Period: December 31, 2019

## ACCOUNTS RECEIVABLE RECONCILIATION AND AGING (1)

| Trade Accounts Receivable Reconciliation | MTE Partners LLC 19-12272 | Olam Energy Resources I LLC 19-12273 | MDC Texas Operator LLC 19-12387 | Ward I, LLC 19-12386 | Total |
|---|---|---|---|---|---|
| Total Accounts Receivable at the beginning of the reporting period | $ - | $ - | $ - | $ - | $ - |
| + Amounts billed during the period | - | - | - | - | - |
| - Amounts collected during the period | - | - | - | - | - |
| Total Accounts Receivable at the end of the reporting period | $ - | $ - | $ - | $ - | $ - |
| | | | | | |
| **Accounts Receivable Aging** | | | | | |
| 0 - 30 days old | $ - | $ - | $ - | $ - | $ - |
| 31 - 60 days old | - | - | - | - | - |
| 61 - 90 days old | - | - | - | - | - |
| 91+ days old | - | - | - | - | - |
| Total Accounts Receivable | - | - | - | - | - |
| Amount considered uncollectible (Bad Debt) | - | - | - | - | - |
| Accounts Receivable (Net) | $ - | $ - | $ - | $ - | $ - |

## DEBTOR QUESTIONNAIRE

| Must be completed each month | Yes | No |
|---|---|---|
| 1. Have any assets been sold or transferred outside the normal course of business this reporting period? If yes, provide an explanation below. | | x |
| 2. Have any funds been disbursed from any account other than a debtor in possession account this reporting period? If yes, provide an explanation below. | | x |
| 3. Have all post petition tax returns been timely filed? If no, provide an explanation below. | x | |
| 4. Are workers compensation, general liability and other necessary insurance coverages in effect? If no, provide an explanation below. | x | |
| 5. Has any bank account been opened during the reporting period? If yes, provide documentation identifying the opened account(s). If an investment account has been opened provide the required documentation pursuant to the Delaware Local Rule 4001-3. | | x |

Note:
(1) Debtors had no activity during report period.
(2) Report based on best information available at the time of filing and may subsequently be amended.
(3) Reporting period covers period October 23, 2019 - December 31, 2019 for MTE Partners LLC and Olam Energy Resources I LLC. The remaining Debtors reporting period included in this report covers period November 8, 2019 - December 31, 2019.