# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| MTE HOLDINGS LLC, *et al.*,[1] | Case No. 19-12269 (CSS) |
| Debtors. | Jointly Administered |

### NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON MARCH 5, 2020, AT 1:00 P.M. (ET)[2]

## MATTER UNDER CERTIFICATION

1. Debtors' Motion for an Order (I) Establishing Bar Dates for Filing Proofs of Claims and (II) Approving the Form and Manner of Notice Thereof (D.I. 585, Filed 2/13/20).

    Objection Deadline: Extended to March 2, 2020, at 4:00 p.m. (ET) for the U.S. Trustee.

    Responses Received:

    a) Informal comments from the U.S. Trustee.

    Related Pleadings:

    a) Certificate of Counsel Regarding Order (I) Establishing Bar Dates for Filing Proofs of Claims and (II) Approving the Form and Manner of Notice Thereof (D.I. 689, Filed 3/3/20).

    Status: A certificate of counsel has been filed.

## ADJOURNED MATTER

2. Waterbridge Texas Midstream LLC's Motion to Compel Debtor to (I) Assume or Reject an Executory Contract and (II) Direct Immediate Payment of Administrative Expenses (D.I. 270, filed 12/12/19).

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: MTE Holdings LLC (7894); MTE Partners LLC (1158); Olam Energy Resources I LLC (0770); MDC Energy LLC (9140); MDC Texas Operator LLC (1087); Ward I, LLC (6817); and MDC Reeves Energy LLC (3644). The Debtors' address is 280 East 96th Street, Suite 210, Indianapolis, Indiana 46240.

[2] This hearing will be held before the Honorable Christopher S. Sontchi, Chief United States Bankruptcy Judge, at the United States Bankruptcy Court for the District of Delaware located at 824 North Market Street, 5th Floor, Courtroom 6, Wilmington, Delaware 19801.

Objection Deadline: Extended to March 17, 2020, at 4:00 p.m. (ET) for the Debtors.

Responses Received:

a) Natixis' Objection to Waterbridge Texas Midstream LLC's Motion to Compel Debtor to (I) Assume or Reject and Executory Contract and (II) Direct Immediate Payment of Administrative Expenses (D.I. 358, Filed 12/26/19); and

b) Joinder And Reservation of Rights of Riverstone Credit Management, LLC Regarding Texas Midstream LLC's Motion to Compel Debtor to (I) Assume or Reject an Executory Contract and (II) Direct Immediate Payment of Administrative Expenses (D.I 362, Filed 12/26/19).

Related Pleadings:

a) [SEALED] Notice of Filing of Water Management Services Agreement (D.I. 354, Filed 12/24/19); and

b) Order Authorizing Waterbridge Texas Midstream LLC to File Document Under Seal (D.I. 424, Entered 1/8/20).

Status: By agreement of the parties, this matter has been adjourned to the hearing scheduled for March 31, 2020, at 11:00 a.m. (ET).

MATTER GOING FORWARD

3. Motion of Debtors for Entry of an Order Approving Procedures for the Retention and Compensation of Ordinary Course Professionals *Nunc Pro Tunc* to the Petition Date (D.I. 587, Filed 2/13/20).

Objection Deadline: Extended to March 2, 2020, at 4:00 p.m. (ET) for the U.S. Trustee.

Responses Received:

a) Informal comments from the U.S. Trustee.

Related Pleadings: None.

Status: The Debtors are working with the U.S. Trustee to resolve its informal comments. This matter will go forward unless all comments are resolved prior to the hearing.

| | |
|---|---|
| Dated: March 3, 2020<br>Wilmington, Delaware | **MORRIS, NICHOLS, ARSHT & TUNNELL LLP**<br><br>*/s/ Brett S. Turlington*<br>Robert J. Dehney (No. 3578)<br>Eric D. Schwartz (No. 3134)<br>Brett S. Turlington (No. 6705)<br>1201 North Market Street, 16th Floor<br>P.O. Box 1347<br>Wilmington, Delaware 19899-1347<br>Telephone:  (302) 658-9200<br>Facsimile:  (302) 658-3989<br>Email:  rdehney@mnat.com<br>          eschwartz@mnat.com<br>          bturlington@mnat.com<br><br>- and –<br><br>Andrew K. Glenn (admitted *pro hac vice*)<br>Matthew B. Stein (admitted *pro hac vice*)<br>David J. Mark (admitted *pro hac vice*)<br>**KASOWITZ BENSON TORRES LLP**<br>1633 Broadway<br>New York, New York 10019<br>Telephone:  (212) 506-1700<br>Facsimile:  (212) 506-1800<br>Email:  AGlenn@kasowitz.com<br>          MStein@kasowitz.com<br>          DMark@kasowitz.com<br><br>*Co-Counsel and Proposed Counsel for Debtors and Debtors in Possession* |