**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| MTE HOLDINGS LLC, *et al.*,[1] | : | Case No. 19-12269 (CTG) |
| | : | (Jointly Administered) |
| Reorganized Debtors. | : | |
| | : | Hearing Date: October 26, 2026 at 10:00 am |
| | : | Objection Deadline: October 19, 2026 |

**TRUSTEE'S MOTION TO REOPEN THE BANKRUPCY AND FOR ENTRY OF AN ORDER EXTENDING THE TERM OF THE MTE LITIGATION TRUST**

Stephen Sorensen, in his capacity as the litigation trustee (the "Trustee") of the MTE Litigation Trust (the "Trust"), hereby moves this Court for entry of an order reopening the bankruptcy and extending the term of the Trust for an additional year, through and including September 17, 2027, without prejudice to request a further extension.

1. Cause exists for the Court to reopen the bankruptcy for the limited purpose of extending the term of the Trust from September 17, 2026 (the "Termination Date"), through and including April 1, 2027. Article 9.1 of the MTE Litigation Trust Agreement [Docket No. 2369-1] (the "Trust Agreement") provides that the Trust will be dissolved no "later than five years from the Effective Date," *i.e.*, April 1, 2026, "unless the Bankruptcy Court . . . determines that a fixed period extension (not to exceed five (5) years, including any prior extensions) is necessary to facilitate or complete the recovery and liquidation of the Litigation Trust Assets." Extension of the Termination Date is necessary because the Trustee needs more time beyond September 17, 2026 to complete the liquidation of the Liquidation Trust Assets.

---

[1] The former Reorganized Debtors in these chapter 11 cases and the last four digits of each former Reorganized Debtor's former taxpayer identification number are as follows: MTE Holdings LLC (7894); MTE Partners LLC (1158); Olam Energy Resources I LLC (0770); MDC Energy LLC (9140); MDC Texas Operator LLC (1087); Ward I, LLC (6817); and MDC Reeves Energy LLC (3644).

2. The Litigation Trust sued Mark Siffin and others for common law fraud in Cause No. 7:21-cv-00214 in the United States District Court for the Western District of Texas. On March 12, 2024, after a jury trial and verdict a $40 million judgment was entered against Mr. Siffin for fraud (the "Siffin Judgment"). A true and correct copy of the Siffin Judgment is attached hereto as Exhibit 1. Mr. Siffin appealed the Siffin Judgment and on July 29, 2026, the Fifth Circuit affirmed the Siffin Judgment. A true and correct copy of the Fifth Circuit's order of affirmance is attached hereto as Exhibit 2.

3. In short, the Trustee cannot complete its analysis of its collection options or potential disposition of the Siffin Judgment until after September 17, 2026. Accordingly, for the reasons set forth in this motion, the Trustee submits that extending the Termination Date through and including September 17, 2027, is reasonable and appropriate, in accordance with the Trust Agreement, and will benefit all parties in interest.

## JURISDICTION AND VENUE

4. This Court has jurisdiction to consider this issue pursuant to 28 U.S.C. §§157 and 1334. The Court retained jurisdiction in the Plan and Confirmation Order to enter and implement orders as may be necessary or appropriate to execute, implement, or consummate the provisions of the Plan. *See* Plan, Art. XII; Confirmation Order ¶ BBB (retaining jurisdiction under 11 U.S.C. § 1142(b)). The Motion is a core proceeding pursuant to 28 U.S.C. §157(b)(2).

5. Venue is proper before the Court pursuant to 28 U.S.C. §§ 1408 and 1409.

## BACKGROUND

6. Debtor MDC Energy LLC ("MDC") was a privately-held exploration and production company formed by Mr. Siffin.

7. Debtor MTE Holdings, LLC ("MTE") was formed to hold membership interests in MDC.

8. On October 22, 2019, MTE filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code.

9. On November 8, 2019, MDC filed a voluntary petition for relief under the Bankruptcy Code.

10. On September 3, 2021, the Bankruptcy Court entered the *Findings of Fact, Conclusions of Law, and Order Confirming the Sixth Amended Joint Chapter 11 Plan of Reorganization for MTE Holdings LLC and its Affiliated Debtors* [Dkt. No. 2590] (the "Confirmation Order"), which confirmed the *Sixth Amended Joint Chapter 11 Plan of Reorganization for MTE Holdings LLC and its Affiliated Debtors* [Dkt. No. 2588-1] (the "Plan").

11. The Plan established the MTE Litigation Trust (and the related trust agreement, the "MTE Litigation Trust Agreement" [Dkt. No. 2639-1]). The Plan assigned and transferred to the MTE Litigation Trust the MTE Litigation Trust Assets for resolution in accordance with the terms of the Trust Agreements. See Plan, Art. I.A.; V.H. The claims pursued and litigated against Mr. Siffin were included in the MTE Litigation Trust Assets.

**RELIEF REQUESTED**

12. By this motion, the Trustee respectfully requests entry of a substantially similar version of the proposed order, attached hereto as Exhibit 3, reopening the bankruptcy, extending the

Termination Date through and including September 17, 2027, and without prejudice to the Trustee's right to seek additional extensions of the Termination Date, if necessary.

**BASIS FOR RELIEF**

13. Here, cause exists to reopen the bankruptcy for the limited purpose of extending the Termination Date by one year because the extension is necessary for the Trustee to complete

the recovery and liquidation of the MTE Litigation Trust Assets, which are now comprised of the Siffin Judgment. Such an extension is expressly contemplated by section 9.1 of the Trust Agreement, and the Termination Date may be extended through and including September 17, 2031, if needed. Moreover, Bankruptcy Rule 9006(b) provides for extensions of time for cause. Specifically:

> [T]he court may—at any time and for cause—extend the time to act if: with or without a motion or notice, a request to extend is made before the period (or a previously extended period) expires.

FED. R. BANKR. P. 9006(b)(1)(A). Finally, section 105 of the Bankruptcy Code provides that the "court may issue any order, process, or judgement that is necessary or appropriate to carry out the provisions of this title." 11 U.S.C. § 105(a).

14. Courts in other districts have routinely granted relief similar to the relief requested herein. *See*, *e.g.*, *In re Hopedale Mining LLC*, No. 20-12043 (BAB), Docket No. 992 (Bankr. S.D. Ohio Jan. 12, 2026) (granting motion to extend term of liquidation trust potentially until February 1, 2027); *see also In re KP Engineering, LP*, No. 19-34698 (CML), Docket No. 1137 (Bankr. S.D. Tex. Oct. 31, 2025) (granting motion to extend term of liquidation trust through and including December 23, 2025); *In re KP Engineering, LP*, No. 19-34698 (CML), Docket No. 1113 (Bankr. S.D. Tex. March 24, 2025) (granting motion to extend term of liquidation trust through and including June 23, 2026).

15. An extension of the Termination Date for at least another year is required so the Trustee can properly complete its analysis of its collection options or potential disposition of the Siffin Judgment. As set forth above, the Fifth Circuit affirmed the Siffin Judgment on July 29, 2026 and the Trustee has not had sufficient time to complete this work. Accordingly, the Trustee seeks an order extending the Termination Date of the Trust through and including September 17, 2027, to facilitate the Trust's orderly liquidation as contemplated by the Trust Agreement.

**RESERVATION OF RIGHTS**

16. The Trustee reserves all its rights to seek further extensions of the Termination Date, as necessary or appropriate.

**WHEREFORE**, the Trustee respectfully requests that the Court enter the Proposed Order, granting the relief requested in the motion and such other and further relief as may be just and proper.

Dated: September 17, 2026
Wilmington, Delaware

*/s/ David A. Felice*
David A. Felice (#4090)
Elazar A. Kosman (#7077)
BAILEY & GLASSER LLP
3801 Kennet Pike, Suite D-300
Wilmington, Delaware 19807
Telephone: (302) 504-6333
Fax: (202) 463-2103
E-mail: dfelice@baileyglasser.com
ekosman@baileyglasser.com

Counsel for MTE Litigation Trust

Of Counsel:
John G. Turner, III
BAILEY & GLASSER LLP
1055 Thomas Jefferson Street NW, Suite 540
Washington, DC 20007
Telephone: (202) 463-2101
Fax: (202) 463-2103
E-mail: jturner@baileyglasser.com